1
2
3
4          UNITED STATES DISTRICT COURT
5          NORTHERN DISTRICT OF CALIFORNIA
6
7  RON LOMBOY,                                  Case No. 24-cv-04168-HSG
8              Plaintiff,                       **SCHEDULING ORDER**
9       v.
10 WELLS FARGO BANK, NATIONAL
   ASSOCIATION,
11
               Defendant.
12

A case management conference was held on October 22, 2024. Having considered the parties' proposals, *see* Dkt. No. 19, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | January 24, 2025 |
| Close of Fact Discovery | April 24, 2025 |
| Exchange of Opening Expert Reports | May 9, 2025 |
| Exchange of Rebuttal Expert Reports | May 27, 2025 |
| Close of Expert Discovery | June 10, 2025 |
| Dispositive Motion Hearing Deadline | July 24, 2025, at 2:00 p.m. |
| Pretrial Conference | October 21, 2025, at 3:00 p.m. |
| Jury Trial (4 days) | November 3, 2025, at 8:30 a.m. |

//
//
//
//

1   These dates may only be altered by order of the Court and only upon a showing of good
2   cause. The parties are directed to review and comply with this Court's standing orders.
3   **IT IS SO ORDERED.**
4   Dated: 10/25/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge