1 AYSE KENT (State Bar No. 251114)
ayse@aklaw.co
2 AK EMPLOYMENT LAW OFFICE
100 Pine Street, Suite 1250
3 San Francisco, California 94111
Telephone: (415) 638-9471
4
Attorneys for Plaintiff
5 RON LOMBOY

6
PAUL BERKOWITZ, Cal. Bar No. 251077
7 Pberkowitz@Sheppardmullin.Com
RAYMOND J. NHAN, Cal. Bar No. 306696
8 Rnhan@Sheppardmullin.Com
SHEPPARD, MULLIN, RICHTER HAMPTON LLP
9 1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067
10 Telephone: 310.228.3700
Facsimile: 310.228.3701
11
Attorneys for Defendant
12 WELLS FARGO BANK, N.A.

13

14                IN THE UNITED STATES DISTRICT COURT

15                THE NORTHERN DISTRICT OF CALIFORNIA

16                          OAKLAND DIVISION

17

| RON LOMBOY, | Case No. 4:24-cv-04168-HSG |
|---|---|
| Plaintiff, | **JOINT STIPULATION TO CONTINUE THE FACT DISCOVERY CUT-OFF DATE; ORDER (as modified)** |
| v. | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION; and DOES 1 through 10, inclusive, | |
| Defendants. | Trial Date: November 3, 2025 |

## JOINT STIPULATION AND ORDER

Plaintiff Ron Lomboy ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Defendant") (collectively, the "Parties"), through their respective counsel of record, have reached the following Joint Stipulation to Continue the Fact Discovery Cut-Off Date based on the recitals set forth below, and respectfully seek an Order of the Court thereon:

## RECITALS

**WHEREAS**, on June 14, 2024, Plaintiff filed his Complaint to initiate this action in Contra Costa County Superior Court, and Defendant removed Plaintiff's Complaint to this Court on July 11, 2024;

**WHEREAS**, the jury trial in this action is currently set for November 3, 2025;

**WHEREAS**, on October 25, 2024, the Court issued its Scheduling Order;

**WHEREAS**, the Parties have been diligently conducting discovery, including exchanging written discovery, conducting depositions (including conducting Plaintiff's deposition and Defendant's Person Most Knowledgeable Deposition);

**WHEREAS**, following a meet and confer between Counsel following written discovery exchange, Defendant is in the process of conducting an extensive ESI discovery review which requires the processing of approximately 100 GB of data;

**WHEREAS**, Plaintiff anticipates taking approximately six additional fact witness depositions following the completion of Defendant's ESI discovery production;

**WHEREAS**, the Parties mediated this matter with Lisa Krakow, Esq. on February 11, 2025, but were unable to come to a resolution of this case;

**WHEREAS**, the Parties have met and conferred and have stipulated to a short continuance of the fact discovery cut-off date and expert-related deadlines by approximately 60 days to allow discovery to continue to proceed efficiently;

**WHEREAS**, a continuance of the fact discovery cut-off and expert-related deadline dates will not be prejudicial to the Parties;

**WHEREAS**, the Parties are making this request in good faith and not for purposes of delay.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the respective attorneys of record for Plaintiff and Defendant, as follows, that the fact discovery cut-off date is continued from April 24, 2025 to June 23, 2025; the deadline to exchange opening expert reports is continued from May 9, 2025 to July 8, 2025; the deadline to exchange rebuttal expert reports is continued from May 27, 2025 to July 25, 2025; and the expert discovery cut-off date is continued from June 10, 2025 to August 8, 2025.

**IT IS SO STIPULATED.**

Dated: February 19, 2025        **AK LAW**

By: _/s/ Ayse Kent_
      AYSE KENT
      Attorney for Plaintiff
      RON LOMBOY

Dated: February 19, 2025        **SHEPPARD MULLIN RICHTER & HAMPTON LLP**

By: _/s/ Raymond J. Nhan_
      Paul Berkowitz
      Raymond Nhan
      Attorneys for Defendant
      WELLS FARGO BANK, N.A.

**ORDER**

The Court, having read and considered the Parties' Joint Stipulation, and finding good cause appearing therefore, the above stipulation is adopted, and the fact discovery cut-off is continued from April 24, 2025 to June 23, 2025; the deadline to exchange opening expert reports is continued from May 9, 2025 to July 8, 2025; the deadline to exchange rebuttal expert reports is continued from May 27, 2025 to July 25, 2025; and the expert discovery cut-off date is continued from June 10, 2025 to August 8, 2025.   All other deadlines and hearing dates previously set by the Court at Dkt. No. 23 remain in place and will not be moved, even though any dispositive motions now will need to be filed before the conclusion of fact and expert discovery.

**IT IS SO ORDERED.**

Date:   2/20/2025

Honorable Haywood S. Gilliam, Jr.
United States District Judge