Lawrance A. Bohm (SBN: 208716)
lab@bohmlaw.com
Kelsey K. Ciarimboli (SBN: 302611)
kciarimboli@bohmlaw.com
Zane E. Hilton (SBN: 305207)
zhilton@bohmlaw.com
Sara R. Benton (SBN: 358221)
sbenton@bohmlaw.com
Catharine P. McGlynn (SBN: 341866)
cmcglynn@bohmlaw.com
**BOHM LAW GROUP, INC.**
4600 Northgate Boulevard, Suite 210
Sacramento, California 95834
Telephone:  866.920.1292
Facsimile:  916.927.2046
Email:        BLG001058@bohmlaw.com

Ayse Kent (SBN: 251114)
ayse@aklaw.com
**AK EMPLOYMENT LAW OFFICE**
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: 415.638.9471

Attorneys for Plaintiff,
RON LOMBOY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON LOMBOY,<br><br>          Plaintiff,<br><br>     v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>          Defendant. | Case No.  4:24-cv-04168-HSG<br><br>**DECLARATION OF CATHARINE P. MCGLYNN, ESQ., IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION *IN LIMINE* NO. 3 – TO EXCLUDE THE TESTIMONY AND REPORT OF DR. RICHARD J. PERRILLO**<br><br>Action Filed:      June 11, 2024<br>Action Removed: July 11, 2024<br>Trial Date:         November 3, 2025 |

//

BOHM LAW GROUP, INC.
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CALIFORNIA 95834

1

**Declaration of Catharine P. McGlynn, Esq., iso P's Opp to D's MIL No. 3**          BOHM LAW GROUP, INC.
*Lomboy v. Wells Fargo Bank, N.A., et al.*                                                              AK EMPLOYMENT LAW OFFICE
Case No.: 4:24-cv-04168-HSG

I, Catharine P. McGlynn, declare:

1.    I am an attorney-at-law, duly licensed to practice before all courts of the State of California, and am presently one of the attorneys on record for Plaintiff RON LOMBOY, Plaintiff in the above-entitled action.  The matters stated herein are of my own personal knowledge, and if called as a witness in this matter, I could competently testify to the truth of the following matters.

2.    Plaintiff's trial date is set to occur November 3, 2025.

3.     On July 8, 2025, Plaintiff disclosed the expert report of Richard J. Perrillo, Ph.D. as to Plaintiff's brain injury. Plaintiff's Expert Disclosures were corrected twice, the final being served on July 15, 2025.

3.    Dr. Perrillo will provide testimony detailing both his methods and his findings, as outlined in his Expert Report. Attached as **Exhibit 1** is a true and correct copy of the Expert Report of Plaintiff's Retained Expert, Dr. Richard J. Perrillo.

4.    Dr. Perrillo also has multiple visiting licensures in various states including Georgia, Hawaii, Nevada, Washington, Oregon, and Oklahoma. Attached as **Exhibit 2** is a true and correct copy of Dr. Perrillo's Curriculum Vitae.

5.    Dr. Perrillo has conducted more than one thousand forensic evaluations, and done over 700 depositions and over 100 trials both in Federal and State courts. Attached as **Exhibit 3** is a true and correct copy of Dr. Perrillo's Case List.

6.    Dr. Perrillo was deposed in this matter on August 18, 2025. Attached as **Exhibit 4** is a true and correct copy of the relevant portions of Dr. Perrillo's deposition transcript.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 7th day of October 2025 in San Diego, California.

_____
Catharine P. McGlynn, Esq.

BOHM LAW GROUP, INC.
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CALIFORNIA 95834

**Declaration of Catharine P. McGlynn, Esq., iso P's Opp to D's MIL No. 3**          BOHM LAW GROUP, INC.
*Lomboy v. Wells Fargo Bank, N.A., et al.*                                   AK EMPLOYMENT LAW OFFICE
Case No.: 4:24-cv-04168-HSG

# EXHIBIT 1



THE OFFICES OF RICHARD J. PERRILLO, PH.D.

FORENSIC, CLINICAL, AND NEUROPSYCHOLOGY

Tuesday, July 8, 2025

Ms. Kelsey K. Ciarimboli
Managing Trial Attorney
Bohm Law Group, Inc.
5205 Kearny Villa Way, Suite 105
San Diego, California 92123

Dear Ms. Ciarimboli,

I am writing to you regarding a *"senior regional banking manager"* at Wells Fargo Bank, Mr. Ronald Lomboy.

This case is both simple and complicated with Mr. Lomboy stating that he worked at Wells Fargo since 2007, and then the regional office in Walnut Creek in 2018 to 2023 as a result a promotion. According to Mr. Lomboy, he suffered from optic neuritis, which causes some vision loss and was quite painful. The allegation is that he was not given adequate accommodations and was eventually terminated despite moving to a smaller bank branch, Orchard Branch in Walnut Creek.

Mr. Lomboy states that he went on some 23 or 24 interviews after his termination and felt he was blacklisted which added to his stress and took some 14 months to find something else. There also was a significant reduction in salary but less responsibilities. He also states that he worked at the Walnut Creek branch during the Covid and many of those employees were let go, and the full number of managerial responsibilities fell upon him. In short, he experienced more responsibilities without support.

Mr. Lomboy states that he *"suffered from optic neuritis"*, inflammation behind his eyes, which caused vision loss. As a result of job stress in 2017 to 2020 he

DR._RP000001

2

experienced some episodes of vertigo, his hearing would go numb and had some extreme nausea. He also notes that there was a mild decline in his thinking efficiency due to stress as well as concentration and recent memory. In addition, on emotional level after his termination, Mr. Lomboy said that he was severely depressed, and even suicidal, with sleeping difficulties, loss of energy, increasing anxiety at time with loss of patience, which has improved.

In addition, to the termination, when the current suit came forward, he states that Wells Fargo claim that he lied in his 2007 application to the company. They claimed that he obscured his employment history and told him that their employment was a *"gift"*. He alleges that he was accused of being racist as well as he used the *"N"* word with a close friend. Currently the company alleges Mr. Lomboy engaged in fraud by opening an account for a minor girl of some 16 years old despite the minor's mother's being present.

The question arises whether Mr. Lomboy was damaged by his termination, events leading up to his termination and lack of adequate accommodations, as well as other allegations.

Materials reviewed in this matter included Mr. Lomboy's complaint, texts between him and his family, his deposition transcript, an email from Mr. Lomboy regarding life insurance covering suicide, Bass Neurology, John Muir Health, Walnut Creek Campus, Foresight Mental Health, Capricorn Counseling Center and updated medical records from John Muir and University of California, San Francisco, employment records from 2016-2023, termination letters, multiple depositions and legal filings.

Of interest an MRI on 12/28/2020 reveals, *"Single periventricular/perivenular lesion on the right. This distribution can be seen in multiple sclerosis, although is nonspecific in isolation. There is no lesion in the corpus callosum nor more specific finding for multiple sclerosis. Several other scattered bilateral subcortical diminutive white matter lesions are present elsewhere, as detailed above. These are nonspecific. There is no associated enhancement or mass effect with any lesion. Remainder of the exam is within limits for age. Refer to contemporaneous orbital MRI for further assessment of the orbits and optic nerves."*

It is clear given the above that a comprehensive neuropsychological examination was in order and leads to the current examination.

DR._RP000002

3

The following report is a summary of the current neurocognitive status of Mr. Ron Lomboy. This report, while thorough and comprehensive, should not be construed to include all my professional opinions due to practical limitations of time and space. However, I'm happy to expound more fully upon my professional opinions during a discovery deposition. Thank you again for referring Mr. Lomboy for a comprehensive neuropsychological evaluation.

There are a few studies of note:

Note: Recently in the Journal of Neurotrauma, Special Report, December 1 2021, an article titled Epidemiology of Chronic Effects of Traumatic Brain Injury the authors note, *"Many persons with mTBI recover within a short time frame, but recent studies indicate that the effects of a mTBI in children and adults can persist for a year or longer These finding indicate the need for improved follow-up and management pertinent to the age of the patient…Some TBI symptoms may occur early and improve or worsen over time, whereas others may develop later in the course of recovery…Although symptoms resolve for a majority of persons who experience mTBI in 3 months, some continue to experience symptoms at or beyond 1 year post-injury. Estimates indicate that between 15% and 30% of persons who experience an mTBI suffer symptoms long after exposure as indicated by imaging findings age, population studied, time of initial assessment, and patient presentation... Although these percentages are likely an underestimate, studies are beginning to reveal that even a single mTBI might manifest as a measurable cognitive impairment as early as 3 months after injury…Other studies have found that mTBI across the age span is associated with persistent headache, vestibular dysfunction, depression, and cognitive complaints…More recently, investigators from the Transforming Research and Clinical Knowledge in TBI (TRACK-TBI) study found that less than half of adults with mTBI who present to a level 1 trauma center return to pre-injury levels of daily functioning at 1 year based on self-report... Given that cognitive and physical abilities in adults diminish with age, the lasting consequences of a TBI of any severity might result in a greater impact on daily living…By contrast, multiple retrospective studies have found significant correlations between mTBI and increased risk for dementia."*

There is no question that this was a significant traumatic experience with significant potential brain damage especially given his physical issues.

Note: Mr. Lomboy admit that when he was in his early 20s, he was in a flight and was hospitalized with a positive loss of consciousness and a fractured jaw, clearly indicating that he suffered from a concussion from that incident.

3

DR._RP000003

The question regarding the current comprehensive examination includes issues of permanent brain damage and continuing neurocognitive and emotional changes since the time of this incident. It can also be argued that since he started with the Wells Fargo company in 2007 most of his issues if any had resolved by then and his performance reviews were quite positive continuing throughout.

Note: Interestingly, a recent article titled Symptom Provocation Following Post-Concussion Computerized Neurocognitive Testing and its Relationship to Other Clinical Measures of Concussions indicates "individuals that report symptom increases from completing a post-concussion CNT are more likely to exhibit increased vestibular/ oculomotor symptoms. These findings underscore the relationship between the clinical findings from both CNT and vestibular/ oculomotor measures following concussion."

On May 29, 2025, I gave Mr. Lomboy some 30 neuropsychological tests to answer the fundamental referral questions of the extent of his on-going stress and how it plays out functionally and the impact for his present and future functioning, as well as the cause of any such impairment.

Special Note: As a result of the original COVID-19 pandemic and its continuing presence, I elected to evaluate Mr. Lomboy by a virtual format-utilizing Zoom for his virtual testing. This insured his health and safety as well as this practitioner's. Comparisons so far show very good equivalency with "in person" individuals I have examined through the years.

Equivalency studies (Q Interactive) in 2012 showed excellent equivalency of digital formats as well as the Wisconsin Card Sorting Test.

Regarding Mr. Lomboy's evaluation, the verbal comprehension and working memory modules from the WAIS-IV were given, as if the person were sitting in front of me. The screen-sharing feature allowed a standard administration of the Wisconsin Card Sorting Test. The Trails Making Tests and the Rey's Complex Figure Test were oriented vertically and with the use of an electronic pencil. The ANAM was conducted exactly according to standardization procedures. The self-observational tests were conducted using PariConnect, well established by the publisher some years ago.

In a very recent study titled Validity of In-Home Tele-neuropsychological Testing in the Wake of COVID-19 the authors verify the validity of the tele-

DR._RP000004

neuropsychological format and state, "These findings support the validity of in-home TNP testing compared with in-person neuropsychological testing."

There are multiple other studies regarding the efficacy of TeleNP including a recent one titled Implementation of a Hybrid Teleneuropsychology Method to Assess Middle Aged and Older Adults During the COVID-19 Pandemic which concludes, *"There were no significant differences in scores at reassessment between face-to-face and a hybrid setup on nonverbal fluid intelligence, verbal memory, visual memory, language, working memory or verbal initiation. Retest reliability was moderate to excellent for verbal and visual memory, attention, and naming. Results of an anonymous survey indicated that participants felt comfortable and established good rapport with the examiner...This hybrid method of teleneuropsychology can be used to obtain high quality and reliable results including on tasks yet to be evaluated for teleneuropsychology, including the Graded Naming Test and the Topographical Recognition Memory Test."*

In addition, a recent Bulletin by the National Academy of Neuropsychology states, *"As a special case of computerized assessment, Web-based testing offers a number of advantages for improving "teleneuropsychological" assessment. First, the exponential increase in access to computers and the Internet allows for interactive web-based neuropsychological assessments across the lifespan (Feenstra et al., 2017). Internet-based assessment also makes possible the acquisition of hundreds of thousands of participants in diverse geographic locations within months. This is compared to the arduous and expensive paper-and-pencil test norming practices, or normative samples that are unacceptably small (and under-representative) in commonly used neuropsychological tests. Additionally, teleneuropsychology increases feasibility for unobtrusive serial monitoring and the longitudinal behavioral data offers potential for the development of repositories that can be stored with electronic medical records, genome sequences, each patient's history, etc. Thus, technological developments in the use of the Internet for collective knowledge building are apparent in Web 2.0 practices that involve specialized web tools. Web 2.0 represents a trend in open platform Internet use that incorporates user-driven online networks and knowledge bases...These immersive virtual environments offer enhanced measures because traditional neuropsychological tests are limited by sterile testing environments that fail to replicate the distractions, stressors, and/or demands found in the real world. Virtual environments allow for precise control over stimulus parameters and the ability to adjust the potency or frequency of stimuli. With traditional assessments (paper-and-pencil and computer automated), the clinical neuropsychologist may not receive a clear picture of the client's ability to perform everyday activities...Virtual environments offer a platform for shifting from tests that lack criterion validity to direct observation of behavior in real world scenarios that will*

DR._RP000005

6

*offer clinical neuropsychologists enhanced information for determining categorical, sequential, and hierarchical performance indicators…It is important to note that while some clinical neuropsychologists may continue to cling to paper as a preferred technology, a recent survey revealed an increased likelihood of computerized test utilization among newer clinical neuropsychologists (Rabin et al., 2014). This new generation of clinical neuropsychologists and their patients will be more familiar with twenty-first century technologies for health care…"*  (Emphasis added)

Early on another article titled Comparing Performance Across In-person and Videoconference-Based Administrations of Common Neuropsychological Measures in Community-Based Survivors of Stroke, the authors state: *"This study provides preliminary evidence that in-person and videoconference assessment result in comparable scores for most neuropsychological tests evaluated in mildly impaired community-based survivors of stroke. This preliminary evidence supports tele-neuropsychological assessment to address service gaps in stroke rehabilitation; however, further research is needed in more diverse stroke samples."*

Very Recently, another article titled Investigating Equivalence of In-Person and Telehealth Based Neuropsychological Assessment Performance for Individuals Being Investigated for Younger Onset Dementia, the authors conclude, *"These results suggest that performances are comparable between in-person and tele-neuropsychology assessment modalities. Our findings support tele-neuropsychology as a feasible alternative to in- person neuropsychological services for people under investigation of YOD, who face significant barriers in accessing timely diagnoses and treatment options."*

Yet another recent article notes, *"We found preliminary evidence that older adults, including those with cognitive impairment, can be assessed remotely using a modified UDSv3 research battery. Adjudication of cognitive status that relies on remotely collected data is comparable to classifications using in-person assessments."*

Another article notes, *"Provision of TeleNP is a promising modality. Additional research in this area is warranted with focus on cultural and contextual factors that support or limit the use of TeleNP with this community."*

Just recently the American Psychological Associations Council of Representatives in their adapted updated guidelines for psychological practice with older adults' states, "Acknowledging the increasing comfort with technology among older adults, the guidelines advise psychologists to consider using telehealth for assessing and treating older adults to improve access to care, especially in cases where in-person appointments are

DR._RP000006

challenging. This guideline is new, recognizing the shift to telehealth since 2020."

At all times, Mr. Lomboy was in a quiet private location with no distractions. As noted above, this current evaluation arises out an unusual incident of termination based upon lack of adequate accommodations, allegations of fraud and inability to accommodate work without support staff with continuing symptoms of sensory, cognitive, and emotional changes.

Since the time of this termination in 2023, Mr. Lomboy has experienced considerable negative changes on multiple levels including sensory, cognitive, emotional, social/interpersonal, and vocational.

Clearly, a comprehensive neuropsychological examination is indicated and brings us to the current updated evaluation.

White matter decreases, and changes are consistent with Mr. Lomboy's MRI in 2020 but not current neurocognitive profile regarding multiple reaction times across the cognitive domains as well as cognitive proficiency, among other brain functions.  For example, his current results reveal a +.3 standard deviations above the mean for cognitive proficiency corresponding to the 65% level consistent with his average premorbid IQ baseline of 107 or the 67% level.

Other factors need to be considered as well:

Age at the time of a brain injury as well as aging will have effects on outcomes. Psychological overlay, such as anxiety and depression, predicts poorer outcomes.

Note: Recently in the Journal of Neurosurgery, April 10, 2018, in a study entitled Simplifying the use of prognostic information in traumatic brain injury. Part two: graphical presentation of probabilities, authors Gordon D. Murray, MA, Ph.D. et al present a remarkable interactive table which shows that 68% of the time you can expect a favorable outcome, from TBI in the 16 to 20-year-old range. Notice, however, that even under these ideal conditions of young age, it is not 100% chance of favorable recovery. For Mr. Lomboy's age group (41-45) the favorable outcome rate drops to 53.6%. Any level of brain injury and with emotional overlay such as PTSD, the course of recovery and probability of a favorable outcome diminishes.

7

DR._RP000007

8



Mr. Lomboy has average/above average premorbid baseline with average cognitive reserve and educational history. He states that he has two years of college and graduated from Olympic High School in Concord although does not know how well he did and obtained a GED and not a diploma. Apparently, he went to Heald Business College and received an associate degree with an overall grade point average of 3.2 which would be consistent with the current assessment of his baseline.

Minimally, prior to these ongoing stressful incidents at Wells Fargo, Mr. Lomboy's cognitive proficiency, RT, problem solving abilities, working memory, perceptual discrimination, verbal fluency and fine motor and gross motor ability are assumed to preserved with no indications of these types of impairments noted in his records.

In the classic study titled P300 Event-Related Potential Decrements in Well-Functioning University Students with Mild Head Injury the authors show that *"Despite excellent behavioral recovery, subtle informational processing deficits involving attention nevertheless may persist long after the original injury and may not be apparent on a variety of standard psychometric measures."*

Mr. Lomboy has continued with multiple sensory, cognitive, physical, and emotional complaints leading up to this current evaluation. Chronic headaches and dizziness are noted since the time of 2017 and onward. At that time Mr. Lomboy was managing 20-30 employees.

Brief Summary of Results:

DR._RP000008

The purpose of a neuropsychological evaluation is the assessment of how a person may have changed due to an acquired or genetic condition. Neuropsychologists look at the condition of the individual first followed by the most probable cause.

You can see on the following normal curve chart his relative standing to the normative standardized group profile with an average 50% level baseline.



According to the DSM 5 criteria, Mr. Lomboy suffers from Mild (6 indicators) and Major Neurocognitive Disorder (3 indicators) in multiple domain: all aspects of sustained attention, including working memory, Auditory Verbal Learning: single trial learning, episodic memory and Visual Memory.

Note: The well referenced DSM 5 (Diagnostic and Statistical Manual) notes the diagnosis of mild and major neurocognitive disorders:

*"Major and mild NCDs [neurocognitive disorders] exist on a spectrum of cognitive and functional impairment…The core feature of NCDs is acquired cognitive decline in one or more cognitive domains."* Note the word "acquired" and "domains"

DR._RP000009

which are composite functional performance scores in a particular brain area of function.

*"A disorder may go undiagnosed in high-functioning individuals whose currently 'normal' performance actually represents a substantial decline in abilities."* (This is the principle illustrated by Michael Phelps becoming an average swimmer due to injury.) Note: Thus, the necessity of doing baseline testing and analysis to determine how a person changed.

As consistent with the above, the DSM 5 states, *"Neuropsychological testing, with performance compared with norms appropriate to the patient's age, educational attainment, and cultural background, is part of the standard evaluation of NCDs and is particularly critical in the evaluation of mild NCD."*

Note: All tests used in the current evaluation are independently valid and reliable and demographically adjusted according to age, education level etc.

*"For major NCD, performance is typically 2 or more standard deviations below appropriate norms (3rd percentile or below). For mild NCD, performance typically lies in the 1-2 standard deviation range (between the 3rd and 16th percentiles)."*

All of Mr. Lomboy's differentials can be seen on the attached data grid with the SD, pictorially on the attached normal curve comparisons and attached detailed SD chart.

The DSM-5 also notes, *"NCDs with onset in childhood and adolescence may have broad repercussions for social and intellectual development…neuropsychological assessments are the key measures for diagnosis of NCDs… global brief mental status tests may be helpful but may be insensitive…"* Note this paragraph adds that neuroimaging studies like MRIs or PET scans *"may come into play."*

The DSM 5 also indicates that *"apathy is common in mild and major neurocognitive disorder…may be a prominent feature of neurocognitive disorder due to frontotemporal lobar degeneration and is typically characterized by diminished motivation and reduced goal directed behavior accompanied by decreased emotional responsiveness."* Other important behavioral symptoms include wandering, disinhibition, etc.

The DSM 5 also indicates the importance of the individual's observations of themselves as well as others who are familiar with the person. It states, *"mild*

10

DR._RP000010

*NCD is characterized by a modest decline in one or more cognitive domains based on concern of the individual, a knowledgeable informant or clinician and modest impairment and cognitive performance preferably documented by standardized neuropsychological testing or in its absence another qualified clinical assessment. Deficits do not interfere with independence, but greater effort, compensatory strategies or accommodation may be required."*

All these issues are attended to and documented in the current evaluation.

Empirical Evidence:

White matter changes usually reveal themselves by cognitive slowing, reaction time and processing speed loss, and cognitive proficiency declines. These issues often arise from concussions or TBIs and other brain insult events such as we have in this case. These are the very reasons why the updated diagnosis of concussions insists on reaction time and processing speed measures that are revealed by neuropsychological testing. (See Footnote 2 in Addendum)

Also, a recent study, entitled White Matter Degeneration—A Treatable Target?, reviews the dangers of such changes within our brains regardless of cause. The article states, *"White matter hyperintensities are associated with executive dysfunction and a 2-fold increased risk of dementia. Because the white matter represents the physical connection between brain regions, unsurprisingly, reduced functionality translates to impairments in highly coordinated operations, such as processing speed and task switching…Treatments aimed at preserving or regenerating white matter integrity, either by themselves or in combination with risk factor control and other therapies, are promising targets for reducing cognitive impairment and dementia."*

Although Mr. Lomboy appears to have these issues most likely evolving prior to the stressful ordeal, it is very likely there is an exacerbation and acceleration of his condition due to the lack of accommodations and accusations of fraud and associated stress.

As a note, brain cellular disturbance also occurs from such events including abrupt anxiety reactions. [1]

---

[1] See: Single cell molecular alterations reveal target cells and pathways of concussive brain injury
Douglas Arneson et al

11

DR._RP000011

In a recent article titled *Support for midlife anxiety diagnosis as an independent risk factor for dementia: a systematic review*[2] authors Amy Gimson *et. al.,* indicate "*Anxiety is an increasingly recognized predictor of cognitive deterioration in older adults and in those with mild cognitive impairment*". Mr. Lomboy was quite distressed after these incidents and even suicidal at one point. This study concludes "*Clinically significant anxiety in midlife was associated with an increased risk of dementia over an interval of at least 10 years. These findings indicate that anxiety may be a risk factor for late-life dementia, excluding anxiety that is related to prodromal cognitive decline.*"

In a very recent study titled *Association Between Psychological Distress and Incident Dementia in a Population Based Cohort in Finland,* results indicate that psychological distress symptoms were significantly associated with an increased risk of all-cause dementia in the model emphasizing etiological risk. The associated risk was 17% to 24% with the conclusion that "*these findings suggest that psychological distress is likely to be in ethological risk factor for dementia and associated with the incidence of dementia.*" [3]

*Baseline:*

*2025*

| | |
|---|---|
| *Baseline IQ: 105-120 (51%-91%)*<br>*TOPF: 107 (67%; BPM: 129.6)* | *Average/High Average* |

*(See pages 11-12 in the addendum for a full discussion of baseline and its importance.)*

The clinical and forensic questions involved consist of whether Mr. Lomboy has substantially changed because of these ongoing stressful incidents, and if so, what is the extent and depth of his changes both on a cognitive and emotional level and whether he has sustained permanent brain changes.

An insightful article from APA's Neuropsychology Journal titled What is Normal Cognition in Depression? Prevalence and Functional Correlates of

---

The authors state "*Emerging evidence in the neuroimaging field suggests that changes in the interaction patterns among cells in circuits can contribute to reduced cognitive capacity in TBI…Identification of vulnerable hippocampal cell types to mTBI. To retrieve hippocampal cell types vulnerable to mTBI, we first compared the cell population proportions between mTBI…*"
Nature Communications (2018) 9:3894

[2] BMJ Journals
Volume 8, Issue 4, 5/13/2018

[3] JAMA Open Network. December 15, 2022.

DR._RP000012

Normative versus Idiographic Cognitive Impairment, the authors note "deviation and cognition relative to premorbid ability levels, versus deviation relative to population norms, is a stronger correlate of perceived impairments in daily functioning in depressed individuals." That is, it is critically important to use an individual's baseline as the comparative metric as opposed to the normative baseline as it is more predictive of daily functioning *or dysfunction*.[4] In Mr. Lomboy's case the two are equivalent as he is an average intellect.

Global Functions:

*Overall Reaction Time Composite*

*2025*

| IQ: *118 89%)* | *High Average and WE* |
|---|---|

*Reaction Time and Information Processing Speed*

The current data indicates overall preserved RT abilities consistent with baseline.

*\*Note: Composites may obscure individual test performance which may show impairments such as outliers in a particular domain.*

Note: In an very recent article titled  Minimal Detectable Change for  the ImPACT Subtests at Baseline, the authors note, *"It is common to create composite scores for cognitive tests in an attempt to normalize test results, combine tests that span similar cognitive domain domains, and reduce the overall quantity of information presented to the patient (Crockett et al., 1969; Iverson et al., 2019; Karr et al., 2022; Rund et al., 2006:  Sternberg et al., 2020…Whereas the composite scores were more commonly used to detect impairment, the subtests contained useful information that aided clinicians in making important pointed decisions on cognitive declines (Tulsky et al., 2017) highlighting the important role of subtests that comprise composite scores in clinical decision making."*[5]

Reaction time is simply the time between perceiving a stimulus and responding to it. It is the measure of the time it takes to detect, process and respond to a stimulus. For example, if someone is driving a car and a child

---

[4] Neuropsychology 2021, Vol. 35, No.1, 33-41.

[5] Archives of Clinical Neuropsychology, 2024, 39, 626–634

DR._RP000013

runs into the street in front of them, the time it takes to process that information and avoid the child is crucial.

Variability in reaction times are usually a sign of cognitive decline and dysfunctions. In Mr. Lomboy's case, all RT measures are within expectations.

Likewise in this publication for further FDA approval for the ANAM titled, the authors note *"Specifically, Ivins and colleagues reported the rates of service members in the injured and control groups that were 1+, 1.5+, or 2+ standard deviations (SDs) below the normative mean. These thresholds were chosen as they reflect cutoffs that are commonly used to identify potentially clinically meaningful impairments. A portion of these findings (the count of scores exceeding the 1+ SDs threshold) are shown in Table 4. Examination of the performance levels for ANAM at the various SD thresholds revealed several which distinguished controls from mTBI well. These included 4 or more scores 1+ SDs below the normative mean, 3 or more scores 1.5+ SDs below the normative mean, and 2 or more scores 2+ SDs below the normative mean. 32.7% of those with mTBI had four or more ANAM scores 1+ SDs below the normative mean in comparison to only 7% of controls; 25.4% had 3 or more scores 1.5+ SDs below the normative mean in comparison to 5.4% of controls; and 19.4% had 2 or more scores 2+ SDs below the normative mean in comparison to 5.4% of controls."* These guidelines are consistent with the DSM-5 guidelines and for probable impairments. (Emphasis added)

*Overall Cognitive Proficiency*

Consistent with Lezak, and updates in our understanding of our brains and how they function, I gave Mr. Lomboy the ANAM.[6]

2025

| IQ: 105 (65%) | WE |
| --- | --- |

The ANAM, (Automated Neuropsychological Assessment Matrix), is a non-verbal, visual process brain function battery, (independent of years of schooling), with over 1,000 articles of research. It came into being more than

---

[6] On page 418 of his definitive textbook, Neuropsychological Assessment, Fifth Edition, Dr. Lezak states *"simple reaction time is frequently slowed with brain disease or injury and slowing increases disproportionately with increases in the complexity of the task, whether the addition of choices requiring discrimination of stimuli or introduction of a distractor...This slowing is particularly apparent by patient with severe TBI."* He further opines, *"Computer-based methods may be more sensitive than capturing neural correlates of cognition and traditional tests"* as they measure reaction time in hundreds of a second rather than minutes. Dr. Lezak concludes *"neurophysiological and reaction time measures that assess responses in millisecond time frames may detect the subtle long-term effects of mTBI better than many neuropsychological assessment techniques."* This is precisely what the ANAM is designed to do.

DR._RP000014

20 years ago from the DOD and military workbench. It is particularly useful for the diagnoses of brain inefficiency across the cognitive domains as it separates out both accuracy and proficiency. In addition, it is particularly relevant for assessment of both military and civilian individuals who may be suffering from cognitive disorders with various types of brain insults. The instrument is also very sensitive to the deleterious effects of toxicity upon the brain. This instrument has been used extensively with young athletes, TBIs and the Chernobyl victims. This instrument is the only FDA approved neuropsychological battery (along with sports IMPACT) and is also being used presently by the Department of Justice in Denver to separate brain damaged incarcerated individuals from others without such brain issues. This examiner has given literally hundreds, if not thousands of ANAMs since 1991 to both military and civilian individuals. This instrument also received recent FDA approval specifically for concussions.

It is notable to acknowledge many preserved scores across many ANAM measures consistent with what his baseline would predict.

Note: Cognitive proficiency combines elements of working memory and processing speed to enable efficient information processing. This is crucial to the acquisition of new material, as well as facilitating fluid reasoning. Mr. Lomboy has deficits in working memory and sustained attention (see below).

*Specific Functions:*

Higher Order Executive Functioning

*PreFrontal/Frontal (Attention, Executive Functions)*

Higher order executive functions are related to selective, divided, sustained and complex attention as well as perceptual reasoning, self-monitoring, planning, synthesizing, anticipation, integration and overall involve purposeful action relying upon total brain resources. [7]

The frontal areas of our brain mediate and are responsible for synthesis, integration, planning, organization, analysis, creativity, improvisation, and abstract reasoning ability, among other behaviors-just the types of abilities

DR._RP000015

that all professions require. The ability to self-monitor as well as correctly perceiving the intentions of others are also involved. Without these abilities, brain-damaged individuals are frequently taken advantage of.

*General Composite*

2025

| IQ: 105 (65%) | WE |
|---|---|

However, Mild/Moderate impairments are noted in:

- Working Memory: IQ: 93 (33%) -14
- Sustained Attention, Visual: IQ: 67 (1%) -40
- Sustained Attention, Auditory: IQ: 83 (10%) -24

Sustained Attention is predictive of the ability to concentrate on an activity until completion, despite obvious or less-obvious distractors.

Working memory, in relation to Sustained Attention, allows for being decisive when a problem presents itself and at the time of presentation. Without such ability one becomes stuck and slow in solving immediate problems.

*\*Note: Composites may obscure individual test performance which may show impairments such as outliers in a particular domain. This issue is handled in the SD chart for each person, a trial exhibit.*

Significant prefrontal and frontal impairments are noted in Mr. Lomboy especially in most aspects of attention with a visual and auditory component, although visual is much worse consistent with his optic difficulties with significant compromises for future learning and earning. Mr. Lomboy is likely to feel overwhelmed and fatigued by not being able to engage in quick decision making and sustain attention.

Note: The present results are within an unlikely quiet environment with no noise distractions. Out in the real world, as most people have experienced, life is not as quiet as in a neuropsychological room during the testing experience. Noise and other distractors will interfere with Mr. Lomboy's ability to attend to even the simplest of stimuli. Multitasking will be a challenge for him and

DR._RP000016

17

cognitive remediation will need to focus on teaching his to approach complicated situations one step at a time.[8]

Note: A recent study titled Premature cognitive decline in specific domains found in young veterans with mTBI coincide with elder normative scores and advanced-age subjects with early-stage Parkinson's disease reveals *"Importantly, data suggest that longer than average time-to-completion scores for the TMT-A and TMT-B significantly predicts parkinsonism conversion to Lewy body dementia within 5–6-years. Thus, TMT-A and TMT-B may be a powerful diagnostic tool to link m-TBI to PD, to infer future cognitive impairment, or the onset of some other type of neurodegenerative process."*[9]

Single brain insults can have devastating outcomes for some individuals especially if they are older or vulnerable due to other conditions. As noted, single brain insults can lead to early dementia and Parkinson's.

*Self-Observational Measures*

As an empirically based measure of his observations of himself, I gave Mr. Lomboy the BRIEF-2A (Behavior Rating Inventory of Executive Function) and the FrSBe (Frontal Systems Behavior Scale), which shows:

Consistent with the above results regarding his prefrontal on frontal brain functioning, a valid profile is indicated with elevations matching to known clinical samples of individuals with prefrontal and frontal brain difficulties. These results are consistent with his neurocognitive performances in sustained attention and working memory.

The results show, frontal mediated behavior difficulties with inhibition, shifting, initiation, working memory, planning and organizing and the organization of materials with the meta indices of behavioral regulation, emotional regulation, cognitive regulation and overall executive composite elevated matching to the clinical sample of individuals with diagnosed prefrontal and frontal brain damage.

---

[8] In a recent study "Neuropsychological Assessment of Distractibility in Mild Traumatic Brain Injury and Depression" by Ralf Schnabela* & Rob Kydda The Clinical Neuropsychologist, Volume 26, Issue 5, 2012, pages 769-789, the authors conclude and found...*"Significant deterioration of performance in the distraction setting was observed among clients with mTBI. In contrast the performance of a healthy control sample remained unchanged. Significant improvement of performance in the distraction setting was documented for clients with MDE. Contrary to their improved performance, depressed clients experienced the distraction setting as more distressing than the control and mTBI group."* Note in the study while depressed individuals complained more it had no effect on their neuropsychological performance even under the distracting "noise" condition.

[9] PLOS ONE November 17, 2021

DR._RP000017

18

The reports states, *"Ronald's ratings of himself do not appear overly negative. There were **0** atypical responses to infrequently endorsed items. In the context of these validity considerations, ratings of Ronald's executive function exhibited in everyday behavior indicate some areas of concern.*

*The overall index score, the GEC, was **mildly elevated (GEC T = 68, %ile = 97)**. The Emotion Regulation Index (ERI) score was **within normal limits (ERI T = 64, %ile = 89)**, but the Behavior Regulation Index (BRI) score was **mildly elevated (BRI T = 65, %ile = 93)** and the Cognitive Regulation Index (CRI) score was **mildly elevated (CRI T = 68, %ile = 95)**.*

*Within these summary indicators, all of the individual scales can be calculated. One or more of the individual BRIEF2A scale T scores were elevated, suggesting that Ronald exhibits difficulty with some aspects of executive function. Concerns are noted with his ability to resist impulses, adjust well to changes, sustain working memory, and plan and organize his approach to problem solving appropriately. Ronald's ability to be aware of his functioning in social settings, react to events appropriately, get going on tasks and activities and independently generate ideas, be appropriately cautious in his approach to tasks and check for mistakes, and keep materials and belongings reasonably well-organized is not described as problematic.*

*Ronald's elevated scores on scales reflecting problems with fundamental behavioral and/or emotional regulation (Inhibit, Emotional Control, and Shift) suggest that more global problems with self-regulation are having a negative effect on active cognitive problem solving (elevated CRI). Current models of self-regulation suggest that behavior regulation and/or emotion regulation, particularly inhibitory control, emotional control, and flexibility, underlie most other areas of executive function. Essentially, one needs to be appropriately inhibited, flexible, and well-modulated emotionally for efficient, systematic, and organized problem-solving to take place. One must simultaneously consider the influence of the underlying self-regulation issues and his unique problems with cognitive problem-solving skills."*

DR._RP000018



The Frontal Systems Behavior Rating Scale (FrSBe) reveals mild self-observed negative changes in apathy, disinhibition and executive functioning.



The "before and after" observations of family and friends are also important especially as time goes on since neuropsychological tests cannot measure everything.

DR._RP000019

20

Just recently in a longitudinal study titled *Longitudinal Course and Predictors of Apathetic Symptoms after Severe Traumatic Brain Injury* the authors state *"patients displayed a significant lack of initiative/interest at all post injury assessments. At the individual level, the results revealed that a majority of patients had no change in their apathetic symptoms over the 10-month follow up, whereas in others, apathetic symptoms mostly increase. Furthermore, impaired memory was the only mechanism that significantly predicted later apathetic manifestations…Apathy is one of the most common behavioral symptoms of traumatic brain injury with an average estimated prevalence of 45% to 50%".*[10]

*Note:* In a new article titled *Utility of Brief Psychological Measures for Prediction of Prolonged Symptom Clearance in Concussed Student Athletes* the authors show that "post-concussion anxiety symptoms may help identify individuals at increased risk for prolonged recovery."[11]

*Memory:*

Most people believe that memory is the hallmark of their cognition.  However, memory is just one of many cognitive processes as will become evident by the report. This is not to say that memory is not critically important as memories make up our definition of self and who we are. Memories are also important for sharing our experiences with others so that we have continuity in our lives and do not have "the disappearing now." "Moments" are meaningful when they are fully experienced and assimilated on multiple levels.

Memory processes come in different forms: auditory, visual, tactile, emotional or a combination thereof. For example, when reading the newspaper, one is employing both verbal and visual processes. On the other hand, when listening to a symphony one is employing auditory but non-verbal processes. The ability to remember requires intact gross abilities of retrieval and encoding. The ability to remember also involves different strategies such as semantic strategies or putting things in categories for remembering, or clues from the environment and our experiences. Thus, our brains employ such processes as strict auditory memory such as remembering conversations, strict

---

[10]Archives of Clinical Neuropsychology. November 22, 2017.
Annabelle Arnould, Lucien Rochat, Philippe Azouvi, Martial Van der Linden

[11] Utility of Brief Psychological Measures for Prediction of Prolonged Symptom Clearance in Concussed Student Athletes
Kristin Wilmoth et al
Archives of Clinical Neuropsychology September 26, 2019; 1-7

DR._RP000020

visual memory such as remembering the details of an object or face, auditory nonverbal memory such as remembering the music, rhythm and sounds from a symphony, visual verbal such as reading a newspaper, and visual nonverbal such as remembering a painting or geographic associations. Prospective memory, or the ability to remember to remember to do something, is also important but not empirically measured by neuropsychological tests.

Interestingly, a new study appears to indicate that prospective memory *"was better explained by generalized anxiety rather that PTSD-specific symptoms."[12]*

<u>*Auditory Verbal Learning and Auditory Memory*</u>

2025

| IQ: 103 (60%) | WE |
|---|---|

However, mild impairments are noted in:

- Single Trial Learning: IQ: 93 (33%) -14 IQ
- Episodic Memory – Immediate: IQ: 93 (33%), –14 IQ
- Episodic Memory – Delayed: IQ: 93 (33%), –14 IQ

*Note: Composites may obscure individual test performance which may show impairments such as outliers in a particular domain.*

Mr. Lomboy will have a difficult time recalling conversations, which requires immediate learning and multi-level integrated communications if he hears it once. As a practical matter it will likely be difficult for him to follow along with multiple levels of conversations occurring at the same time.

Note: Auditory verbal learning and memory indicates impairments in episodic memory immediate recall. These type of impairments would make it difficult or problematic for Mr. Lomboy to remember conversations or information with multiple verbal elements if heard once. These type of results would also indicate a higher risk for early dementia. As the world is not inclined to repeat itself, Lomboy surely will be at a disadvantage in most social situations.

---

[12] *Forgetting to Remember: The Impact of Post-traumatic Stress Disorder on Prospective and Retrospective Memory Performance* Archives of Clinical Neuropsychology 00 (2021) 1–7
Dale Korinek1 et al

DR._RP000021

22

*Visual Memory and Processing*

*General Composite*

2025

| IQ: 90 (25%) | -17 IQ from baseline, p <15% |
| --- | --- |

Mild/Moderate impairments are noted in:

- Gestalt Visual Immediate Recall: IQ: 69 (1%) -38 IQ
- Gestalt Visual Delayed Recall: IQ: 75 (4%) -32 IQ
- Visual Recognition: IQ: 93 (33%) -14 IQ

Mild, Moderate and borderline impairments of visual memory including immediate and delayed complex visual memory. The results show moderate decreases and some variability, in that visual memory processes appear to range from severely impaired to mild or borderline impairment.

Differentials from baseline are problematic as it is significantly below what one would expect for his average intellect. The significance of intraindividual variability within a cognitive domain is discussed below.

Visual learning is critical to reading, spelling, and writing. Significant impairments are noted in the ability to immediately process and retrieve information that is incidentally seen without focus. In addition.

Note: The left and right hippocampal region are involved in auditory and visual encoding and these present results may indicate volume decreases in the right hippocampus.

Overall visual memory with focus for both immediate and delayed recall is problematic and will affect his productivity in any employment situation. Visual integration, synthesis, memory etc. should be especially developed given long-standing human developmental history.

Note: Right hippocampal volume loss may be indicated. The right hippocampal region is involved in visual encoding. The left and right hippocampal regions are involved in auditory and visual encoding and these present results may indicate volume decreases in the right area.

22

23

Right hemisphere dysfunction may be indicated. Visual Memory deficits are particularly worrisome. Our ability for visual memory and discrimination is a well-entrenched function. In terms of brain developmental history, early man relied upon both motor (cerebellum) and visual memory and discrimination. What we know now as language and higher cortical functions developed later. The ability to remember faces, for example is primary. Results from numerous studies suggest that memories for visual details are sensitive to right hemisphere deficits, temporal lobe and hippocampal lesions and increased right temporal cerebral blood flow and right parietal metabolism. Visual memory loss profoundly affects the way we learn and navigate our worlds. The right hippocampal region is involved in visual encoding and these present results may indicate volume decreases in the right hippocampus.

Mr. Lomboy will have a difficult time retrieving what he incidentally sees and with deliberate focus and attention. Probable moderate risk for early dementia is indicated as age at the time of brain insult becomes an increasing mediating factor in outcomes.

The risk for developing early dementia compared with normal controls without a history of a brain injury is moderate and one always must be vigilant regarding the progressive effects of the type of brain injury suffered by Mr. Lomboy especially within the context of his continuing mild/moderate abnormal neuropsychological findings.

With any type of brain injury, one always has to be aware of the higher risk for early dementia compared with normal controls without a history of a brain injury. (See pages 13 and 14 of the Addendum, footnotes 18, 19, 20, 21, and 22 for research regarding this issue.)

There are two recent studies of significance: Oftentimes individuals who sustained acquired brain damage have variations in their cognitive performance profiles whereas in the genetic variety all functions are precipitously lower. This is the case with this profile. That is, there are brain functions that are preserved compared with others which are impaired.

In a very recent study titled *Longitudinal Association of Intraindividual Variability with Cognitive Decline and Dementia: A Meta-Analysis* these authors clearly show that cognitive performance variability is associated with subsequent cognitive decline and is *"consistent with a growing body of research suggesting cognitive variability is a promising indicator of early brain changes in*

DR._RP000023

24

*dementia"* and *"may offer a novel indicator of incipient dementia in both clinical and research settings."*[13]

In another study titled *Elevated Intraindividual Variability in Executive Functions and Associations with White Matter Microstructure in Veterans with Mild Traumatic Brain Injury* the authors reveal several interesting findings: *"Veterans with a history of mTBI continue to show cognitive and neurobehavioral dysfunction for many months and even years following injury…In conclusion, our results demonstrate that EF-IIV may be more sensitive to the subtle effects of mTBI than traditional measures of central tendency. In addition, EF-IIV is associated with a broad distribution of white matter pathways which largely comprise frontal-parietal attentional networks…that dispersion scores are highly correlated with the microstructure of multiple white matter pathways. These results clearly show that cognitive dispersion or variability and cognitive performance was independent of the effects of post-traumatic stress disorder. In addition, a composite overall performance of tests of executive functions called executive function means was created by averaging each participant's converted Z score across the six measures. And that the more severe TBI show greater dispersion than those with milder TBI's."*

*Motor:*

<u>*Fine Motor: Dominant*</u>

2024

| IQ: 118 (90%) | Above Average |
|---|---|

<u>*Fine Motor: Non-Dominant*</u>

2024

| IQ: 144 (100%) | Very Superior |
|---|---|

Mr. Lomboy presents with preserved fine motor abilities and but without the typical healthy pattern of the dominant side being 10% faster and stronger than the non-dominant side and may indicate lateralization.

Note:  In a recent study entitled *Limbic neurochemical changes in patients with functional motor symptoms* the authors show that functional motor impairments were due to *"abnormal limbic Glx increase could have a crucial pathophysiologic role in FMS, possibly by altering limbic-motor interactions, ultimately leading to*

---

[13] Neuropsychology 2021, Vol. 35, No. 7, 669–678

DR._RP000024

*abnormal movements."* In other words, abnormally high glutamate levels in the limbic system discriminates individuals with functional motor losses from normal controls thereby undermining any suggestion of "hysteria, somatoform or conversion disorder." The authors state, *"Unexplained functional neurological symptoms, historically known as hysteria, are recognized as a neurochemical abnormality that could be targeted by the specific treatments for this condition,"*[14] In addition, the authors note *"We found that glutamate is abnormally increased in the limbic but not in the visual cortex of patients and that the increase correlated with the severity of motor and psychological disturbances."*

This study confirms there is only one brain, which regulates all of our experiences. There is no such thing as a "psychological" brain apart from its organic brain components.

*Psychological Status*

*There is interplay between one's cognitive and psychological self so that there is one brain that mediates both. As such, one can acquire both cognitive and emotional dysfunction due to trauma. As a result of the interplay, one's psychological distress can retard the recovery from acquired brain injury. Likewise, cognitive impairment can also lead to emotional dysfunction.*

Mr. Lomboy's current psychological profile (PAI+, DAPS) indicates:

There is some mild evidence of negative bias, exaggeration, and overstatement and/or over endorsement of complaints or symptoms or distortion or inconsistency.

The PAI+ reports states, *"With respect to positive impression management, there is no evidence to suggest that the respondent was generally motivated to portray himself as being relatively free of common shortcomings or minor faults. However, certain aspects of the profile raise the possibility of denial of problems with drinking or drug use, as individuals with similar personality characteristics typically report greater involvement with alcohol or drugs than was described by this client. Interpretive hypotheses in this report regarding the abuse of these substances should be reviewed with caution.*

*With respect to negative impression management, there are indications that the respondent endorsed items that present an unfavorable impression. This result raises*

---

[14] Neurology June 05, 2019

DR._RP000025

26

*the possibility of a mild exaggeration of complaints and problems. Elevations in this range are often indicative of a "cry for help", or of a markedly negative evaluation of oneself and one's life. Although this pattern does not necessarily indicate a level of distortion that would render the test results uninterpretable, the interpretive hypotheses presented in this report could overrepresent the extent and degree of significant test findings as a result of this tendency."*

In general, no personality dysfunctions are evident (T-58) which may have resulted from the subject incident. In any event, how he performs on the PAI, and DAPS is unrelated to his neuropsychological or brain function test results.

The PAI+ indicates clinical endorsements in conversion, somatization, health concerns, cognitive, affective and physiological anxiety, traumatic stress, cognitive, affective, and physiological depression, persecution, resentment, and thought disorder outside of any psychotic processes. Additional elevations include negative affectivity, and cognitive and perceptual dysregulation. The experimental neurol-item sum scale with a T–83 indicates considerable difficulties with thinking and cognitive processes. The suicide potential index is also elevated at a T-65. The coefficient of fit will post traumatic stress disorder is .58, anxiety disorders .59 and unspecified somatic symptom and related disorders .7. Given the context and history of Mr. Lomboy the most probable diagnosis is posttraumatic stress disorder, and the internalization of stress from that disorder which affects his cognitive and emotional functioning.

Note: "Psychological" instruments are not brain function tests and do not know the context of any one individual. Interpretations will certainly depend upon taking the individual context and history into consideration.

Note: In a recent study "The Biology Behind 'Psychosomatic' Illness", author Peter L. Strick, Ph.D. states, *"The word "psychosomatic" is loaded and implies that something is all in your head. I think now we can say, "It is in your head, literally!" We showed that there is real neural circuitry that connects cortical areas involved in movement, cognition, and feeling with the control of organ function. So what have been called "psychosomatic disorders" are not imaginary. In addition to affective and higher cognitive centers, we found that there are motor areas, particularly the primary motor cortex region, that are involved in the control of the adrenal medulla. There are regions in the cortex that control axial body muscles, so it's not a leap to then say that*

DR._RP000026

27

*there is something about the core muscles and core exercise that affects stress response."*[15]

Detailed Assessment of Posttraumatic Stress, (DAPS), shows some negative bias and with report stating *"Based on the respondent's DAPS responses, he is not likely to satisfy diagnostic criteria for Posttraumatic Stress Disorder (PTSD).*

Elevated elements only include relative trauma exposure and peritraumatic distress with suicidality. However, Mr. Lomboy reports, *"having been held-up, robbed, or mugged."*



| Scale | PB | NB | RTE | PDST | PDIS | RE | AV | AR | PTS-T | IMP | T-DIS | SUB | SUI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Raw score | 0 | 13 | 10 | 33 | 15 | 10 | 11 | 16 | 37 | 5 | 4 | 10 | 29 |
| T score | 28 | 88 | 84 | 77 | 63 | 46 | 48 | 56 | 51 | 47 | 47 | 46 | 122 |

05/08/2025

It should be noted that PTSD and anxiety disorders have their own independent and deleterious effects upon the brain. (Refer to pages 15, 16 in the Addendum and *footnotes* 23 and 24 for research and a discussion.)

A new article titled *Utility of Brief Psychological Measures for Prediction of Prolonged Symptom Clearance in Concussed Student Athletes* the authors show that *"post-concussion anxiety symptoms may help identify individuals at increased risk for prolonged recovery."*[16]

---

[15] See: University Of Pittsburgh Proceedings of the National Academy of Sciences. October 07, 2016.

[16] Utility of Brief Psychological Measures for Prediction of Prolonged Symptom Clearance in Concussed Student Athletes
Kristin Wilmoth et al
Archives of Clinical Neuropsychology September 26, 2019; 1-7

DR._RP000027

28

Note: Autopsy studies of brains of individuals with MTBI without loss of consciousness (who died from other causes) have confirmed axonal and neuronal damage (see Bigler) that could not be seen on CT or MRI scans.[17] This study also illustrates that for some individuals they could maintain normal neuropsychological performance but had verified brain lesions (affecting everyday life) when autopsied.

In the article titled *Association of Stress-Related Disorders with Subsequent Neurodegenerative Diseases,* the authors examine other stress reactions such as acute stress reactions, adjustment disorder and *"other stress reactions."* The authors conclude, *"This study showed an association between stress-related disorders and an increased risk of neurodegenerative diseases. The relative strength of this association for vascular neurodegenerative diseases suggests a potential cerebrovascular pathway."*[18] It was also noted *"association between stress-related disorders and neurodegenerative diseases cannot be explained by familial factors shared by siblings."*

Likewise in another study, titled, *Stress related disorders and subsequent risk of life-threatening infections: population-based sibling-controlled cohort study,* the authors conclude *"stress related disorders were associated with a subsequent risk of life-threatening infections, after controlling for familial background and physical or psychiatric comorbidities."*[19] Clearly Mr. Lomboy is at such a risk as a result of the subject incident.

---

[17] In a remarkable real-life study, the abstract reads *"Autopsy studies were undertaken in a 47-year-old college-educated male patient who, 7 months prior to an unexpected death, had sustained a mild traumatic brain injury (TBI) as manifested by brief loss of consciousness and an initial Glasgow Coma Scale score of 14. The patient died from cardiac arrest secondary to an undiagnosed and unknown arteriosclerotic cardiovascular disease as assessed by the coroner's office at the time of autopsy. Gross inspection of the brain at autopsy was normal; however, microscopic analysis demonstrated what were considered trauma findings of hemosiderin-laden macrophages in the perivascular space and macrophages in the white matter, particularly the section taken from the frontal lobe. The patient had partially returned to work at the time of death but had encountered problems with diminished cognitive performance in his work as an appraiser. **Neuropsychological studies were generally within normal limits although several tests of either speed of processing or short-term memory showed lower than expected performance. This case demonstrates the presence of subtle neuropathological changes in the brain of a patient who sustained a mild TBI and was still symptomatic for the residual effects of the injury 7 months post injury when he unexpectedly died."** (Emphasis added)

"Neuropsychological results and neuropathological findings at autopsy in a case of mild traumatic brain injury"
Erin Bigler
Journal of the International Neuropsychological Society / Volume 10 / Issue 05 / September 2004, pp 794-806

[18] JAMA Neurol. Published online.
March 9, 2020.

[19] BMJ 2019;367

DR._RP000028

Very recently in the British Journal of Psychiatry a meta-analytic study titled *Posttraumatic stress disorder as a risk factor for dementia: systematic review and meta-analysis,* the authors state, *"This is the first meta-analysis quantifying the association of PTSD and risk of dementia showing that PTSD is a strong and potentially modifiable risk factor for all-cause dementia."*[20]

Recently another article titled *Associations of Posttraumatic Stress Disorder and Objective Subtle Cognitive Difficulties in Cognitively Unimpaired Older Veterans* reveals *"Our results suggest that, in Veterans without MCI or dementia, those with PTSD were more likely to experience subtle cognitive difficulties on neuropsychological measures a circumscribed association that was not present for other psychiatric conditions. Measures of efficiency seem to be driving the higher rates of PTSD in Obj-SCD, particularly a measure of processing speed."*[21]

Another article titled *Executive Functioning in Posttraumatic Stress Disorder: Understanding How Inhibition, Switching, and Test Modality Affects Reaction Times* again reveals the organic implications and impairments associated with PTSD. In this study individuals who have PTSD had slower and more variable reaction times. The study suggests there are obvious and subtle EF deficits associated with PTSD.[22] As noted above, Mr. Lomboy showed impairments in RT as well as variability.

Although neuropsychological tests have strong "veridicality", i.e. the test predicts actual real-world outcomes, the demands of any one test are not equivalent to the demands of real-world tasks called "verisimilitude". One can pass a driving test but still have accidents if on their cell phones or in unfamiliar territory, while driving, distracts them.

Note: Mr. Lomboy's RT deficits do not negate his skill in driving (he may pass a driving test) but he is more likely to have accidents especially in quick changing environments or unfamiliar territory. This reality may impact his and others' safety.

---

[20] Published online by Cambridge University Press: 15 September 2020

[21] Archives of Clinical Neuropsychology, 2024, 00, 1–7

[22] Neuropsychology: 2024, Vol. 38, No. 6, 516–530

DR._RP000029

30

As a note, demyelination of axons can occur from axonal shearing due to blunt head traumas as well as rotational forces from acceleration deceleration type injuries.

The parameters as outlined in the current evaluation, leads to the following conclusions, which I have drawn to a reasonable degree of scientific certainty within the field of neuropsychology:

*Diagnoses:*

a) *Mr. Lomboy sustained acquired brain dysfunctions from the ongoing stress associated with his employment at Wells Fargo with the lack of accommodations and sensitivity to his neurological condition as verified by his 2020 MRI results. There is an exacerbation of previous issues which he was able to manage as evidenced by his long work history and performance reviews. This internalization of stress has resulted in mild/moderate brain changes and brain functional losses affecting some aspects of "prefrontal/frontal" brain mediated functions, and occipital lobe functioning. That is, compared with a "healthy brain" 44 years old, Mr. Lomboy unfortunately has brain dysfunction as specified. In short, his brain has decreased in functionality from the average/above average level to impaired and well below the average intellect in some areas.*

b) *Note: Neuropsychological measures do not test for every aspect of one's brain behaviors such as creativity and synergy. Many of Mr. Lomboy's described difficulties are like difficulties suffered by individuals who have experienced similar types of brain injuries from TBI brain events. Our ability for creativity and the synthesis of multiple levels of information is the provenance of the right hemisphere.[23] As such Mr. Lomboy may never know the pleasures involved from creative enterprise and creative solutions to problems which is most unfortunate if he were to attempt artistic or creative endeavors.*

c) *Moderate reported frustration, anxiety and depression since the time of and before the subject termination being much more irritable over little things and the inability to adapt to sudden changes.*

d) *Chronic headaches, dizziness and other sensory, cognitive and emotional changes including mild and marked disturbances in coordination, and visual memory difficulties, frustration, loss of energy, high anxiety etc. reducing the quality of life.*

e) *Optimal effort.*

---

[23] See: Creativity and the Brain; Kenneth M. Heilman; Psychology Press 2005.

DR._RP000030

31

    *f)*  *Mr. Lomboy's current brain dysfunction is inconsistent with his average/above premorbid baseline and average premorbid levels as verified by baseline testing.*

    *g)*  *PTSD issues consisting of multiple complaints and symptoms since the time of the incident with minimal improvements noted.*

*Note: In a new article entitled Utility of Brief Psychological Measures for Prediction of Prolonged Symptom Clearance in Concussed Student Athletes the authors show that "post-concussion anxiety symptoms may help identify individuals at increased risk for prolonged recovery."[24]*

    *h)*  *Moderate unlikelihood of returning to baseline as Mr. Lomboy is outside the brain resolution period and further positive changes probably will not occur as age is a strong mediating factor.*

In Another insightful article from APA's Neuropsychology Journal titled *What is Normal Cognition in Depression? Prevalence and Functional Correlates of Normative versus Idiographic Cognitive Impairment,* the authors note *"deviation and cognition relative to premorbid ability levels, versus deviation relative to population norms, is a stronger correlate of perceived impairments in daily functioning in depressed individuals."* That is, it is critically important to use an individual's baseline as the comparative metric as opposed to the normative baseline as it is more predictive of daily functioning or dysfunction.[25]

*Attribution:*

Mr. Lomboy's abnormal brain including sensory, cognitive, and emotional disturbances is caused by various incidents prior to the subject termination and consequences thereafter. Note: Mr. Lomboy believes he has been *"blacklisted"* within the banking industry taking quite some time to secure other employment. Note: At the time of this evaluation, he is currently working at Charles Schwab as an investment consultant with some previous salary losses.

*Prognosis:*

---

[24] Utility of Brief Psychological Measures for Prediction of Prolonged Symptom Clearance in Concussed Student Athletes
Kristin Wilmoth et al
Archives of Clinical Neuropsychology September 26, 2019; 1-7

[25] Neuropsychology 2021, Vol. 35, No.1, 33-41.

DR._RP000031

32

Given average/above cognitive reserve but being older and with some levels of impairments and considerable emotional overlay, the probability of a favorable outcome decreases and is guarded. In addition, emotional overlays with adjustment and anxiety issues, and frustration will result in the long-term prognosis being guarded.

*Disability Status*

- *The real questions are the effects of aging and the increased risk for early dementia and Parkinson's.*

*Note: The VA hospital and Government recognizes secondary effects from TBI and stress such as Parkinson's, unprovoked seizures, dementias, including Lewy bodies dementia, depression, hormone deficiencies and endocrine changes.*

- *Mitigation of neurocognitive deficits or just maintaining the status quo can occur with the use of compensatory strategies and consistent neuro-exercise treatment.*
- *Optimal effort on neuropsychological measures. Apathy is also part of his serious brain condition.*
- *Note: There is a difference between the ability to engage in school/work or other activities and losing the choice altogether.[26]*
- *Note: Although Mr. Lomboy actively continues work his work will require considerable resources for positive reviews.*

As seen on the data grid, compared with individuals of similar age and background, there is a substantial and overall decrease in some of his neurocognitive abilities with the likelihood of more pervasive brain impairments as time goes on without treatment.

Neuropsychological evaluation is designed to present the brain with <u>new problem-solving</u> activities. The activities presented to one's brain during a neuropsychological evaluation are quite simple with different gradients of cognitive loading or requirements.  In real life, however, changes occur very rapidly with much more cognitive loading requirements than during any

---

[26] In a classic study titled *P300 Event-Related Potential Decrements in Well-Functioning University Students with Mild Head Injury* the authors show that *"despite excellent behavioral recovery, subtle informational processing deficits involving attention nevertheless may persist long after the original injury and may not be apparent on a variety of standard psychometric measures."* Mr. Lomboy's profile shows attentional deficits in most areas as well as other cognitive impairments.

See: Brain and Cognition 45, 342-356, (2001) Sidney J. Segalowitz et al

DR._RP000032

33

examination. Thus, Mr. Lomboy will be prone to make many more "mistakes" or judgmental errors or will have to put much more effort to ensure the reliability of any work, thus creating feelings of being fatigued and overwhelmed.

However, it is improbable that he will achieve his premorbid abilities levels, which any future career and education paths are dependent upon. In addition, most professions or endeavors require creative solutions, which depend upon the "wholeness" or integrity of the brain.[27] A brain which becomes rigid and robotic due to injury will have difficulty competing let alone developing creative solutions to problem solving.

*Post-Concussive Symptoms:*
Note: Complaints are sensitive to a disorder but not necessarily specific to that disorder. Neuropsychological testing has proven to be both sensitive and specific to brain damage separating out groups of brain-damaged individuals from normal controls. Since the time of this incident, Mr. Lomboy has had sensory, cognitive, emotional, and physical complaints and has seen various practitioners. In addition, one can infer structural brain changes from neuropsychological test results since these tests are brain function tests.

There is no history of alcohol abuse or illicit drug use except for remote marijuana use more than 20 years ago while in high school.

Mr. Lomboy is currently taking Topiramate for continuing headaches and Ocrevus. He also is undergoing some treatment for MS although the current neuropsychological examination does not verify such.

Mr. Lomboy acknowledges a previous head injuries or concussion as noted above as well as asthma as a child.

There is no history of AD, in in family as far as he knows.

*Co-Variables:*

Neuropsychological tests objectively measure brain functions and not emotional functioning or effort. The question arises as to what other factors

---

[27] See: Creativity and the Brain; Kenneth M. Heilman; Psychology Press 2005.

DR._RP000033

34

may exist that affect the neuropsychological tests results for any one individual?

Note: The issue of effort has been historically overstated by some of my colleagues, as they do not seem to appreciate how the tests are constructed and what they mean. Brain function tests are valid and reliable as they measure what they are supposed to measure and are consistent through time. Brain function tests as well as the so-called "psychological tests" do not measure effort, they measure brain functions. If these tests, in fact, measured effort they would not be valid or reliable as an indicator of how one's brain functions. For example, the well-known Trails Making Test Part B is a measure of cognitive flexibility, and not effort. Therefore, the influence of effort is not as substantial as has been alleged by some practitioners. In addition, whenever effort is used to talk about the variability that occurs in some neuropsychological profiles, the research is comparing any one individual to a group of strangers not to the person his- or himself. In fact, poor effort has been shown to be a condition of some groups of individuals such as individuals suffering from dementia, low IQ and other seriously compromised brain conditions.[28] It has been my observations over the past 30+ years that effort most likely affects borderline performance but not extreme performance.

In general, effort[29] accounts for some 50% of the variance in neuropsychological brain function test results among a sample of individuals NOT within any one person. Pre-existing personality disorders or active psychotic conditions can also have an effect. Mr. Lomboy maintained *optimal* effort throughout the present examination. Mr. Lomboy showed no evidence

---

[28] See: *If Invalid PVT Scores Are Obtained, Can Valid Neuropsychological Profiles Be Believed?*
Authors David Loring and Felicia Goldstein state, *"This case demonstrates the value of completing the assessment protocol despite obtaining PVT scores below publisher recommended cutoffs in clinical evaluations. If subthreshold PVT scores are considered evidence of performance invalidity, it is still necessary to have an approach for interpreting seemingly credible neuropsychological test results rather than simply dismissing them as invalid… Clinical neuropsychological evaluation requires judicious use of clinical judgment, and a "one-size fits all" approach to interpretation and assessment protocol when subthreshold PVT scores are obtained is insufficient to replace good clinical practice."*
Archives of Clinical Neuropsychology (2019); 1–11

[29] A recent study shows that the prevalence of "performance invalidity" has been overstated in the literature. The study concludes, *"Participants were classified as performance invalid if they failed any one PVT. In the current sample, only 2.26% of participants exhibited performance invalidity. Thus, concerns regarding insufficient effort and performance invalidity when using undergraduate research participants appear to be overstated."*
See: Base Rate of Performance Invalidity among Non-Clinical Undergraduate Research Participants
Archives of Clinical Neuropsychology 29 (2014) 415–421
Graham M. Silk-Eglita et al

DR._RP000034

of a pre-existing personality disorder or any active psychotic condition. These and other factors are typically known as *"co-variables."*

Mr. Lomboy's neuropsychological test results are a valid and reliable reflection of his true present abilities and reflect both obvious and subtle negative brain changes.

Mr. Lomboy was given 2 designated measures of effort, (Word Choice, VSVT) and multiple embedded measures of effort (ANAM Effort, Reliable Digits, CVLT-3 Forced Choice, LM-II Recognition, WCST FMS).

It should be noted that recent research by Bilder et al, Berthelson et al confirms that increasing the number of PVTs or effort tests and you are likely to violate the standard of having a 10% or less false positive rate. For example, Berthelson and colleagues found that one would have to fail 3 out of 5 PVTs, (60%), to keep the FPR under 10% or to render the neuropsychological data as "invalid" and not a "true reflection" of one's current brain function. Beware of those practitioners that have 8 or more measures.[30]

Erin D. Bigler, Ph.D. deals with this issue in a review published in Brain Injury entitled "Effort, Symptom Validity Testing, Performance Validity Testing and Traumatic Brain Injury."[31] Basically Mr. Bigler in this review indicates that there may be many explanations other than poor effort between the 50% and 90% rule. He states *"advances in neuroimaging techniques may be key in better understanding the meaning of border zone SVT failure. The review demonstrates the problems with rigidity and interpretation with established cutoffs.*

There are multiple other issues to consider, most notably:

- No previous diagnoses of ADD, ADHD or learning disability.
- Average cognitive reserve and baseline.
- Remote history of head injuries or concussions.
- Optimal effort.
- Depression has no effect on neuropsychological test results and moderate anxiety has been shown to improve performance (Yerkes-Dodson research).

---

[30] Berthelson et al False Diagnoses of Malingering due to the use of Multiple Effort Tests. Brain Injury, 27, 909-916.

[31] See:  Brain Injury, 2014; 28 (13-14): 1623-1638

DR._RP000035

36

- Continued future employment compromised with the likelihood of early dementia. Mr. Lomboy notes, *"more difficult to remember what I see, I get lost."*

The "should and ought" of recovery from such injuries very seldom take the individual into account. If the individual perceives a difference and all other things being equal, there is a difference and change on that basis alone.

*Cognitive Remediation and Rehabilitation*

I have evaluated literally thousands of individuals in my career. Frequently asked questions by brain-damaged individuals and family members include, "what can I do about this?" or what can be done about this?

Besides the brain's natural ability to improve and attempt to repair itself (brain plasticity), our brains need help to continue to function especially when damaged.

To this end I have attempted to engage the help of local practitioners in various locations. For example, rehabilitation psychologists can provide compensatory brain strategies to assist brain-damaged individuals to better navigate their world, adapt to their current limitations with coping strategies and learn to modulate associated emotions such as organic brain related apathy, PTSD, depression, self-monitoring deficits and multiple levels of emotions concerning the experience of loss. They can also provide assistance to family members and friends so that they may better understand the individual.

There is no question that continued neuro-cognitive stimulation and compensatory strategies would add to positive recovery and provide hope to both the brain damaged individual and people they interact with.

Mr. Lomboy should start with such strategies as well as psychological intervention for anxieties helping his regain some control over his life including feelings of inadequacy and loss of self-confidence. The goals are to improve his brain functions as well as maintain his status quo and engage those areas of strengths to compensate for his deficiencies.

Research on this matter reinforces the benefits. For example, *"Cicerone et. al. (2000) reviewed the literature on traumatically brain-injured and stroke patients*

36

DR._RP000036

37

*treated with cognitive rehabilitation. They found that 62 of the 64 studies showed improved functioning with cognitive remediation and in no case was cognitive remediation less effective than an alternative treatment.”* [32] [33]

As another example, Navy Neuropsychologist, Marvin Podd, Ph.D. research suggests, *“Cognitive remediation adds a significant dimension to the treatment plan that is not sufficiently addressed by neurological, psychiatric or psychotherapeutic intervention. While those receiving standard treatment improved beyond chance expectation, the group with cognitive remediation added improved significantly more. The data are highly encouraging regarding the efficacy of cognitive remediation. Not only did the patients improve on independent neuropsychological measures, but these*

---

[32] Dr. Podd states in his book <u>Cognitive Remediation for Brain Injury and Neurological Illness, Real Life Changes</u> *“...NeurXercise has been used successfully on post-acute patients with mild, mild/moderate and severe head injuries, strokes, cerebral-vascular disease, temporal lobectomies, frontal resections, toxic exposure and subcortical disease.”*

[33] In a recent study, Enhancing Autobiographical Memory Specificity Through Cognitive Training, An Intervention for Depression Translated from Basic Science, published on September 7, 2012, in Clinical Psychological Science, the authors conclude "*The results suggests there is value in incorporating the training program into standard psychological therapies, either as an adjunct or a precursor to therapy, as a novel way in which to improve memory recall and mood.*"

The program titled "Memory Specificity Training" improves not only specific memories to repeated practice but also appears to improve the mood of the individuals. The authors state...*"by engaging in repeated practice, participants learn how to distinguish between different kinds of memories and have the opportunity to practice recalling specific memories both in a structured context, where immediate feedback is available, such as during the session, but also in their everyday life, for example, through homework..."* The memory improvements persisted over a 2-month follow up period. The researchers conclude...*" poor memory specificity is linked to problem solving difficulties, poor executive control, and cognitive avoidance..."* These difficulties, of course, usually result in emotional or psychological distress. Thus, the training program is also useful in improving depression and perhaps the deleterious effects of PTSD.

The American Psychological Association on January 13, 2009, released a press bulletin titled:

<u>COGNITIVE REHAB HELPS PEOPLE WITH ACQUIRED BRAIN INJURY.</u>  The beginnings of the press release read *"Cognitive rehabilitation after a serious brain injury or stroke can help the mind in much the same way that physical therapy helps the body, according to a new meta-analysis. Because the data suggest that treatment may work best when tailored to age, injury, symptoMr., and time since injury, the findings may help establish evidence-based treatment guidelines. A full report is in the January issue of Neuropsychology, which is published by the American Psychological Association."*

Note: *"In their article, the researchers explain that "education and mental stimulation throughout life are believed to lower risk of AD and dementia by helping to build cognitive reserve, enabling individuals to continue functioning at a normal level despite experiencing neurodegenerative changes." Alzheimer's Association International Conference 2011.*

*The Memory Fitness Program: Cognitive Effects of a Healthy Aging Intervention.*

*Miller, Karen J. Ph.D.; Siddarth, Prabha Ph.D.; Gaines, Jean M. Ph.D., R.N.; Parrish, John M. Ph.D.; Ercoli, Linda M. Ph.D.; Marx, Katherine M.P.H.; Ronch, Judah Ph.D.; Pilgram, Barbara M.A.; Scott, Kasey B.A.; Barczak, Nancy R.N., M.S.; Babcock, Bridget B.A.; Small, Gary W. M.D.*

American Journal of Geriatric Psychiatry: 14 July 2011.

A very recent study, particularly relevant for cognitive training entitled "Ten-Year Effects of the Advanced Cognitive Training for Independent and Vital Elderly Cognitive Training Trial on Cognition and Everyday Functioning Older Adults" verifies the long-term beneficial effects of neuro-exercise. The study showed that *"reasoning and speed, but not memory, training resulted in improved targeted cognitive abilities for 10 years."*

Journal of the American Geriatrics Society. January 13, 2014.

DR._RP000037

38

*improvements held up in follow-up and more importantly were associated with successful return to work."*

A report from the AAIC 2016 conference notes "*We believe this is the first time a cognitive training intervention has been shown to protect against cognitive impairment or dementia in a large, randomized controlled trial…The Alzheimer's Association believes there is sufficiently strong evidence to conclude that lifelong learning and certain types of cognitive training may reduce the risk of cognitive decline…better speed of processing may just in general assist with other aspects of cognition. This could be one important component of an effective cognitive intervention strategy.*"[34] Unfortunately, Mr. Lomboy suffers from these issues as outlined above.

As with all of us, the above strategies must also include physical exercise. Any type of exercise, but especially aerobic and walking and/or swimming will help reduce intense anxiety or depressive symptoms and overall provide a healthier lifestyle. Also, walking has been shown to increase the volume of the Hippocampus, which should result in both auditory and visual memory stability. The goal is to bring more oxygen to his brain. No smoking or drinking during the training period to provide for maximum brain resolution. Of course, this is easy to suggest but a fatigued person who is in pain may have difficulty engaging in consistent aerobic exercise. A personal trainer would be very beneficial for multiple reasons.

Continued neuro-cognitive stimulation would add to positive recovery as specified below. Long standing work usually involves over-learned brain activities. On the other hand, neuropsychological evaluation is designed to present the brain with new problem-solving activities. The activities presented to one's brain during a neuropsychological evaluation are quite simple with different gradients of cognitive loading or requirements. In real life, however, changes occur very rapidly with much more cognitive loading requirements than during any examination. Thus, Mr. Lomboy will be prone to make many more "mistakes" or judgmental errors or will have to put forth much more effort to ensure the reliability of any work, thus creating feelings of being fatigued and overwhelmed.

However, it is improbable that he will achieve his premorbid abilities levels.

---

[34] Alzheimer's Association International Conference (AAIC) 2016. Abstract S2-01-02. Presented July 24, 2016

DR._RP000038

*Treatment Recommendations*

- Neuro-exercise with cognitive rehabilitation is necessary to minimize the risk for early dementia. Three times per week for maximum effectiveness most likely for the next 5 to 10 years.
- I am also recommending psychological intervention currently with the purpose of bringing into focus for Mr. Lomboy his brain and physical limitations and <u>self-monitoring ability</u> for frustration, and self-confidence issues and reduction of anxiety and PTSD symptoms.
- Neuropsychological "updates" and monitoring in combination with an overall cognitive rehabilitation plan and probably throughout his lifetime.
- Costs of treatment will likely exceed $300,000.
- Life care planner and vocational specialists will also be required and beneficial.

Brain plasticity predicts that the brain can improve over time through its natural course. *The present examination was also designed to look at any residual effects that may have persisted through time.*

*Concluding Remarks*

It is apparent that Mr. Ron Lomboy had experienced mild/moderate sensory, cognitive, and emotional changes after the subject termination and events leading up to the termination, such as dizziness, headaches, concentration, memory, energy, anxiety, and temperament issues with interference in thinking efficiency, sustained attention, working memory and some aspects of auditory and visual memory as well as interpersonal and recreational activities as a direct result of these changes.

This case also affords us the opportunity to explore complicated issues that exist in neuropsychology:

It is the individual that matters and how they experience themselves. In Mr. Lomboy's case there has been multiple levels of changes as a results of lack of accommodation and sensitivity to his disability, with the added accusations of fraud and the perception of racism and being. His brain has become somewhat robotic and inflexible.

DR._RP000039

It is very unlikely that Mr. Lomboy will return to baseline and the further out the more cemented the negative changes become although his functionality can continue to grow.

The purpose of the present examination was to verify the extent of the brain injury and its effect upon Mr. Lomboy's multilayered interactions with living and interpersonal/social relationships.

Age at the time of a brain insult and aging will oftentimes result in devastating outcomes with the acceleration of early dementia probabilities. Mr. Lomboy has a significant reduction in his choices as a direct result of the subject incident.

Individuals minimally are a combination of their cognitive, emotional, and physical selves. These various aspects of selves are interactive affecting each other and affecting social, interpersonal, vocational, and recreational aspects of one's life.

Genetic variety impairments usually result in all functions decreasing. The pattern of results in Mr. Lomboy's case strongly suggests that the impairments are acquired and not genetic in nature as there are some preserved functions consistent with their respective baselines. This is the typical pattern for acquired brain injuries and damage. In addition, the incidence of Ron Lomboy's current neurocognitive impairments at his age would be approximately 1% outside of any traumatic brain injury event.

Individuals are fluid beings and cannot be defined by what should occur or what occurs in others. The fact is brain injuries are a process not an event with some individuals having better outcomes than others.

Although one understands that as life progresses, life happens, the understanding is of little consolation when serious negative life events occur, even when one expects it.  No one likes to deal with loss whether it is loss of self, loss of loved ones or friends, loss of employment, loss of assets and cognition. How does he escape "what could have been, had this incident not happened"?

Note: As indicated above depression has NO effect on neuropsychological test results. On the other hand, research has consistently shown that anxiety improves brain performance and not impairs it with optimal performance

DR._RP000040

41

under moderately anxious conditions. For example, an article but dated study back in 1982 titled Anxiety and Serial Verbal Learning, A Test of the Yerkes–Dodson Law reveals that "*the performance was found to be better of the moderate things anxious group and the other groups at all stages…the moderate anxious group was superior in performance to the high or low anxious groups.*"[35]

Another study, much more recent, titled Cortisol and Self-Report Measures of Anxiety as Predictors of Neuropsychological Performance reveals *an "inverse relationships…between self-reported anxiety and neuropsychological test scores. Baseline levels of cortisol at session arrival were positively associated with facilitative memory affects.*" Of course, this does not apply to the intense variant of anxiety conditions called PTSD.[36]

As a further example, very recently in an article titled *Depression Associated With APOE Status and Hippocampal Volume but Not Cognitive Decline in Older Adults Aging With Traumatic Brain Injury,* the authors show that even with older folks who have the APOE protein *"Depressive symptoms were also associated with decreased hippocampal volume but did not predict cognitive deficits in the examined domains beyond the effects of cognitive reserve. Despite the relationship between GDS and biological risks for decline, depressive symptoms in this population showed no direct relationship with cognitive decline."*[37]

Recovery from such injuries can be problematic and individuals do not fit statistical models of how they should or ought to be. The reality that we are individuals with our own individual complexities, backgrounds, and contexts often gets lost in the "data" or gross statistical modeling that has permeated the literature. Such variables as individual's age, previous vulnerability, social factors, and any related "psychological" disturbance such as anxiety, depression will and does slow down or retard the recovery process. Some new research suggests that some individuals may be vulnerable to continuing neurodegeneration throughout their life ultimately leading to early dementia. There are multiple studies to suggest the unfortunate outcome of the impact of aging on a brain, which is traumatically damaged and its relationship to the onset of early dementia as quoted above and in the attached addendum.

---

[35] Asian Journal of Psychology & Education 9 (3), 18-23.

[36] Archives of Clinical Neuropsychology 27 (2012) 318–328

[37] Neuropsychology 2021, Vol. 35, No. 8, 863–875

DR._RP000041

42

Note: More than 30 years ago my research meticulously illustrated what happens when unexpected outcomes occur beyond one's control. The purpose of treatment is in part to create hope for change.  On the other hand, Mr. Lomboy's psychology will vacillate between trying to be optimistic, hopeful on the one hand and being despondent and angry on the other if he does not improve. One must also think about his as he ages and the complexities of life increase.



Harm to another, whether by accident or intention, is not just an event but also a process whether traumatic brain injuries or genetic abnormality. To reduce what is a process into a series of discrete events is to commit the epistemological error of nominalization. We should never lose sight of the fluid nature of our being and the amazing ability of our brain to intuit and feel when things are not right.

Finally, the following picture shows the unlikelihood of full recovery because of the dynamic and growing nature of our brains. The following image illustrates the concept that "Time Lost Can Never Be Replaced."

DR._RP000042

43

Sincerely,

Richard J. Perrillo, Ph.D.
Clinical & Neuropsychology
American Psychological Association
Division 40: Clinical Neuropsychology
California Psychological Association
Division 1: Clinical and Professional Psychology
Division 8: Neuropsychology
National Academy of Neuropsychology
Charter Member: Coalition of Clinical Practitioners in Neuropsychology
(now subsumed by the American Board of Professional Neuropsychology)
American Academy of Forensic Science
The International Neuropsychological Society

DR._RP000043

# Interpretation of Evaluation Results



Note: For the individual baseline, -1 SD = 15% level or less (light red zone). -2 SD = 2% level or less (dark red zone).

DR._ RP000044

Ron Lomboy

| | t | Perrillo 2025 % | IS | Probability | BL IQ Diff | SD |
|---|---|---|---|---|---|---|
| **Premorbid Baseline** | | | | | | |
| BPM | 69.0 | 97.0% | 129.6 | | | 129.6 |
| TOPF | 54.0 | 67.0% | 107.0 | | | |
| **Reaction Time & Cognitive Proficiency** | | | | | | |
| Simple RT | 47.0 | 40.0% | 96.0 | | | |
| Complex RT | 79.0 | 100.0% | 144.0 | | | |
| Procedural RT | 60.0 | 86.0% | 115.0 | | | |
| Overall RT Composite | 62.0 | 89.0% | 118.0 | | | |
| Overall CP | 53.0 | 65.0% | 105.0 | | | |
| **Executive Functions: (PreFrontal/Frontal)** | | | | | | |
| **Selective Attention** | | | | | | |
| Stroop - C-W | 52.0 | 60.0% | 103.0 | | | |
| Stroop - Interference | 58.0 | 79.0% | 112.0 | | | |
| Go/No Go | 52.0 | 62.0% | 103.0 | | | |
| **Sustained Attention** | | | | | | |
| Working Memory | 45.0 | 33.0% | 93.0 | 12.4% | -14.0 | -0.9 |
| Running Memory CPT (simple-V) | 28.0 | 1.0% | 67.0 | <1% | -40.0 | -2.7 |
| Running Memory CPT (simple-A) | 38.0 | 10.0% | 83.0 | <5% | -24.0 | -1.6 |
| CPT (complex) | 79.0 | 100.0% | 144.0 | | | |
| **Divided Attention** | | | | | | |
| Trails Making Test A | 58.0 | 79.0% | 112.0 | | | |
| Trails Making Test B | 50.0 | 51.0% | 100.0 | | | |
| Switiching | 62.0 | 90.0% | 118.0 | | | |
| **Perceptual Reasoning & Orientation** | | | | | | |
| WCST - Categories Completed | 49.0 | 50.0% | 99.0 | | | |
| WCST - Trials to Complete | 49.0 | 50.0% | 99.0 | | | |
| WCST - Perseverative Errors | 53.0 | 65.0% | 105.0 | | | |
| WCST - Non-Perseverative Errors | 53.0 | 65.0% | 105.0 | | | |
| Right/Left Orientation | 79.0 | 100.0% | 144.0 | | | |
| **Verbal Fluency** | | | | | | |
| COWAT | 49.0 | 49.0% | 99.0 | | | |
| Composite t | 53.4 | 65.0% | 105.0 | | | |
| Composite t - TOPF | -0.6 | -2.0% | -2.0 | | | |
| Vocabulary IS | | | | | | |
| COWAT IS - Vocabulary IS | | | | | | |
| **Memory (Auditory-Temporal)** | | | | | | |
| CVLT Trials 1-5 | 51.0 | 57.0% | 102.0 | | | |
| Single Trial Learning | 45.0 | 33.0% | 93.0 | <20% | -14.0 | -0.9 |
| Delayed Recall | 55.0 | 72.0% | 108.0 | | | |
| Proactive Interference | 66.0 | 95.0% | 124.0 | | | |
| WMS - IV Auditory - Immediate | 45.0 | 33.0% | 93.0 | <20% | -14.0 | -0.9 |
| WMS - IV Auditory - Delayed | 45.0 | 33.0% | 93.0 | <20% | -14.0 | -0.9 |
| Category Fluency | 58.0 | 79.0% | 112.0 | | | |
| Composite t | 52.1 | 60.0% | 103.0 | | | |
| Composite t - TOPF | -1.9 | -7.0% | -4.0 | | | |
| **Memory (Visual-Occipital)** | | | | | | |
| Visual Incidental Learning | 48.0 | 45.0% | 97.0 | | | |
| Visual Incidental Learning-DR | 53.0 | 66.0% | 105.0 | | | |
| Spatial Memory | 50.0 | 52.0% | 100.0 | | | |
| Reys CFT IM | 29.0 | 1.0% | 69.0 | <2% | -38.0 | -2.5 |
| Reys CFT DR | 33.0 | 4.0% | 75.0 | <2% | -32.0 | -2.1 |
| Reys CFT Recognition | 45.0 | 33.0% | 93.0 | <20% | -14.0 | -0.9 |
| Composite t | 43.0 | 25.0% | 90.0 | <15% | -17.0 | -1.1 |
| Composite t - TOPF | -11.0 | -42.0% | -17.0 | | | |
| **Cerebellum / Motor** | | | | | | |
| Finger Tapping - Dominant | 62.0 | 90.0% | 118.0 | | | |
| Finger Tapping - Non-Dominant | 79.0 | 100.0% | 144.0 | | | |
| Grip Strength - Dominant | | | | | | |
| Grip Strength - Non-Dominant | | | | | | |
| Composite t - Dominant | | | | | | |
| Composite t - Non-Dominant | | | | | | |
| Composite t (Dominant) - TOPF | | | | | | |
| Composite t (Non-Dominant) - TOPF | | | | | | |
| Coding | | | | | | |
| Symbol Search | | | | | | |
| Motor / Processing Speed Index | | | | | | |
| Predicted / Processing Speed Index | | | | | | |
| Actual / Predicted PSI | | | | | | |
| ANAM (Accuracy) Community | | | | | | |
| ANAM (Proficiency) Community | 53.0 | 65.0% | 105.0 | | | |
| Effort | | | Optimal | | | |

DR._RP000045

THE OFFICES OF RICHARD J. PERRILLO, PH.D.

FORENSIC, CLINICAL, AND NEUROPSYCHOLOGY

Tuesday, July 8, 2025

ADDENDUM:

For general information purposes, I am including the latest research on concussions and related matters such as the effects of age and aging upon our brain and the significance of continued cognitive impairments.

Since 2012 and slightly before the diagnosis and comprehensive evaluation of traumatic brain injuries has significantly changed. The research internationally has indicated the following and this should be kept in mind when evaluating this report:

   A. *Concussion:*

The evaluation and diagnoses of concussions including what used to be controversial "mild" ones have been better defined in the past few years and research has given rise to contemporary guidelines. As the diagnostic guidelines in the footnote shows, these types of injuries occur "with and without" LOC and without any radiological findings such as CT scans.[1]

---

[1] In March 2013, The American Academy of Neurology updated its guidelines with the definition *"concussion or mild traumatic brain injury (MTBI) is a condition in which there is a traumatically induced alteration in mental status, with or without an associated loss of consciousness (LOC). A broader definition is a traumatically induced physiologic disruption in brain functions that is manifested by LOC, memory loss, alteration of mental state or personality, or focal neurologic deficits"*. Other important factors include Retrograde and Post Traumatic Amnesia, (see below).

The Fourth International Conference on Concussion in Sport Held in Zurich, November 2012 consensus statement, in part, states:

*"Concussion is a brain injury and is defined as a complex pathophysiological process affecting the brain, induced by biomechanical forces. Several common features that incorporate clinical, pathologic and biomechanical injury constructs that may be utilised in defining the nature of a concussive head injury include:*

*1. Concussion may be caused either by a direct blow to the head, face, neck or elsewhere on the body with an 'impulsive' force transmitted to the head.*
*2. Concussion typically results in the rapid onset of short-lived impairment of neurological function that resolves spontaneously. However, in some cases, symptoms and signs may evolve over a number of minutes to hours.*

DR._RP000046

2

The guidelines specifically state the injury can occur to the *"neck"* as well as the brain, LOC is not a clinical requirement, and *"no abnormality is seen on standard structural neuroimaging studies."* *If abnormality is recorded and related to the subject incident, the diagnosis is a "complicated mild", the equivalent of moderate TBI.* Note that an evaluation of Retrograde and Post-Traumatic Amnesia is also required.

As noted above, the official position of the National Academy of Neuropsychology states:

*"Relying on medical records without knowing how LOC or PTA was assessed can lead to inaccurate conclusions. For example, a GCS of 15 at the scene of the incident does not provide sufficient evidence to rule out mild TBI. Thus, neuropsychologists should independently examine patients even if the examination takes place days, weeks, or months post-accident. One should not assume that all health care providers carefully assess retrospective gaps in memory (e.g., PTA). Therefore, a detailed examination of the patient's recall, even if conducted days, weeks, or months post-injury, is essential."* The authors go on to state *"it is well established in the literature that most patients appear to recover fully within days, weeks, or months of injury. Regretfully, some patients have poor long-term outcome. When patients have*

---

*3. Concussion may result in neuropathological changes, but the acute clinical symptoms largely reflect a functional disturbance rather than a structural injury and, as such, no abnormality is seen on standard structural neuroimaging studies. Resolution of the clinical and cognitive symptoms typically follows a sequential course.*
*4. Concussion results in a graded set of clinical symptoms that may or may not involve loss of consciousness. Resolution of the clinical and cognitive symptoms typically follows a sequential course.*

*However, it is important to note that in some cases symptoms may be prolonged."*

*The majority (80–90%) of concussions resolve in a short (7–10 day) period, although the recovery time frame may be longer in children and adolescents.*

*Note: Most individuals with mild brain damage fully recover especially, when young but with advancing age, the outcomes are unpredictable and distinctly different from their 20-year counter parts. Neuropsychology becomes the arbiter of recovery.*

*The diagnosis of acute concussion usually involves the assessment of a range of domains including clinical symptoms, physical signs, cognitive impairment, neurobehavioral features and sleep disturbance. Furthermore, a detailed concussion history is an important part of the evaluation both in the injured athlete and when conducting a pre-participation examination....*

*...The suspected diagnosis of concussion can include one or more of the following clinical domains:*

*1. Symptoms — somatic (eg, headache), cognitive (eg, feeling like in a fog) and/or emotional symptoms (eg, lability);*
*2. Physical signs (eg, loss of consciousness (LOC), amnesia);*
*3. Behavioral changes (eg, irritability);*
*4. Cognitive impairment (eg, slowed reaction times);*
*5. Sleep disturbance (eg, insomnia).*

*If any one or more of these components are present, a concussion should be suspected and the appropriate management strategy instituted." (Emphasis Added)*

DR._RP000047

3

*a poor outcome, it can be challenging to determine why. The questions become: why did they not follow the typical recovery pattern, and what are the risk factors or individual vulnerability factors?"*

Note: Our brains are the regulators of all of our experiences including chronic pain. Although neuroimaging may indicate the lack of fractures, for example, it does not negate or imply that our brains would not continue to experience pain much like phantom limb pain that occurs with some of our soldiers.

In addition, some new research from the DOD and Defense Centers for Excellence suggests that *"approximately 15 percent of patients (among civilian cohorts) with mild TBI experience persistent symptoms...of the approximate 15 percent who experience a mild TBI and remain symptomatic, an estimated 15-30 percent develop NED,"* (Neuroendocrine Disorder), a term referring to a *"variety of conditions caused by imbalances in the body's hormone production directly related to the brain."*

Just recently, new guidelines have been recommended and published regarding concussions. They are:

- Observed and documented disorientation or confusion immediately after the event;
- Impaired balance within 1 day after injury;
- Slower reaction time within 2 days after injury;
- Impaired verbal learning and memory within 2 days after injury[2]

*B. Outcomes:*

Loss of consciousness is not a necessary component of a concussion; symptoms can evolve over time; worst is first has been disputed by multiple studies; single mTBI can have devastating outcomes for some individuals especially if they are older or vulnerable due to other conditions; single mTBI can lead to early dementia and Parkinson's; the diagnosis of concussion has evolved from accident parameters to outcome parameters such as determined by neuropsychological testing.

---

[2] See Neurosurgery: Vol.75, 3, September 2014.

DR._RP000048

4

For example, in a recent study entitled *Mild Traumatic Brain Injury (mTBI) and chronic cognitive impairment: A scoping review,* authors Kerry McInnes et al state *"Data relating to the presence/absence of cognitive impairment were extracted from 45 studies meeting our inclusion criteria. Results indicate that, in contrast to the prevailing view that most symptoms of concussion are resolved within 3 months post-injury, approximately half of individuals with a single mTBI demonstrate long-term cognitive impairment."* The authors continue: *"The main finding from our scoping review relates to the incidence of persistent cognitive impairment in individuals with chronic stage mTBI following a single concussion. The findings from our scoping review do not support the conclusions of previous reports that a single mTBI leads to PCS in 15% of individuals in the chronic stage injury, and that the other 85% will see resolution of symptoms during the acute phase [7–9]. In contrast, we show that a large proportion of individuals with a single mTBI will continue to demonstrate measurable impairment in various cognitive domains including executive function, learning/memory, attention, processing speed, and language function long after the initial injury. Further, we show that our finding holds true in our sample of both children and adults and in studies both controlling for, and failing to control for, previous concussion exposure…"*[3]

Note their data:



Fig 2. Incidence of cognitively impaired (black bars) and unimpaired (white bars) individuals at various time points post-injury from studies reporting cognitive outcomes using either author-supplied normative data or comparison groups (i.e., healthy or trauma controls) for the entire sample (A) and in individuals with a confirmed history of a single concussion only (B).

In a very recent study, titled *Symptom Factors and Neuropsychological Performance in Collegiate Athletes with Chronic Concussion Symptoms*[4], the authors' evidence shows it is the outcome measures that matter. They conclude *"Comparable to work examining symptom predictors of cognitive*

---

[3] Plos One. April 11, 2017

[4] Archives of Clinical Neuropsychology 00 (2020) 1–11
Erin Guty, Kaitlin Riegler, Jessica Meyer, Alexa E. Walter, Semyon M. Slobounov, Peter Arnett
Department of Psychology, The Pennsylvania State University, University Park, PA, USA
Department of Behavioral Health, Summa Health System, Akron, OH, USA
Department of Kinesiology, The Pennsylvania State University, University Park, PA, USA

5

*outcomes in acutely concussed samples, headache predicted worse attention/executive functioning performance. Additionally, we found that the longer athletes had been symptomatic since injury, the "worse" their memory functioning. Understanding how headache and the length of time an individual is symptomatic are related to cognitive outcomes can help inform treatment and recommendations for athletes with prolonged symptom recovery...Our results also showed that longer time since injury predicted worse memory performance. Interestingly, this effect is the inverse of what is typically observed in acute concussions samples, where cognitive performance improves with greater time since injury due to the recovery process. The results of this study suggest that the cumulative effect of experiencing longstanding symptoms may impact cognitive functioning, specifically memory, in chronically concussed individuals [and] depression symptoms were unrelated to the cognitive outcomes in the sample. However, attention/executive functioning was more sensitive to the effects of post concussion headache rather than time since injury."*

In addition to the obvious evidence quoted above about outcome measures being predictive of executive functioning and memory impairments, the study also uses *"composite"* indices, which are noted throughout my data grid, but which some neuropsychologists feign confusion. These authors also use 1 SD below the mean (15% level) as the measure of lower performance and not 3 SD below the mean (1% level). The authors note *"Tests that comprise the* **cognitive composites** *in this study are commonly used neuropsychological tests that are utilized clinically to make determinations of an individual's cognitive functioning. Individuals who are referred for neuropsychological testing and demonstrate lower performance* **(greater than a standard deviation below the mean)** *on these tests often report difficulties focusing in conversations, feeling forgetful, and difficulties organizing their thoughts."*

Likewise in a very recent publication for further FDA approval for the ANAM titled, *Validity of ANAM for Measuring Cognitive Performance Following Mild Traumatic Bain Injury*, the authors note *"Specifically, Ivins and colleagues reported the rates of service members in the injured and control groups that were 1+, 1.5+, or 2+ standard deviations (SDs) below the normative mean. These thresholds were chosen as they reflect cutoffs that are commonly used to identify potentially clinically meaningful impairments. A portion of these findings (the count of scores exceeding the 1+ SDs threshold) are shown in Table 4. Examination of the performance levels for ANAM at the various SD thresholds revealed several which distinguished controls from mTBI well. These included 4 or more scores 1+ SDs below the normative mean, 3 or more scores 1.5+ SDs below the normative mean, and 2 or more scores 2+ SDs below the normative mean. 32.7% of those with mTBI had four or more*

DR._RP000050

6

*ANAM scores 1+ SDs below the normative mean in comparison to only 7% of controls; 25.4% had 3 or more scores 1.5+ SDs below the normative mean in comparison to 5.4% of controls; and 19.4% had 2 or more scores 2+ SDs below the normative mean in comparison to 5.4% of controls.*" (Emphasis added)

For example here are some titles of studies which support the long term effects of mTBI for some individuals: *Permanent post-concussion symptoms after **mild head injury**; Long-term cognitive and emotional consequences of **mild traumatic brain injury**; **Mild Traumatic Brain Injury**: Longitudinal Regional Brain Volume Changes; Behavioral Consequences of **Minimal Traumatic Brain Injury** in Mice, Dementia Resulting from TBI: What is the Pathology, "The distribution of white matter abnormalities in patients with symptomatic **mild TBI** is strikingly similar to the distribution of pathologic abnormalities in patients with early Alzheimer dementia…; Increased Risk of Dementia in Patients with **Mild Traumatic Brain Injury**: A Nationwide Cohort Study. PLOS: May 1, 2013. In the largest study of its kind researchers found that traumatic brain injuries were associated with an increased risk of dementia with the article stating, "the risk of dementia was highest among people with suffered multiple TBI's but even a **single mild TBI** was tied to increased risk of dementia"; **Mild TBI** and risk of Parkinson Disease: Chronic Effects of Neurotrauma Consortium Study **Mild Traumatic Brain Injury** Is Associated with Increased Risk of Parkinson Disease in Military Veterans: A Chronic Effects of Neurotrauma Consortium Study **Mild TBI** Doubles Dementia Risk, Even Without Loss of Consciousness. (Emphasis added to illustrate my point.)*

The "mild" studies are quoted above to give you a sense that even with "mild"TBIs, there are significant long-term consequences for some people. Obviously, severe brain injuries would involve long-term significant consequences for most individuals.

In addition to the brain complications, intense psychological reactions, which frequently occur to *unexpected or beyond expected* trauma, such as we have in this case, can result in the retardation of brain improvements over time and "create" brain dysfunction, resulting in physiological alterations of the brain, which are long lasting. Some individuals are just more vulnerable than others and react to rapid life changes with such intensity that their reactions could be the cause of, and/or be a result of organic physiological changes in the brain, that is, damage to frontal and limbic systems or perceptual and attitude distortions based upon previous psychological vulnerabilities. Humans have one brain, not two, and it cannot be stressed enough that it is the one brain which mediates both cognitive and emotional

DR._RP000051

7

functioning. The implications of this is that one can suffer cognitive damage, emotional damage or both as a result of brain alterations, damage or dysfunction due to metabolic and cellular damage, continuous pain and continuous intense psychological distress.[5]

*Chronic TBI: White Matter Loss and Early Dementia:*

Consistent with the above diagnoses, a very recent study suggests that *"chronic TBI"* results in brain volume loss. The authors state, *"In the chronic stage of TBI, self-initiation, energization, and physical complaints related to a specific pattern of volume loss in midline and lateral regions known to be involved in motivation, apathy, and attention. These results suggest that crucial functional changes in chronic TBI may be associated with volume loss in established midline-frontal and attentional circuits."* The study also includes mTBI individuals with the authors noting, *"Although there was evidence that the severe TBI group was more impaired on some measures, there were no differences across severity groups when patterns across the battery were considered in a multivariate framework, replicating prior results showing that <u>acutely assessed injury severity</u> does not predict outcome at the chronic phase (Novack et al., 2001). In our sample, individuals with focal lesions were not differentiated from those without focal lesions who sustained a TBI of similar severity. This suggests that, in the chronic phase, those with and without focal frontotemporal lesions attain similar levels of daily life functioning."[6]*

Also, a recent study, entitled *White Matter Degeneration — A Treatable Target?,* reviews the dangers of such changes within our brains regardless of cause. The article states, *"White matter hyperintensities are*

---

[5] Please note: There is one brain that mediates both cognitive and emotional functioning. They are intertwined like branches on a vine. Brain damage and alterations can occur from multiple causes including concussion, toxic exposure and chronic intense "psychological" conditions. In addition chronic pain has been shown to disrupt the Default Mode Network Dynamics of the brain resulting in brain dysfunction. Comprehensive neuropsychological evaluation is specifically designed to tell us the permanence of such brain alterations. *(See: Beyond Feeling: Chronic Pain Hurts the Brain, Disrupting the Default-Mode Network Dynamics, departments of physiology, anesthesia, surgery, and Lori Cancer Center, Feinberg School of Medicine, Northwestern University, Chicago Illinois, The Journal of Neuroscience, February 6, 2008.)*

Conversely, research shows that individuals who suffer TBI also have TBI related chronic pain. In a recent study entitled *Prevalence of chronic pain after traumatic brain injury: a systematic review.* JAMA. 2008 Aug 13;300(6):711-9.

Nampiaparampil DE. Department of Internal medicine, Veterans Affairs Central California Healthcare System, Fresno, CA 93703. The author concludes, *"Chronic pain is a common complication of TBI. It is independent of psychologic disorders such as PTSD and depression and is common even among patients with apparently minor injuries to the brain."*

[6] Functional Correlates of Midline Brain Volume Loss in Chronic Traumatic Brain Injury
Emma B. Guild, Brian Levine
Journal of the International Neuropsychological Society **(2015)**, 21, **1–6.**

8

*associated with executive dysfunction and <u>a 2-fold increased risk of dementia.</u> Because the white matter represents the physical connection between brain regions, unsurprisingly, reduced functionality translates to impairments in highly coordinated operations, such as processing speed and task switching…Treatments aimed at preserving or regenerating white matter integrity, either by themselves or in combination with risk factor control and other therapies, are promising targets for reducing cognitive impairment and dementia."[7]*

Cognitive Proficiency has a long history in neuropsychology. White matter changes are indicated due to probable blunt head injury as well as subtle metabolic changes may be indicated and experienced by Dr. Cragun as *"cognitive slowing".*[8]

Cognitive Proficiency issues as noted in her test results are usually a result of white matter changes within the Corpus Callosum.



---

[7] JAMA Neurology Published online April 27, 2020

[8] "The Behavioral Neurology of White Matter" by Christopher M. Filley and "Information Processing Speed in Clinical Populations" by Annette Deluca and Jessica H. Kalmar, editors. Dr. Filley states *"the problem is one of the most urgent in Neurology and Medicine, as traumatic brain injury, (TBI), from motor vehicle accidents and other events constitutes one of the most prevalent and tragic neurologic disorders"*, p. 165. Note that Ms. Triem does not have nor has been diagnosed with any other disorders, associated with white matter damage or changes, <u>as listed in the book</u> other than TBI from the accident.

Additionally, the authors in "Information Processing Speed in Clinical Populations" by Annette Deluca and Jessica H. Kalmar, editors, state, *"slowing in processing speed has been identified as one of the most pervasive of cognitive changes post–TBI and impacts on performance of everyday tasks and activities."* They additionally assert *"slowness in processing information has been identified as one of the most disruptive cognitive consequence of TBI by several research groups. Slowing in processing speed has been proposed to be reflected in the invariant presence of diffuse axonal injury in significant TBI, either by diffuse cell loss demanding and indirect neural transmission, or from reduced dendritic branching or loss of myelination resulting in slower transmission,"* pp. 173, 176.

DR._RP000053

9

The Corpus Callosum is the super white matter highway that connects both hemispheres and allows for efficient communication between the hemispheres.

On December 08, 2013, The National Institute of Neurological Disorders and Stroke issued the following statement: *"There is more than meets the eye following even a mild traumatic brain injury. While the brain may appear to be intact, new findings reported in Nature suggest that the brain's protective coverings may feel the brunt of the impact… examined individuals who had recently suffered a concussion but whose initial scans did not reveal any physical damage to brain tissue. After administering a commonly used dye during MRI scans, Latour and his colleagues saw it leaking into the meninges, the outer covers of the brain, in 49 percent of 142 patients with concussion."* This unfortunate reality was initially discovered by Dr. Hovda at UCLA (see below).

Recent neuroimaging research by Hovda et al. at UCLA shows that metabolic depression is almost identical whether one's GCS is 3, (unresponsive), or the maximum 15 after a head or brain injury. Note: Dr. Hovda presented this image during a 60 Minutes story on TBI on May 05, 2013.



*Neurocognitive disorders can have multiple etiologies that can be directly attributable to the subject accident such as PTSD, chronic pain, effects from surgeries and medications. On the other hand, some individuals are more vulnerable than others and more susceptible to neurocognitive disorders because of previous concussions or head injuries, reactive personalities and traits, and cumulative effects of life stressors and advancing age. This by no means is an exhaustive list.*

Research in the area continues to grow and confirms what clinicians have observed and experienced with their patients: some individuals continue to suffer from such injuries.[9]

---

[9] A very recent study in the Journal of Neurotrauma, entitled *"Symptomatology and Functional Outcome in Mild Traumatic Brain Injury: Results from the Prospective TRACK-TBI Study"* showed that individuals with

DR._RP000054

10

Recovery from such injuries can be problematic and individuals do not fit statistical models of how they should or ought to be. The reality that we are individuals with our own individual complexities, backgrounds and contexts often times gets lost in the "data" or gross statistical modeling that has permeated the literature. Such variables as the individual's age, vulnerability, social factors and any related "psychological" disturbance such as anxiety, depression and Post-Traumatic Stress Disorder will and does slow down or retard the recovery process. Some new research suggests that some individuals may be vulnerable to continuing neuro-degeneration throughout their life ultimately leading to early dementia. There are multiple studies to suggest the unfortunate outcome of the impact of aging on a brain, which is traumatically damaged and its relationship to the onset of early dementia.

Please note that the level of her injuries can be associated with multiple cognitive and emotional problems now and in the future. [10]

In an article published in 2010, before the dramatic increase in studies on concussions mainly due to the NFL studies and research, a very prescient study entitled *"Traumatic Brain Injury: A Disease Process, Not an Event"* the authors note *"In fact, TBI is a chronic disease process, one that fits the World Health Organization definition as having one or more of the following characteristics: it is permanent, caused by non-reversible pathological alterations, requires special training of the patient for rehabilitation, and/or may require a long period of observation, supervision, or is associated with increased incidences of seizures, sleep disorders, neurodegenerative diseases, neuroendocrine dysregulation, and psychiatric*

---

mTBI, (GCS-13-15), who were not admitted to a hospital and who had negative CT scans continued with difficulties with approximately 22% still functionally impaired after 1 year. The authors state *"The term ''mild'' continues to be a misnomer for the patient population and underscores the critical need for evolving classification strategies for TBI for targeted therapy… because many patients experience significant and persistent symptoms. For these patients, mTBI is anything but mild."* 31:26-33; January 1, 2014. Paul McMahon et al.

[10] Erin Bigler writes in *"Neuropsychology and Clinical Neuroscience of Persistent Post-Concussive Syndrome"…post-mortem studies provide indisputable evidence that structural pathology can be present in mTBI…Indisputably, clearly demonstrated immediately after concussion (Barrow et al., 2006a; Barrow et al., 2006b), even in those who go on to fully recover, is slow speed of processing (Crawford et al., 2007; De Monte et al., 2005). Speed of processing is dependent on the integrity of white matter pathways maintaining their optimal inter-connectiveness…Ecological validity of neuropsychological assessment remains an ever present concern (Chaytor et al., 2006; Moritz et al., 2004; Odhuba et al., 2005;Wood & Liossi, 2006). As an example, the antemortem clinical neuropsychological testing in the concussed patient previously described who met PPCS criteria and who at autopsy had verified pathology of brain injury, was all normal yet the individual had "real-world" difficulty running his business, problems not evident before his injury (Bigler, 2004). Standardized paper and- pencil tests typically conducted in the sterile laboratory may simply not tap the cognitive symptom being experienced by the individual with PPCS."* See "Neuropsychology and Clinical Neuroscience of Persistent Post-Concussive Syndrome" Erin D. Bigler, Departments of Psychology and Neuroscience, Brigham Young University, Provo, Utah and Department of Psychiatry and the Utah Brain Institute, University of Utah, Salt Lake City, Utah; Journal of the International Neuropsychological Society (2008), 14, 1–22.

DR._RP000055

11

*diseases, as well as non-neurological disorders such as sexual dysfunction, bladder and bowel incontinence, and systemic metabolic dysregulation that may arise and/or persist for months to years post-injury.*"[11]
In addition to all of the other studies quoted in the report, the idea of age and aging must be considered. In another study entitled *"Permanent post-concussion symptoms after mild head injury"* the authors Nigel S. King et al., note *"Age, pre-/post-morbid concomitant factors, neuropsychological deficits and emotional status are key variables in understanding the phenomenon of permanent PCS. Important vulnerability factors in the development of such may therefore be <u>older age</u> and any additional compromise to an individual's emotional or cognitive capacities."*[12]

The increased probability of the onset of early dementia is a scary one for both the injured individuals and those people who have to care for them.

All we can offer are ways to improve brain functions (see above the treatment section on neuro-exercise), and offer multiple levels of support for those truly in need.

The literature from the effects of even a single TBI is worthy of consideration as without its consideration there will be the inevitable "how can this be?" [13]

---

[11] See: "Traumatic Brain Injury: A Disease Process, Not an Event"
Brent E. Masel and Douglas S. DeWitt
Journal of Neurotrauma 27:1529–1540 (August 2010)

[12] See: Permanent post-concussion symptoms after mild head injury
Nigel S. King & Albright Kirwilliam
Brain Injury, May 2011; 25(5): 462–470

[13] "Inflammation and white matter degeneration persist for years after a single traumatic brain injury" by Victoria E. Johnson, Janice E. Stewart, Finn D. Begbie, John Q. Trojanowski, Douglas H. Winhall and William Stewart concludes *"A single traumatic brain injury is associated with an increased risk of dementia and, in a proportion of patients surviving a year or more from injury, the development of hallmark Alzheimer's disease-like pathologies…These data present striking evidence of persistent inflammation and ongoing white matter degeneration for many years after just a single traumatic brain injury in humans."* Brain 2013: 136; 28–42

Another study out of Germany also attests to the life-long consequences of even a very mild TBI. The authors conclude *"Primarily, well-recovered individuals who had sustained a minor trauma more than half a decade ago continue to have long-term cognitive and emotional sequelae relevant for everyday social and professional life. mTBI may lead to a lasting disruption of neurofunctional circuits not detectable by standard structural MRI and needs to be taken seriously in clinical and forensic evaluations."*

"Long-term cognitive and emotional consequences of mild traumatic brain injury" Psychological Medicine, Page 1 of 15. Cambridge University Press 2010

Similarly another study concludes *"These observations demonstrate structural changes to the brain 1 year after injury after a single concussive episode. Regional brain atrophy is not exclusive to moderate and severe traumatic brain injury but may be seen after mild injury. In particular, the anterior part of the cingulum and the cingulate gyrus isthmus, as well as the precuneal GM, may be distinctively vulnerable 1 year after MTBI."*

DR._RP000056

12

Mild Traumatic Brain Injury: Longitudinal Regional Brain Volume Changes.

Department of Radiology, New York University School of Medicine, 660 First Ave, 2nd Floor, New York, NY 10016.

*"A small proportion of patients with MTBI ultimately have poor outcomes (often older individuals)..."* P. 1157, COL. 2, ¶ last.  Thomas A. Hammeke & Thomas A. Gennarelli, *Ch. 41: Traumatic Brain Injury*, in *Neuropsychiatry: Second Edition*, Editors Randolf B. Schiffer, Stephen M. Rao, Barry S. Fogel, 2003, at VOL. 1, TAB 5.

*"CONCLUSION: Whole-brain atrophy occurs after mild or moderate TBI and is evident at an average of 11 months after trauma. Injury that produces LOC leads to more atrophy. These [imaging studies] findings may help to elucidate an etiology for the persistent or new neurologic deficits that occur months after injury."*

*"[E]vidence from both clinical and basic science investigations suggests that TBI can result not only in persistent or* **long-term neurologic deficit** *but also continued decay months to years after the original trauma."* SEE VOL. 1, TAB 10, P. 1513, ¶ 3.  John D. MacKenzie, Faez Siddiqi, James S. Babb, Linda J. Bagley, Lois J. MChelseason, Grant P. Sinson, and Robert I. Grossman, *Brain Atrophy in Mild or Moderate Traumatic Brain Injury: A Longitudinal Quantitative Analysis*, 23 Am J Neuroradiol 1509-1515, Oct 2002, at VOL. 1.

*"A neurodegenerative or apoptotic process would be a particularly appealing explanation as the pathophysiologic basis of the chronic course of TBI and may suggest avenues of therapeutic intervention.  Our data are consistent with the hypothesis, which suggests that* **TBI results in chronic degeneration**.*"* SEE VOL. 1, TAB 10, P. 1514, ¶ 2.  John D. MacKenzie, Faez Siddiqi, James S. Babb, Linda J. Bagley, Lois J. MChelseason, Grant P. Sinson, and Robert I. Grossman, *Brain Atrophy in Mild or Moderate Traumatic Brain Injury: A Longitudinal Quantitative Analysis*, 23 Am J Neuroradiol 1509-1515, Oct 2002, at VOL. 1.

Also see, *"Behavioral Consequences of Minimal Traumatic Brain Injury in Mice"*, Ofer Zohar1, Vardit Rubovitch, Anat Milman, Shaul Schreiber, and Chaim G. Pick: Blanchette Rockefeller Neurosciences Institute, Johns Hopkins University Montgomery County Campus, Rockville, MD, USA; Department of Anatomy and Anthropology, Sackler Faculty of Medicine, Tel Aviv University, Tel Aviv, Israel; Department of Psychiatry, Tel Aviv Sourasky Medical Center & Tel Aviv University Sackler Faculty of Medicine, Tel Aviv, Israel; The authors conclude *"Victims of minor traumatic brain injury (mTBI), who show no clear morphological brain defects, frequently manifest cognitive, behavioral and emotional difficulties that can be long-lasting...Our results indicate that our closed head mTBI cause profound and long-lasting, irreversible learning and memory impairments, accompanied by a depressive-like behavior in mice that are evident even 90 days post injury."*

*"One of the most feared consequences of TBI is dementia. Epidemiological studies indicate that TBI in early to midlife is associated with an increased risk of dementia in late life, in the range of 2- to 4-fold compared with the general population."* Dementia Resulting from TBI: What is the Pathology. Arch Neurol. Vol. 69, No. 10 (Oct. 2012), p. 1250.

*"The distribution of white matter abnormalities in patients with symptomatic mild TBI is strikingly similar to the distribution of pathologic abnormalities in patients with early Alzheimer dementia…"* Radiology (June 2013).

Similarly, the full study was published in Radiology in October 2013, Vol. 269: Number 1.

One class of patients who sometimes experience prolonged and debilitating symptoms after a MBI are highly intelligent, high achievers (or overachievers) with a premorbid obsessive-compulsive personality." P. 107, COL. 2, 3.  C. Thomas Gualtieri, *Brain Injury and Mental Retardation: Psychopharmacology and Neuropsychiatry*, in *Ch. 6 Transient Sequelae of Traumatic Brain Injury* (2002).

In addition, some additional research out of New Mexico indicates *"Patients reported more cognitive, somatic, and emotional complaints during the semi-acute injury phase, which were significantly reduced 4 months post injury. Patients showed evidence of increased FA in the bilateral superior frontal cortex during the semi-acute phase, with the left superior frontal cortex remaining elevated 4 months post injury."*
See: *A Prospective Study of Gray Matter Abnormalities in Mild Traumatic Brain Injury* by Josef M. Ling, BA et al.
Neurology, 11/20/2013.

Lastly in the largest cohort study to date the authors conclude *"In our study, we further extend the impact of TBI to the mild type, utilizing the largest cohort study to date to identify that patients with single mTBI have higher risk of developing dementia later in their lives compared to general population. Our study is power enough to provide precise estimate of HR (3.26; 95% CI, 2.69–3.94), which is statistically and clinically significant. The database is well corresponded to the whole population; therefore, loss of follow-up or selection bias were not concerns...In conclusion,*

DR._RP000057

13

The risk for developing early dementia compared with normal controls without a history of a brain injury is moderate and one always has to be vigilant regarding the progressive effects of the type of brain injury especially within the context of continuing abnormal neuropsychological findings. [14] Right temporal lobe hippocampal volume loss is most probable.

---

*TBI is an independent significant risk factor of developing dementia even in the mild type."* Increased Risk of Dementia in Patients with Mild Traumatic Brain Injury: A Nationwide Cohort Study. Plos: May 1, 2013.

[14] Recently, the American Psychological Association endorsed the study. APA states, "*Psychologists have been at the forefront of efforts to advance cognitive assessment techniques and are able to evaluate the capacity of an individual to independently make medical, financial, and legal decisions. Neuropsychological measures remain superior to other biomarkers (e.g., imaging and biochemical assays) in early identification of Alzheimer's disease."* APA goes on to state "*Cognitive testing and neuropsychological evaluation by psychologists with specialized training and expertise are the most effective ways to differentiate dementia from normal age-related cognitive changes and those related to depression and/or other mental disorders."*

An interesting new study entitled "Utility of Combinations of Biomarkers, Cognitive Markers, and Risk Factors to Predict Conversion From Mild Cognitive Impairment to Alzheimer Disease in Patients in the Alzheimer's Disease Neuroimaging Initiative" by Jesus J. Gomar, PhD; Maria T. Bobes-Bascaran, MA; Concepcion Conejero-Goldberg, MD, PhD; Peter Davies, PhD; Terry E. Goldberg, PhD; for the Alzheimer's Disease Neuroimaging Initiative in Arch Gen Psychiatry. 2011; 68 (9):961-969, provides a grim outcome picture. Specifically the researchers found that several neuropsychological measures accounted the predictive variance in conversion from MCI to AD". (Neuropsychological Tests were better at predicting AD than biomarkers.) The Trails Making Test, B has the strongest probability of conversion and has 90% discriminatory power in separating out healthy brains from damage ones.

DR._RP000058

14

With any type of brain injury, one always has to be aware of the higher risk for early dementia compared with normal controls without a history of a brain injury. [15][16][17][18][19]

---

[15] In an exceptionally recent study entitled "Imaging Correlates of Memory and Concussion History in Retired National Football League Athletes" the authors showed *"Retired athletes with concussion history but without cognitive impairment had normal but significantly lower California Verbal Learning Test scores compared with control participants (mean [SD], 52.5 [8] vs 60.24 [7]; P = .002)"*. In addition, the important study shows *"prior concussion that results in loss of consciousness is a risk factor for increased hippocampal atrophy and the development of MCI. In individuals with MCI, hippocampal volume loss appears greater among those with a history of concussion."* The California Verbal Learning Test was the instrument used in the study as well as the present examination.
See: JAMA Neurology 2015.

[16] "In the largest cohort study to date the authors conclude *"In our study, we further extend the impact of TBI to the mild type, utilizing the largest cohort study to date to identify that patients with single mTBI have higher risk of developing dementia later in their lives compared to general population. Our study is power enough to provide precise estimate of HR (3.26; 95% CI, 2.69–3.94), which is statistically and clinically significant. The database is well corresponded to the whole population; therefore, loss of follow-up or selection bias were not concerns…In conclusion, TBI is an independent significant risk factor of developing dementia even in the mild type."*
See: "Increased Risk of Dementia in Patients with Mild Traumatic Brain Injury: A Nationwide Cohort Study. Plos: May 1, 2013.

[17] In the largest study of its kind researchers found that traumatic brain injuries were associated with an increased risk of dementia with the article stating, *"the risk of dementia was highest among people with suffered multiple TBI's but even a single mild TBI was tied to increased risk of dementia"*. This study was published in Lancet Psychiatry which used a very large Danish health databases with greater than 2.5 million individuals. In general, the study found that individuals who had any TBI of any severity had 24% increased risk for dementia a single mild TBI increasing the risk by 17%. The study states, *"The risk of dementia was highest in the first six months after TBI and also increased with the increasing number of events. Furthermore, TBI was associated with a higher risk of dementia in people with TBI than individuals with any non-TBI fracture not involving the skull and the younger person when sustaining TBI, the higher HR's for stratifying by time since TBI. The study concluded TBI was associated with an increased risk of dementia both compared to people without history of TBI and people with non-TBI trauma."* This particular study also notes *"Compared to people without TBI, the risk of dementia was increased even after mild TBI, particularly within the first four years after the injury. Moreover, severe TBI's were associated with increased risk of dementia over time compared with mild TBI's (concussion)… Our finding of a link between TBI and dementia is consistent with several previous population-based studies."* This study concludes *"the risk was highest among people with multiple TBI's and those who sustained a severe TBI but the risk was significant even after a single TBI and remain high for many years after the injury. Considering the increasing burden of dementia and the high prevalence of TBI globally, heightened efforts to ameliorate the risk and impact of dementia, such as by addressing modifiable risk factors and improving cognitive rehabilitation strategies are needed"*.
See: "Long-term risk of Dementia Among People with Traumatic Brain Injury in Denmark: a Population-Based Observational Cohort Study"
Jesse R Fann et al
Lancet Psychiatry Online: April 10, 2018
University Of Psychiatry and Behavioral Sciences, University of Washington, Seattle, WA et al

[18] In a similar vein another study shows that military veterans who were diagnosed with a mild traumatic brain injury had a 56% increased risk of developing Parkinson's disease. Investigators also found that those with traumatic brain injury of any severity had a 71% increased risk for Parkinson's disease and those with mild to moderate TBI had a 83% increased risk. Rachel C Gardner MD of the San Francisco Veterans Affairs Medical Center states *"our study adds to the mounting evidence that even mild TBI is a risk factor for several neurodegenerative diseases of aging, including both dementia and Parkinson's disease…even after adjusting for demographics and medical/psychiatric comorbidities"*.
See: "Mild TBI and risk of Parkinson Disease: Chronic Effects of Neurotrauma Consortium Study Mild Traumatic Brain Injury Is Associated with Increased Risk of Parkinson Disease in Military Veterans: A Chronic Effects of Neurotrauma Consortium Study"
Raquel C. Gardner et al
Neurology April 18, 2018;
Raquel C. Gardner et al
April 26, 2017

DR._RP000059

15

It is evident both from professional clinical experience and the literature that even "mild" TBIs can result in permanent brain changes.

        *C.  Additional Issues:*

*Dizziness:*

Dizziness, headaches, balance issues are all part of the constellation of organic disturbances associated with TBI and can occur weeks or months later.[20]

---

[19] In another very recent study entitled "Mild TBI Doubles Dementia Risk, Even Without Loss of Consciousness" author Deborah Barnes, PhD, MPH, professor, Departments of Psychiatry and Epidemiology and Biostatistics, Weill Institute for Neurosciences, University of California, San Francisco, and research health sciences specialist, San Francisco VA Medical Center, states *"Mild traumatic brain injury (TBI), with or without loss of consciousness (LOC), is associated with a dramatic rise in the risk of developing dementia, and that risk increases with severity of the injury…over 350,000 veterans* [were studied] *with and without TBI and* [we] *found that mild TBI, both with and without LOC, was associated with an approximately twofold increase in dementia risk, although the risk was somewhat higher in those who had experienced LOC…Moderate to severe TBI was associated with an almost fourfold higher risk…This was true even after we adjusted statistically for other factors that might increase their dementia risk, such as a history of depression or posttraumatic stress disorder."*
JAMA Neurol. 2018; 75: 1043-1044, 1055-1061

Likewise another bit of research concluded *"The median time from head injury to dementia in the head injury group was 17 years. The participants who experienced a head injury showed an increased risk for incident dementia (hazard ratio [HR], 1.54; 95% CI, 1.37 to 1.74) after a multivariate adjustment for key risk factors. Of those with head injuries, 25% had had more than one head injury. In addition, a dose-response association was observed, such that a greater number of head injuries was associated with greater cognitive decline and incident dementia risk (P < .001)."*
ANA 2018: 143rd Annual Meeting of the American Neurological Association. Abstract 187. Presented October 21, 2018.

Lastly, a meta-analytic review of the literature strongly suggests, *"Experiencing concussion and/or mild TBI was associated with a higher risk of suicide."*
Association of Concussion With the Risk of Suicide
A Systematic Review and Meta-Analysis
Michael Fralick, MD, SM; Eric Sy,MD, MPH; Adiba Hassan, MRPH, MPH; Matthew J. Burke, MD; Elizabeth Mostofsky, MPH, ScD; Todd Karsies, MD, MPH
JAMA Neurology, November 12, 2018.

[20] "Special tools for the assessment of balance and dizziness in individuals with mild traumatic brain injury"
Lei-Rivera, Laura; Sutera, John; Galatioto, Jessica A.; Hujsak, Bryan D.; Gurley, James M.
NeuroRehabilitation, Vol 32(3), 2013, 463-472.
The authors state, *"Although a majority of patients following minor traumatic brain injury recover to their pre-morbid functional level, persistent activity and participation limitations can occur in the refractory patient. These long-term consequences of brain injury may only become apparent months to years after the injury. In order to quantify these long-term sequella, laboratory, clinical and functional outcome measures may not only identify needed areas of treatment, but may also assist in determining the impact of the treatment on the individuals function."*

Posttraumatic sensory impairments.
Zasler, Nathan D.; Arciniegas, David B. (Ed); Zasler, Nathan D. (Ed); Vanderploeg, Rodney D. (Ed); Jaffee, Michael S. (Ed), (2013). Management of adults with traumatic brain injury. (pp. 395-420). Arlington, VA, US: American Psychiatric Publishing, Inc., xxv, 561 pp.
The authors state, *"Several types of sensory impairments are associated with traumatic brain injury (TBI). Some of these impairments are the result of injury to the brain, whereas others reflect the effects of cervical trauma, cranial injury, cranial nerve injury, or cranial-adnexal injury — that is, injury to structures in the head but not the brain itself…Well-documented sensory sequelae of TBI include audiovestibular disorders, such as hearing loss, hyperacusis, and tinnitus, as well as disorders of a more vestibular nature, such as dizziness, imbalance complaints, and frank vertigo."*

Correlation of otologic complaints in soldiers with speech disorders after traumatic brain injury.

16

### D.  Baseline Testing:

The need for baseline testing is well recognized among neuropsychologists in order to accurately assess the effect of traumatic brain injuries or other brain insults to cognitive functioning.[21]

---

Dion, Gregory R.; Miller, Courtney L.; O'Connor, Peter D.; Howard, N. Scott
Journal of Voice, Vol 28(1), Jan 2014, 88-91.
The authors note, *"Approximately 60%, 39%, and 44% of the subjects reported tinnitus, hearing loss, or vertigo, respectively."*

The assessment of balance and dizziness in the TBI patient.
Chandrasekhar, Sujana S.
NeuroRehabilitation, Vol 32(3), 2013, 445-454.
The authors state, *"All degrees of traumatic brain injury (TBI) are associated with balance dysfunction and/or dizziness…Managing TBI is challenging; the addition of dizziness or balance complaints in these individuals makes it even more so."*

Long-term treatment of concussion.
Burton, Monique S. Niskala, Jennifer (Ed); Walter, Kevin D. (Ed), (2012). Pediatric and adolescent concussion: Diagnosis, management, and outcomes. (pp. 107-115). New York, NY, US: Springer Science + Business Media, xv, 212 pp.
The authors point out *"With the ICD-10 update, there is no longer indication of how long symptoms must be present to consider a diagnosis of PCS (WHO)…Diagnostic and Statistical Manual of Mental Disorders, Fourth Edition (DSM IV) defines PCS as a history of traumatic brain injury and the presence of at least three of following eight symptoms that persist for at least 3 months: fatigue, sleep disturbance, headache, vertigo/dizziness, irritability, anxiety or depression, personality changes, and apathy."*

Dizziness after traumatic brain injury: Results from an interview study.
Maskell, Fiona; Chiarelli, Pauline; Isles, Scott
Brain Injury, Vol 21(7), Jun 2007, 741-752.
The authors state "Dizziness is a commonly reported sequel to traumatic brain injury (TBI).

Balance and vestibular rehabilitation in the patient with acquired brain injury.
Megna, James Elbaum, Jean (Ed); Benson, Deborah M. (Ed), (2007). Acquired brain injury: An integrative neuro-rehabilitation approach. , (pp. 200-214). New York, NY, US: Springer Science + Business Media, viii, 298 pp.
The authors note, *"Acquired and degenerative neurologic disorders are frequently associated with disequilibrium, dizziness, and vertigo. Conditions such as traumatic brain injury (TBI) and cerebrovascular accident (CVA) can present with varying degrees of motor, sensory, and central processing impairments that can dramatically impact daily life activities and increase the risk of injury due to falls."*

Balance problems and dizziness.
Richter III, Edwin F. Silver, Jonathan M. (Ed); McAllister, Thomas W. (Ed); Yudofsky, Stuart C. (Ed), (2005). Textbook of traumatic brain injury. , (pp. 393-404). Arlington, VA, US: American Psychiatric Publishing, Inc., xix, 771 pp.
The authors state, *"Dizziness and impaired balance are among the known consequences of traumatic brain injury (TBI). Dizziness may include sensations of unsteadiness, nausea, light-headedness, or other vague symptoms. Vertigo is a more specific sensation of the environment spinning around the patient."*

Dizziness after traumatic brain injury: Overview and measurement in the clinical setting.
Maskell, Fiona; Chiarelli, Pauline; Isles, Scott
Brain Injury, Vol 20(3), Mar 2006, 293-305.
The authors state, *"Traumatic brain injury (TBI) may result in a variety of cognitive, behavioral and physical impairments. Dizziness has been reported in up to 80% of cases within the first few days after injury…The literature provides widely differing estimates of prevalence and vestibular system dysfunction appears to be the best reported of impairments contributing to the symptom."*

[21] See, e.g., Noelle E. Carlozzi, et al., Estimating premorbid IQ in the prodromal phase of a neurogenerative disease, 25 Clinical Neuropsychologist 757-777 (2011) (collecting authorities), Kathryn J. Watt; Ronan E

17

Baseline analysis is important so that changes from baseline can be determined and measuring current changes from baseline is the standard procedure for determining the existence of brain insults or changes, its severity level and recovery.[22]

### E. PTSD:

It should be noted that PTSD has its own independent and deleterious effects upon the brain.

Research has shown that depression and anxiety do not have significant effects on neuropsychological test results. A recent article, which received the National Nelson Butters award by the National Academy of Neuropsychology, showed that depression had NO effect on neuropsychological test results when effort is accounted for. This

---

O'Carroll, Evaluating methods for estimating premorbid intellectual ability in closed head injury, 66 Journal of Neurology, Neurosurgery & Psychiatry, 474-479 (1999)

As stated by Watt & O'Carroll: "Although neuropsychological tests are designed to provide precise information about the level of cognitive functioning at a given point in time, test results must be contrasted with the estimated level of functioning before the injury. The discrepancy between current and premorbid estimates of function is essential, and provides an indication of the degree of deterioration compared with an individually controlled preinjury standard, (Id. at 474).

The need for baseline testing is so well recognized that in 2008 the Assistant Secretary of Defense, Health Affairs directed that all United States military services conduct base line testing of service members prior to deployment. *"The purpose of the test is to establish a baseline in the event that the Service member becomes injured or is exposed to a traumatic brain injury (TBI). If the Service member is injured then they will take another test and the results would be compared to their original baseline to determine what would be the best course of treatment or care. The comparison will help determine the extent of the injury in a more efficient manner...The pre-deployment baseline may help healthcare providers determine if there are any changes after an mTBI/concussion."*

With respect to athletics, neuropsychological baseline testing is routinely conducted of all participants in school and professional sports so that effects of concussions on the individual athlete can be tracked. See, e.g., Rosemarie Scolaro Moser, Grant L. Iverson, Ruben J. Echemendia, Jeremy R. Lovell, Philip Schatz, Frank M. Webbe, Ronald M. Ruff, Manuel T. Barth and the NAN Policy and Planning Committee et al., Neuropsychological Evaluation in the Diagnosis and Management of Sports-Related Concussion, Archives of Clinical Neuropsychology 22 (2007) 909–916.

*"A concussive injury to the brain follows a blow to the skull or an action that generates abrupt acceleration and deceleration of the brain within the skull. The acceleration/deceleration forces may lead to linear and/or rotational movement of the brain whereby brain tissue moves against itself inside the skull, increasing the risk for neurocognitive and neurobehavioral deficits (Barth, Freeman, Broshek, & Varney, 2001)... Neuropsychological testing provides unique information that can be invaluable not only in diagnosing the injury but also in tracking recovery over time. The basic baseline and post-concussion assessment paradigm that has been developed for the neuropsychological assessment of athletes was pioneered by Barth et al. (1989) at the University of Virginia."*

[22] See: Detecting Cognitive Impairment After Concussion: Sensitivity of Change From Baseline and Normative Data Methods Using the CogSport/Axon Cognitive Test Battery
Andrea G. Louey1 et al. The authors conclude, *"The baseline method was found to be more sensitive than the normative method, and both methods had high specificity and overall correct classification rates. This suggests that while the normative method identifies most cases of recent concussions, the baseline method remains a more precise approach to assessing concussion-related cognitive impairments."*
Archives of Clinical Neuropsychology 29 (2014) 432–441

DR._RP000062

18

case does not involve any issues with effort, which was formally measured and found to be optimal.[23] (See below)

However, as noted in the footnote PTSD can exert considerable negative effects upon one's brain and other aspects on one's physical self.[24]

---

[23] While depression and general anxiety don't have significant effects on neuropsychological test results, a serious variant of anxiety, Posttraumatic Stress Disorder, has been shown to affect brain functions. Current research shows the deleterious effects upon the brain from Posttraumatic Stress Disorder, (which in turn may affect neuropsychological test results reflecting brain dysfunction). It has been shown that Posttraumatic Stress Disorder affects the volume of the hippocampus and the increased likelihood of early dementia.

See: *Arch Gen Psychiatry.* 2010 Jun;67(6):608-13 and *The Relationship between Gender and Hippocampal Volume in Adults with Posttraumatic Stress Disorder: A Meta-Analysis Woon FM, Hedges DW*

Note the conclusion reached by the San Francisco Veterans Affairs Medical Center, San Francisco and published in the Archives of General Psychiatry, 2010 that states, *"Those diagnosed as having PTSD were at a nearly 2-fold-higher risk of developing dementia compared with those without PTSD." "Dr. Carrillo said the finding that PTSD and dementia are linked was not entirely surprising...we already know that traumatic brain injury and certainly chronic stress increase the risk of cognitive decline and what the paper refers to as 'accelerated aging,' which may in turn lead to early dementia. So it makes sense that PTSD would increase the risk for dementia in the long run..."*

There are numerous other studies supporting the deleterious effects of PTSD upon the brain and its negative interference with brain recovery after TBI:

*Behav Pharmacol.* 2010 Sep;21(5-6):427-37.

*Brain-derived neurotrophic factor in traumatic brain injury, post-traumatic stress disorder, and their co-morbid conditions: role in pathogenesis and treatment by Kaplan, GB, Vasterling, JJ and Vedack PC.* The authors state *"TBI and PTSD, and their comorbid conditions, present with a spectrum of common clinical features such as sleep disturbance, depression, anxiety, irritability, difficulty in concentrating, fatigue, suicidality, chronic pain, and alterations in arousal. These TBI and PTSD disorders are also thought to be characterized by overlapping neural mechanisms. Both conditions are associated with changes in hippocampal, prefrontal cortical, and limbic region function because of alterations in synaptogenesis, dendritic remodeling, and neurogenesis. Neural changes in TBI and PTSD result from pathophysiological disturbances in metabolic, cytotoxic, inflammatory, and apoptic processes, amongst other mechanisms. Neurotrophins have well-established actions in regulating cell growth and survival, differentiation, apoptosis, and cytoskeleton restructuring. A body of research indicates that dysregulation of neural brain-derived neurotrophic factor (BDNF) is found in conditions of TBI and PTSD. Induction of BDNF and activation of its intracellular receptors can produce neural regeneration, reconnection, and dendritic sprouting, and can improve synaptic efficacy.*

[24] See: PTSD: Cause and Consequence of Cancer, Cardiovascular Disease
The authors state, *"We conclude that post-traumatic stress disorder is a risk factor for incident cardiovascular disease, and a common psychiatric consequence of cardiovascular disease events that might worsen the prognosis of the cardiovascular disease."*
Donald Edmondson, PhD, MPH, director of the Center for Behavioral Cardiovascular Health at Columbia University Medical Center, New York City

A very recent study on the effects of trauma and PTSD notes, *"exposure to one or more potentially traumatic events in a lifetime is associated with a host of potential negative behavioral and physical effects, ranging from mental illness and depression to substance abuse, asthma, and high blood pressure, according to a new report from the Substance Abuse and Mental Health Services Administration's (SAMHSA's) Center for Behavioral Health Statistics and Quality (CBHSQ)…Among those with posttraumatic stress symptoms occurring in the past year, the prevalence of suicidal thoughts was more than six times higher than among those without symptoms (21.8% vs. 3.3%)."* The study was based upon 5,553 individuals. CBGSQ Quarterly Report. April 2016

In a very recent similar study entitled *Stress related disorders and subsequent risk of life threatening infections: population based sibling controlled cohort study* the authors state *"In the Swedish population, stress related disorders were associated with a subsequent risk of life threatening infections, after controlling for familial background and physical or psychiatric comorbidities."*
Huan Song et al

DR._RP000063

19

There is no evidence of significant pre-existing personality disorders or psychological issues.

Autopsy studies of brains of individuals with MTBI without loss of consciousness (who died from other causes) have confirmed axonal and neuronal damage (see Bigler) that could not be seen on CT or MRI scans.[25] This study also illustrates that for some individuals they could maintain normal neuropsychological performance but had verified brain lesions (affecting everyday life) when autopsied.

Although neuropsychological tests have strong "veridicality", i.e. the test predicts actual real-world outcomes; the demands of any one test are not equivalent to the demands of real world tasks called "verisimilitude". One can pass a driving test but still have accidents if on their cell phones or unfamiliar territory, while driving, distracts them.

F. *Effort:*

The issue of effort has been historically overstated by some of my colleagues, as they do not seem to appreciate how the tests are constructed and what they mean. Brain function tests are valid and reliable as they measure what they are supposed to measure and are consistent through time. Brain function tests as well as the so-called "psychological tests" do not measure effort, they measure brain functions. If these tests, in fact, measured effort they would not be valid or reliable as an indicator of how one's brain functions. For example, the well-known Trails Making Test Part B is a measure of cognitive

---

BMJ 2019;367:l5784

[25] In a remarkable real life study, the abstract reads *"Autopsy studies were undertaken in a 47-year-old college-educated male patient who, 7 months prior to an unexpected death, had sustained a mild traumatic brain injury (TBI) as manifested by brief loss of consciousness and an initial Glasgow Coma Scale score of 14. The patient died from cardiac arrest secondary to an undiagnosed and unknown arteriosclerotic cardiovascular disease as assessed by the coroner's office at the time of autopsy. Gross inspection of the brain at autopsy was normal; however, microscopic analysis demonstrated what were considered trauma findings of hemosiderin-laden macrophages in the perivascular space and macrophages in the white matter, particularly the section taken from the frontal lobe. The patient had partially returned to work at the time of death, but had encountered problems with diminished cognitive performance in his work as an appraiser. **Neuropsychological studies were generally within normal limits although several tests of either speed of processing or short-term memory showed lower than expected performance. This case demonstrates the presence of subtle neuropathological changes in the brain of a patient who sustained a mild TBI and was still symptomatic for the residual effects of the injury 7 months post injury when he unexpectedly died."*** (Emphasis added)

*"Neuropsychological results and neuropathological findings at autopsy in a case of mild traumatic brain injury"*
Erin Bigler
*Journal of the International Neuropsychological Society* / Volume 10 / Issue 05 / September 2004, pp 794-806

20

flexibility, and not effort. Therefore the influence of effort is not as substantial as has been alleged by some practitioners. In addition, whenever effort is used to talk about the variability that occurs in some neuropsychological profiles, the research is comparing any one individual to a group of strangers not to the person him- or herself. In fact, poor effort has been shown to be a condition of some groups of individuals such as individuals suffering from dementia, low IQ and other seriously compromised brain conditions. [26] It has been my observations over the past 30+ years that effort most likely affects borderline performance but not extreme performance.

In general, effort [27] accounts for some 50% of the variance in neuropsychological brain function test results among a sample of individuals NOT within any one person. Pre-existing personality disorders or active psychotic conditions can also have an effect. Mr. Lomboy maintained *adequate* effort throughout the present examination. Mr. Lomboy showed no evidence of a pre-existing personality disorder or any active psychotic condition. These and other factors are typically known as *"co-variables."*

It should be noted that recent research by Bilder et al, Berthelson et al confirms that increasing the number of PVTs or effort tests and you are likely to violate the standard of having a 10% or less false positive rate. For example, Berthelson and colleagues found that one would have to fail 3 out of 5 PVTs, (60%), to keep the FPR under 10% or to render the neuropsychological data as "invalid" and not a "true reflection" of one's current brain function. Beware of those practitioners that have 8 or more measures.[28]

---

[26] See: *If Invalid PVT Scores Are Obtained, Can Valid Neuropsychological Profiles Be Believed?*
Authors David Loring and Felicia Goldstein state, *"This case demonstrates the value of completing the assessment protocol despite obtaining PVT scores below publisher recommended cutoffs in clinical evaluations. If subthreshold PVT scores are considered evidence of performance invalidity, it is still necessary to have an approach for interpreting seemingly credible neuropsychological test results rather than simply dismissing them as invalid … Clinical neuropsychological evaluation requires judicious use of clinical judgment, and a "one-size fits all" approach to interpretation and assessment protocol when subthreshold PVT scores are obtained is insufficient to replace good clinical practice."*
Archives of Clinical Neuropsychology (2019); 1–11

[27] A recent study shows that the prevalence of "performance invalidity" has been overstated in the literature. The study concludes, *"Participants were classified as performance invalid if they failed any one PVT. In the current sample, only 2.26% of participants exhibited performance invalidity. Thus, concerns regarding insufficient effort and performance invalidity when using undergraduate research participants appear to be overstated."*
See: Base Rate of Performance Invalidity among Non-Clinical Undergraduate Research Participants
Archives of Clinical Neuropsychology 29 (2014) 415–421
Graham M. Silk-Eglita et al

[28] Berthelson et al False Diagnoses of Malingering due to the use of Multiple Effort Tests.
Brain Injury, 27, 909-916.

DR._RP000065

21

Erin D. Bigler, Ph.D. deals with this issue in a review published in Brain Injury entitled "Effort, Symptom Validity Testing, Performance Validity Testing and Traumatic Brain Injury."[29] Basically Dr. Bigler in this review indicates that there may be many explanations other than poor effort between the 50% and 90% rule. He states *"advances in neuroimaging techniques may be key in better understanding the meaning of border zone SVT failure. The review demonstrates the problems with rigidity and interpretation with established cutoffs."*

### G. Cognitive Rehabilitation:

Research on this matter reinforces the benefits. For example, *"Cicerone et. al. (2000) reviewed the literature on traumatically brain-injured and stroke patients treated with cognitive rehabilitation. They found that 62 of the 64 studies showed improved functioning with cognitive remediation and in no case was cognitive remediation less effective than an alternative treatment."* [30] [31]

---

[29] See: Brain Injury, 2014; 28 (13-14): 1623-1638

[30] Dr. Podd states in his book Cognitive Remediation for Brain Injury and Neurological Illness, Real Life Changes *"...NeurXercise has been used successfully on post-acute patients with mild, mild/moderate and severe head injuries, strokes, cerebral-vascular disease, temporal lobectomies, frontal resections, toxic exposure and subcortical disease."*

[31] In a recent study, Enhancing Autobiographical Memory Specificity Through Cognitive Training, An Intervention for Depression Translated From Basic Science, published on September 7, 2012 in Clinical Psychological Science, the authors conclude *"The results suggests there is value in incorporating the training program into standard psychological therapies, either as an adjunct or a precursor to therapy, as a novel way in which to improve memory recall and mood."*

The program titled "Memory Specificity Training" improves not only specific memories to repeated practice but also appears to improve the mood of the individuals. The authors state...*"by engaging in repeated practice, participants learn how to distinguish between different kinds of memories and have the opportunity to practice recalling specific memories both in a structured context, where immediate feedback is available, such as during the session, but also in their everyday life, for example, through homework..."* The memory improvements persisted over a 2-month follow up period. The researchers conclude...*"poor memory specificity is linked to problem solving difficulties, poor executive control, and cognitive avoidance..."* These difficulties, of course, usually result in emotional or psychological distress. Thus, the training program is also useful in improving depression and perhaps the deleterious effects of PTSD.

The American Psychological Association on January 13, 2009 released a press bulletin titled:

COGNITIVE REHAB HELPS PEOPLE WITH ACQUIRED BRAIN INJURY. The beginnings of the press release reads *"Cognitive rehabilitation after a serious brain injury or stroke can help the mind in much the same way that physical therapy helps the body, according to a new meta-analysis. Because the data suggest that treatment may work best when tailored to age, injury, symptoms., and time since injury, the findings may help establish evidence-based treatment guidelines. A full report is in the January issue of Neuropsychology, which is published by the American Psychological Association."*

Note: *"In their article, the researchers explain that "education and mental stimulation throughout life are believed to lower risk of AD and dementia by helping to build cognitive reserve, enabling individuals to continue functioning at a*

22

As another example, Navy Neuropsychologist, Marvin Podd, Ph.D. research suggests, *"Cognitive remediation adds a significant dimension to the treatment plan that is not sufficiently addressed by neurological, psychiatric or psychotherapeutic intervention. While those receiving standard treatment improved beyond chance expectation, the group with cognitive remediation added improved significantly more. The data are highly encouraging regarding the efficacy of cognitive remediation. Not only did the patients improve on independent neuropsychological measures, but these improvements held up in follow-up and more importantly were associated with successful return to work."*

A report from the AAIC 2016 conference notes *"We believe this is the first time a cognitive training intervention has been shown to protect against cognitive impairment or dementia in a large, randomized controlled trial…The Alzheimer's Association believes there is sufficiently strong evidence to conclude that lifelong learning and certain types of cognitive training may reduce the risk of cognitive decline…better speed of processing may just in general assist with other aspects of cognition. This could be one important component of an effective cognitive intervention strategy."*[32]

Unfortunately, Mr. Lomboy suffers from these issues as outlined in the main body of the report.

As with all of us, the above strategies must also include physical exercise. Any type of exercise, but especially aerobic and walking and/or swimming will help reduce intense anxiety or depressive symptoms and overall provide a healthier lifestyle. Also, walking has been shown to increase the volume of the Hippocampus, which should result in both auditory and visual memory stability. The goal is to bring

*normal level despite experiencing neurodegenerative changes."* Alzheimer's Association International Conference 2011.

*The Memory Fitness Program: Cognitive Effects of a Healthy Aging Intervention.*

*Miller, Karen J. Ph.D.; Siddarth, Prabha Ph.D.; Gaines, Jean M. Ph.D., R.N.; Parrish, John M. Ph.D.; Ercoli, Linda M. Ph.D.; Marx, Katherine M.P.H.; Ronch, Judah Ph.D.; Pilgram, Barbara M.A.; Scott, Kasey B.A.; Barczak, Nancy R.N., M.S.; Babcock, Bridget B.A.; Small, Gary W. M.D.*

American Journal of Geriatric Psychiatry: 14 July 2011.

A very recent study, particularly relevant for cognitive training entitled "Ten-Year Effects of the Advanced Cognitive Training for Independent and Vital Elderly Cognitive Training Trial on Cognition and Everyday Functioning Older Adults" verifies the long-term beneficial effects of neuro-exercise. The study showed that *"reasoning and speed, but not memory, training resulted in improved targeted cognitive abilities for 10 years."*

Journal of the American Geriatrics Society. January 13, 2014.

[32] Alzheimer's Association International Conference (AAIC) 2016. Abstract S2-01-02. Presented July 24, 2016

DR._RP000067

23

more oxygen to her brain. <u>No smoking</u> or drinking during the training period to provide for maximum brain resolution. Of course this is easy to suggest but a fatigued person who is in pain may have difficulty engaging in consistent aerobic exercise. A personal trainer would be very beneficial for multiple reasons.

Continued neuro-cognitive stimulation would add to positive recovery as specified below. Long standing work usually involves over-learned brain activities. On the other hand, neuropsychological evaluation is designed to present the brain with new problem solving activities. The activities presented to one's brain during a neuropsychological evaluation are quite simple with different gradients of cognitive loading or requirements. In real life, however, changes occur very rapidly with much more cognitive loading requirements than during any examination. Thus, Mr. Lomboy will be prone to make many more "mistakes" or judgmental errors or will have to put forth much more effort to ensure the reliability of any work, thus creating feelings of being fatigued and overwhelmed. However, it is improbable that he will achieve her premorbid abilities levels.

You can always be assured of my most careful attention.

Sincerely,

Richard J. Perrillo, Ph.D.
Clinical & Neuropsychology
American Psychological Association
Division 40: Clinical Neuropsychology
California Psychological Association
Division 1: Clinical and Professional Psychology
Division 8: Neuropsychology
National Academy of Neuropsychology
Charter Member: Coalition of Clinical Practitioners in Neuropsychology (Now subsumed by the American Board of Professional Neuropsychology)
The International Neuropsychological Society

DR._RP000068

| Ron Lombor (44) | Perrillo | Perrillo |
|---|---|---|
| Baseline | IQ: 107 (67%-97%) | |
| | | |
| Metric | -1 SD      -1.99 SD | -2 SD+ |
| | Mild | Major |
| **Domain** | **Global Functions** | **Global Functions** |
| | Mild | Major |
| **Tests: RT and/or CP** | | |
| Overall RT<br>Overall CP | WE<br>WE | |
| | | |
| **Domain** | **Executive Functions** | **Executive Functions** |
| | Mild | Major |
| **Tests** | | |
| Selective Attention (A)<br>Selective Attention (V) | WE<br>WE | |
| Working Memory | -14      -0.9 SD | |
| Sustained Attention V<br>Sustained Attention A<br>Complex Sustained | <br>-24      -1.6 SD<br>WE | -40      -2.7 SD |
| Visual Scanning and Planning | WE | |
| Divided Attention | WE | |
| Switching | WE | |
| Perceptual Reasoning: Trials to Complete | WE | |
| Perceptual Reasoning: PE | WE | |
| Perceptual Reasoning: NPE | WE | |
| Perceptual Orientation | WE | |
| Verbal Fluency | WE | |

DR._RP000069

2

| Executive Functions Composite | WE | |
|---|---|---|
| | | |
| **Domain** | **Auditory Verbal Learning & Memory** | **Auditory Verbal Learning & Memory** |
| | Mild | Major |
| **Tests** | | |
| Overall: Trials 1-5 | WE | |
| Single Trial Learning | -14    -0.9 SD | |
| Delayed Recall (Memory) | WE | |
| Proactive Interference | WE | |
| Episodic Memory IR Episodic Memory DR | -14    -0.9 SD -14    -0.9 SD | |
| Category Fluency | WE | |
| **Auditory Verbal Learning and Memory Composite** | WE | |
| | | |
| **Domain** | **Visual Memory** | **Visual Memory** |
| | Mild | Major |
| **Tests** | | |
| Incidental Visual Memory-Immediate | WE | |
| Incidental Visual Memory- Delayed | WE | |
| Spatial Memory | WE | |
| Complex Visual- Immediate | | -38    -2.5 SD |

DR._RP000070

3

| | | |
|---|---|---|
| Complex Visual-Delayed Recall | | -32    -2.1 SD |
| Complex Visual-Recognition | -14    -0.9 SD | |
| | | |
| **Visual Memory Composite** | **-17    -1.1 SD** | |
| | | |
| **Domain** | **Motor** | **Motor** |
| | Mild | Major |
| **Tests** | | |
| Fine Motor, Dominant | WE | |
| Fine Motor, Non-Dominant | WE | |
| | | |
| **TOTAL** | **6** | **3** |
| | | |
| | | |
| | | |
| | | |

DR._RP000071

# EXHIBIT 2



THE OFFICES OF RICHARD J. PERRILLO, PH.D.

FORENSIC, CLINICAL, AND NEUROPSYCHOLOGY

Thursday, June 5, 2025

Ms. Kelsey K. Ciarimboli
Managing Trial Attorney
Bohm Law Group, Inc.
5205 Kearny Villa Way, Suite 105
San Diego, California 92123

**Professional Biography of Richard J. Perrillo, Ph.D.**

Richard J. Perrillo received his Ph.D. in Clinical and Counseling Psychology from the University of Utah in 1978. His program of study was sponsored both by the Departments of Psychology and Educational Psychology and was specifically designed to meet the highest educational standards set by the American Psychological Association for the "Scientist/Practitioner Model" of training for psychologists. Dr. Perrillo's dissertation, research, general studies and final oral examination was of such outstanding quality the doctoral committee honored his degree "with distinction", a rare accomplishment since less than 10 students have received this acknowledgment in the last 40 years. The American Psychological Association for over 40 years has continuously approved both the Clinical and Counseling psychology programs at the University of Utah.

Before receiving, his Ph.D., Dr. Perrillo's training included a clinical internship at the Veterans Administration Hospital in Salt Lake City, where Dr. Perrillo was coordinator of a special program designed to integrate clinical and neuropsychologically impaired veterans back into the community. In addition, he was Director of the Diagnostic Unit for a joint program for the Salt Lake County Attorney's Office and Salt Lake County's Mental Health Department. In addition, Dr. Perrillo consulted with three school Districts in Salt Lake City testing or supervising the diagnostic assessments of hundreds of students.

DR._RP000072

2

Since 1978 his professional activities have focused on three main areas tied together with the common theme of the application, use and study of clinical and neuropsychological assessment techniques with a wide variety of both normal and abnormal populations.

Dr. Perrillo has been consulting with Fortune 500 companies both nationally and internationally for over 25 years. His activities have included human resource research, management development, and the Clinical & Neuropsychological assessments of literally thousands of employees. During his 21 years of corporate consulting Dr. Perrillo has twice held FBI secret security clearance for his work was frequently used in the aerospace industry under high or secret security conditions.

Licensed as a Psychologist in California in 1986, Dr. Perrillo began consulting to both plaintiff and defense Law firms as a forensic expert in both Clinical and Neuropsychology. He has evaluated thousands of patients in the last 34 years. His recent area of expertise and interest involves the clinical and neuropsychological effects of toxic exposure on brain behaviors. He has published several studies with the University of California, San Francisco Medical School.  In addition, Dr. Perrillo has been involved in the "beta testing" and standardization of many well-known neuropsychological tests for more than 20 years. He is currently on the various committees for the upcoming WAIS-V, WMS-V and previously, the TOMM.

Dr. Perrillo maintains a forensic practice in San Francisco California. The focus of his practice is to apply clinical and neuropsychological assessment techniques to better understand the human condition in all of its complexities.

Dr. Perrillo is a full member of the American Psychological Association, "Lifetime Member Status", APA's Division 40-Clinical Neuropsychology, California Psychological Association, "Lifetime Member Status", CPA's Division 1-Clinical and Professional Psychology, CPA's Division 8-Neuropsychology, National Academy of Neuropsychology, Charter Member of the Coalition of Clinical Practitioners in Neuropsychology, The International Neuropsychological Society.

DR._RP000073

3

_Dr. Perrillo's fee schedule_ is five hundred dollars ($500,00) an hour for medical/legal review, eight hundred fifty dollars ($850,00) an hour for the first _two_ hours of deposition, one thousand dollars ($1,000.00) per hour thereafter and five thousand dollars for expert trial/mediation testimony.

NOTE: This professional biography is intended only as an introduction to the professional activities of Richard J. Perrillo, Ph.D.  It is not meant to cover the comprehensiveness of education, training, and experience of Dr. Perrillo.

DR._RP000074

# EXHIBIT 3

**Richard J. Portillo, PhD – Expert Case List**

| Case | Venue | Trial | Depo | Attorney |
|---|---|---|---|---|
| **2024** | | | | |
| Suzan Seeley | Colorado Springs | | Yes | Thomas Herd |
| Maria Meneses | Los Angeles | | Yes | Peter Williamson |
| Tori Cornaby-Perreca | Honolulu, Hawaii | | Yes | Michael Cruise |
| Aaron Wiles | Denver, Colorado | Yes | No | Raj Cohan |
| **2023** | | | | |
| Emanuel Caro | Greeley, Colorado | Yes | Yes | Peter Anderson |
| Ani Shabazian | Ventura, California | No | Yes | Jennifer Smith |
| Sky Valley v Monsanto | Seattle, WA | Yes | Yes | Friedman Ruben |
| Dorothy Frederick | Colorado Springs, Colorado | Yes | Yes | Thomas Herd |
| Alfonso Rodriguez | Yucaipa, California | No | ? | Christopher Markazian |
| Eduardo Castaneda | Dallas, Texas | Yes | Yes | Aaron Gorthe |
| Virginia Brannon | Denver, Colorado | Yes | Yes | Dan D'Angelo |
| Lori Cowan | Denver, Colorado | Yes | Yes | Mark Gould |
| John Chinnock | Denver, Colorado | No | Yes | Thomas Herd |
| Dagen Lujin | Denver, Colorado | Yes | Yes | Raj Cohan |
| Derek Vanak | Santa Ana, California | No | Yes | Jonathan Dwork |
| Sky Valley v Monsanto | Seattle, WA | Yes | Yes | PCVA |
| Sky Valley v Monsanto | Seattle, WA | Yes | Yes | PCVA |
| Manual Barragan | Sacramento, California | No | Yes | Noah Schwinghamer |
| Chenoa Diefert | Honolulu, Hawaii | Yes | Yes | Woodruff Soldner |
| Sky Valley v Monsanto | Seattle, WA | Yes | Yes | Felix Luna |
| Diane O'Neil | Denver, Colorado/Chicago | No | Yes | Monique Alcron |
| Austin Herndon | Atlanta, Georgia | No | Yes | Morgan & Morgan |
| Wendy Tricm | Portland, Oregon | Yes | No | Aaron D'Shaw |
| **2022** | | | | |
| Sky Valley v Monsanto | Seattle, WA | Yes | Yes | Friedman Ruben |
| Emanuel Caro | Longmont, Colorado | No | Yes | Peter Anderson |
| Drake Albright | Anchorage, Alaska | No | Yes | David Henderson |
| Michael Hooper | Sacramento, California | No | Yes | David Massumi |
| Peter Albrecht | Los Angeles, California | Yes | Yes | Lawrence Bohm |
| Sarah Andrews | Los Angeles, California | No | Yes | David Henderson |
| Mark Patton | Pasadena, California | No | Yes | Steve Ball |
| Jeff White | Eugene, Oregon | Yes | No | Jed Strong |
| Nancy Ebel | Portland, Oregon | Yes | No | Friedman Ruben |
| Sky Valley v Monsanto | Seattle, WA | Yes | Yes | Friedman Ruben |
| Sky Valley v Monsanto | Seattle, WA | Yes | Yes | Friedman Ruben |
| Francesco Schiff | Los Angeles, California | No | Yes | Ray Carlson |
| Omni Hieb-Stirnfev | Atlanta, Georgia | No | Yes | Morgan & Morgan |
| Shawn Pfendler | Irvine, California | No | Yes | John Shaver |
| Alana Kuishua | Los Angeles, California | No | Yes | Michael Kelly |
| Dorothy Fredrick | Colorado Springs, Colorado | No | Yes | Thomas Herd |
| Jasmine Estes | Sacramento, California | No | Yes | Lawrence Bohm |
| Kaiden Hudson | Ventura, California | No | Yes | Chad Carlson |
| Moody Humel | Atlanta, Georgia | No | Yes | Morgan & Morgan |
| **2021** | | | | |
| Tina Mason | Denver, Colorado | No | Yes | Dan D'Angelo |
| Abdel Hamden | Sacramento, California | No | Yes | John Cassirat |
| Erica Fraenssa | Phoenix, Arizona | Yes | Yes | Christopher Bisnuv |
| Paul Ellot | Marin California | Yes | Yes | Lidn & Miller |
| Nancy Ithel | Portland, Oregon | Yes | No | Friedman Ruben |
| Steve Petersen | Weld County, Colorado | Yes | Yes | Peter Andersen |
| James Huff | Atlanta, Georgia | No | Yes | Morgan & Morgan |
| Angela Higgins | Denver, Colorado | Yes | Yes | Raj Chohan |
| Sky Valley v Monsanto | Seattle, WA | Yes | Yes | Friedman Ruben |
| Aaron Deshaw | Seattle, WA | No | No | Friedman Ruben |
| John Chinnock | Colorado, Springs | No | Yes | Thomas Herd |
| Jeffrey Thurman | Spangle, Washington | No | Yes | Mary Schultz |
| Scott Shepard | Portland, Oregon | Yes | No | Friedman Ruben |
| Ebony Shephard | San Francisco, California | No | Yes | Nick Rowley/Bobby Thompson |
| Sky Valley v Monsanto | Seattle, WA | Yes | Yes | Friedman Ruben |
| Rhonda Lynum | Seattle, WA | No | Yes | Friedman Ruben |
| David Falzone | Los Angeis, California | No | Yes | Paul Sullivan |
| Steve Alford | Sacramento, California | No | Yes | David Massumi |
| David Perez | Omaha, Nebraska | No | Yes | Patrick Cullan |
| Javier Zarate | Marin California | No | Yes | Lidn & Miller |
| Jaimie Fornari | Omaha, Nebraska | No | Yes | Andrew Jones |
| Samuel C Symmes | Anchorage, Alaska | No | Yes | David Henderson |
| Albert Simon | Anchorage, Alaska | Yes | Yes | David Henderson |
| **2020** | | | | |
| Nahid Azami | Los Angeles, Cal | No | Yes | Friedman Ruben |
| Christopher Speller | Atlanta, Cal | No | Yes | Morgan & Morgan |
| Michael Remmer | Atlanta, Cal | No | Yes | Morgan & Morgan |
| Philip Leon | Stockton, Cal | No | Yes-? | Shafeeq Sadic |
| Sky Valley v Monsanto | Seattle, WA | No | Yes | Friedman Ruben |
| Nikki Mutidli | Denver, Colorado | No | Yes | Peter Anderson |
| Burke Thurgood | Salt Lake City, UT | No | Yes | Robert Debry |
| Paul Ellot | Marin County, Cal | No | Yes | Lidn & Miller |
| Gina Nichols | Colorado Springs, CO | Yes | Yes-? | Thomas Herd |
| Ernst & Elida Ilorn | Anchorage, Alaska | No | Yes | David Henderson |
| Monte Alvarez | San Bernardino Cal | No | Yes | Jason Hoelscher (Texas) |
| Stanley Bryant | Atlanta, Georgia | No | Yes | Morgan & Morgan |
| Joseph Terrv | Los Angeles, Cal | No | Yes | Gary Durdick et al |
| **2019** | | | | |
| Sandra Borravo | Napa Valley, Cal | No | Yes | V. James DeSimone |
| Jeffrey Stalcup | San Francisco, Cal | No | Yes | Scarlet Law Group |
| Boeing et al | Seattle, WA | No | Yes | Friedman Ruben |
| Jessica Fonseca | Bakersfield, Cal | Yes | Yes | Chris Purcell |
| Peter Nesmith | Atlanta, Georgia | No | Yes | Morgan & Morgan |
| James Galcuhiu | Colorado Springs | No | Yes | Pit Martin |
| Victoria Murtiaez | Denver, CO | Yes | No | Greggorv Caritis |
| Patricia Hudson et al | Ventura, Cal | No | Yes | Ray Carlson |
| Garland Fink | Atlanta, Georgia | No | Yes | Morgan & Morgan |
| Daniel Balee | Alameda, Cal | No | Yes | Lawrence Bohm |
| Marcella Crisan | Sacramento, Cal | Yes | Yes | Lawrence Bohm |
| Villeuas et al | San Bernardino, Cal | No | Yes-? | Lawrence Bohm |
| Jurrie Nash | Atlanta, Georgia | No | Yes | Morgan & Morgan |
| Catherine Pisano | Denver, CO | Yes | Yes | Keith Fuicelli |
| **2018** | | | | |
| April Marcalief | Anchorage, AK | No | Yes | David Henderson |
| Ioannis Kaneftakopoulos | San Jose, CA | Yes | No | Hinshaw & Hinshaw |
| Mariah Tinay | Honolulu, HI | No | Yes | Woodruff Soldner |
| Guillermo Sanchez | Seattle | Yes | No | Friedman Ruben |
| Robert Schuff | Colorado Springs | Yes | No | Thomas Herd |
| Alex Xavasone | Anchorage, AK | Yes | Yes | David Henderson |
| Mark Piland | Sacramento, CA | No | Yes | Philip Massumi |
| Jose Riera | Los Angeles | No | Yes | David Karen |
| Debra Chase | Los Angeles | No | Yes | David Karen |
| Patricia Kemble | Atlanta, GA | No | Yes | Morgan & Morgan |
| Gabrielle Kemble | Atlanta, GA | No | Yes | Morgan & Morgan |
| Ercilio Cardoso | Fresno, CA | No | Yes | Randi Olson |
| Cheryl Manzanti | Port Orchard, WA | Yes | No | Jed Powell |
| **2017** | | | | |
| Carrie Stuart | Los Angeles | No | Yes | Jim Catlow |
| Teri Guita | Santa Ana | Yes | Yes | Chris Purcell |
| Chico Herrander | San Bernadino | Yes | ? | Ray Carson |
| Daniel Goff | St. George, Utah | No | Yes | Brian Shelley |
| Andrew Audet | San Diego | Yes | ? | Edward Friedberg |
| Bruce Bailey | Boulder, CO | Yes | Yes | Keith Fuicelli |
| Courtney Ivold | Washington, DC | Yes | No | Amy Hart |
| Jessica Perkins | San Diego | No | Yes | Lawrence Bohm |
| Francis Fox | Azroa, CO | Yes | | Laphan & Eddington |
| Haibo Peng | Honolulu, HI | M | | Woodruff Soldner |
| Cesar Sosa | Los Angeles | Yes | Yes | Jim Catlow |
| Scholorney Tubbs | Atlanta | No | Yes | Morgan & Morgan |
| Rayda Santrach | Sacramento | M | No | Lawrence Bohm |
| Aurelio Gutierrez | Los Angeles | M | | Chad Carloson |
| Margarito Mian | Sacramento/San Francisco | N | | Philip Massigni |
| Paul Weaver | San Francisco | N | Yes | Hinshaw & Hinshaw |
| Larry Cruz | Stockton | Yes | Yes | Lawrence Bohm |
| **2016-2017** | | | | |
| Andreas Tsombasis | Atlanta, GA | No | Yes | Morgan & Morgan |
| Patricia Brvan | Atlanta, GA | No | Yes | Morgan & Morgan |
| Ornalis Gizmu | Stockton, CA | Yes | Yes | Lawrence Bohm |
| Guillermo Sanchez | Seattle, WA | Yes | No | Friedman Rubin |
| Marvin Malolot | Honolulu, Hawaii | Yes | Yes | Woody Soldner |
| Steve Franklin | Sacramento County, Superior Court of CA | Yes | Yes | Lawrence Bohm |
| Elizabeth Corkin | Palm Springs, CA | No | Yes | Shaun Murphy |
| Lawrence Brown | San Jose | Yes | Yes | Edward Nevin |
| Maria Alcala | Los Angeles North Valley District, Superior Court of CA | Yes | Yes | Larry Rabineau |
| Mario Romero | Los Angeles, CA | No | Yes | Larry Rabineau |
| Kacy Akins | Oklahoma City, OK | Yes | Yes | Carr & Carr |
| Brian Kaiiyama | Honolulu, Hawaii | No | Yes | Anthony Carr |
| Joseph Nersesyan | Sacramento County, Superior Court of CA | Yes | Yes | Edward Friedburg |
| Kirk Schilger | Sacramento County, Superior Court of CA | Yes | No | Bret Batchman |
| Kimberly Muniz | Sacramento County, Superior Court of CA | Yes | Yes | Lawrence Bohm |
| Siobhan Heiden | West Palm Beach | No | No | Matthew Schwencke |
| Muckenzie Deskets | Houston, Texas | Yes | Yes | Kevin Queenan |
| Glenda Williams | Atlanta, GA | Yes | Yes | Keenan Nix |
| Patricia Mancsc | Santa Ana, CA | Yes | Yes | Ray Carlson |
| Onalis Guitna | Sacramento County, Superior Court of CA | Yes | Yes | Lawrence Bohm |
| Arman Sadeghi | Santa Ana, CA | No | Yes | Lawrence Bohm |
| Joshua Lane | Stockton, CA | Yes | Yes | Noah Swinghamer |
| Bruce Bailey | Denver, CO | No | Yes | Keith Fuicelli |
| Cary Berman | Beverly Hills, CA | No | Yes | Brian Kim |
| Ray Yardley et al | San Diego, CA | No | Yes | Ray Carlson |
| Steve Franklin | Sacramento County, Superior Court of CA | Yes | Yes | Lawrence Bohm |
| Kaleb Oxford | Oklahoma City, OK | No | Yes | John Brannun |
| Daniel Goff | Cedar City, Utah | No | Yes | Brian Shelley |

DR._RP000075

| 2015 | | | | | |
|---|---|---|---|---|---|
| Sean Cunningham | Santa Barbara | Yes | Yes | John Richards | |
| Shannon Covle | Denver, CO | Yes | Yes | Peter Anderson | |
| Aaron White | Sacramento County, Superior Court of CA | No | Yes | Philip Mastagni | |
| | | | | | |
| Kathryn Williams | Stockton, CA | Yes | Yes | Steve Stein | |
| Mykasha Williams | Atlanta, GA | No | Yes | Morgan & Morgan | |
| Yolanda Suroul | Atlanta, GA | No | Yes | Keenan Nix | |
| Ramsey Fakhoury | Los Angeles, CA | No | No | Michail Hack | |
| Corey Snell | Atlanta, GA | No | Yes | Morgan & Morgan | |
| Aaron White | Sacramento County, Superior Court of CA | No | Yes | Philip Mastagni | |
| | | | | | |
| Jane Davis | Spartanburg, SC | Yes | Yes | Greg Wicker | |
| Manuel Garcia | Los Angeles, CA | Yes | Yes | Gregory Johnson | |
| Holly Ohman | Watertown South Dakota | No | ? | Nancy Turbak | |
| Kathleen Perea | Albuquerque, New Mexico | Yes | Yes | Jim Wood | |
| Ilona Albers | Los Angeles, CA | No | Yes | Moses Lebovits | |
| | | | | | |
| 2014 | | | | | |
| Sara Fidson | Palm Springs, CA | No | ? | Shaun Murphy | |
| Jessica Dedrick | Stockton, CA | No | Yes | Steve Stein | |
| Stuart Wade | Honolulu, Hawaii | No | Yes | Leavitt Yamane & Soldner | |
| Kacy Akins | Oklahoma City, OK | No | Yes | Carr & Carr | |
| Kate Maburto | Santa Fe, New Mexico | Yes | Yes | Jim Wood | |
| Ilona Albers | Los Angeles, CA | No | Yes | Daniels, Fine, Israel | |
| Jeff Main | Seattle WA | Yes | Yes | Jed Powell | |
| James Laina | Los Angeles, CA | Yes | Yes | Douglas Rochen | |
| | | | | | |
| 2013 | | | | | |
| William "Zac" Capps | Tulsa, OK | No | Yes | Tony Laizure | |
| Stephanie Saharnow | Seattle, WA | Yes | No | Patrick Kang | |
| Haley Bauer | Seattle, WA | Yes | Yes | Aaron DeShaw | |
| Shane Walsh | Valencia, CA | No | Yes | C. Ray Carlson | |
| Veronica Leftridge | Atlanta, GA | No | Yes | Keenan Nix | |
| Teri Gutta | Santa Ana, CA | Yes | Yes | Chris Purcell | |
| District Attorney Endoscopy Trial | Las Vegas | Yes | No | Michael Staudaher | |
| Marlena R. Vasquez-Tello | Atlanta, GA | No | Yes | Morgan & Morgan | |
| Gwendolyn Martin | Las Vegas, NV | Yes | Yes | Friedman Rubin | |
| Leland Buchanan | Oklahoma City, OK | No | Yes | John Branum | |
| Mackenzie Mitchell | Honolulu, Hawaii | No | Yes | Leavitt Yamane & Soldner | |
| Kathleen Perea | Albuquerque, New Mexico | Yes | Yes | Jim Wood | |
| Santiago Chavez | Albuquerque, New Mexico | No | Yes | Jim Wood | |
| Deborah Hilty | Las Vegas, NV | No | Yes | Friedman Rubin | |
| Annette Barker | Tulsa, OK | No | Yes | Amy Hart | |
| James Laina | Ventura, CA | Yes | Yes | Kabateck Brown Kellner, LLP | |
| Vercil Hibdon | Ventura, CA | Yes | Yes | Gregory Johnson | |
| Molly Ray | Steamboat Springs, Colorado | Yes | Yes | Richard Eddington | |
| | | | | | |
| 2012 | | | | | |
| Kacy Akin v. Ben Milam Heat & Air | Grady, OK | No | Yes | Brent Berry | CJ-2009-00350 |
| | | | | | |
| Francis Fox | Denver, CO | Yes | No | Richard Eddington | |
| Grace Brown | Bakersfield, CA | No | Yes | Stephen Ball | |
| Lorena Abshire | Stockton, CA | Yes | Yes | Stephen Stein | |
| Kenneth Nogle | Las Vegas, NV | No | Yes | Richard Friedman | |
| Joseph Pugarelli | Oklahoma City, OK | No | Yes | Carr & Carr | |
| Richard Slater | Stockton, CA | Yes | Yes | Stephen Stein | |
| Robert Kammerer | San Francisco, CA | No | Yes | Michael Kelly | |
| James Lee | San Jose | No | Yes | Stephen Stein | |
| Kirsten Lange | Boulder, CO | Yes | Yes | Tom Metier | |
| Shahin Samvadi v. Mia Campbell Sadaris | Circuit Court of State of OR, Multnomah County | Yes | No | Aaron DeShaw | 1011-15823 |
| Richard Schroedter | Los Angeles, CA | No | Yes | Steve Wolfson | |
| Emily Thompson | County of Los Angeles Superior Court of CA | No | No | R. Carlson | UIM arbitration |
| Brenda Ybarra | Bakersfield, CA | No | Yes | Ralph Wegis | |
| Debra Stokes | Stockton, CA | No | Yes | Stephen Stein | |
| | | | | | |
| 2011 | | | | | |
| Floosy Willingham | Santa Ana, CA | No | Yes | Chris Purcell | |
| Debra Ankele | Denver, CO | Yes | Yes | Mark Gould | |
| Rachel Hetsel | Widbey Island, WA | Yes | No | Richard Friedman | |
| Shirley Newman | Stockton, CA | No | Yes | Tony Abbott | |
| Jodi Campbell | Napa, CA | No | Yes | Dona Cohn-Payne | |
| Rebecca Keswick | Bakersfield, CA | No | Yes | Ralph Wegis | |
| Yardley, Cox | El Encentro, CA | No | Yes | C. Ray Carlson | |
| Stacy Hutchinson | Las Vegas, NV | No | Yes | Richard Friedman | |
| Quinn | San Francisco, CA | No | Yes | Edward Nevin | |
| Michael Washington v. Endoscopy Center of NV, et al | Clark County, NV District Court | Yes | Yes | Richard Friedman | A558164 |
| Troy E. O'Connor v. Choy Saephanh | Circuit Court of State of OR, Multnomah County | yes | no | Aaron DeShaw | Oct 4, 2031 |
| Tory Fretz v. Minute Man | Indio Superior Court of CA, Palm Springs CA | Yes | Yes | Joseph Davis | INC090666 |
| Patricia Moore | Bakersfield | Yes | Yes | Ralph Wegis | Case involving minor; attorney will not divulge |
| John Thomas Burllie v. Kaiser Foundation Hospital, Inc., et al | San Francisco, CA | No | Yes | Edward Nevin | Arbitration 10293 |
| Susan Harone v. Stephen Dwight Pearson | Sacramento County, Superior Court of CA | | | Mastagni | 34-2010-0008449?2 |
| | | | | | |
| 2010, 2009, 2008 | | | | | |
| Eric D. Parke | San Francisco County, Superior Court of CA | No | Yes | Ed Mitchell | CGC-08-473332 |
| V. Choxxx | US Airforce Physical Evaluation Board | Yes | No | Amy Hart | SSN |
| Minh Nguyen v. Mercury Insurance Group | LA County | No | Yes | Raff Kevorkian | UIM arbitration claim |
| Yasser Aref | LA County | No | Yes | R. Wezis | |
| Jennifer Griese v. Lily Phuong | San Francisco County, Superior Court of CA | No | Yes | Mastagni | CGC08-482892 |
| Dayle Spencer v. Laura Walker | Broomfield, CO District Court | Yes | Yes | Peter Anderson | 09CV2010 |
| Bettie Regidor v. Pacificare of NV, Inc. | Clark County Superior Court of NV | No | Yes | Friedman Rubin | 08A574272 |
| Susan Pearson v. Michaels | Clark County Superior Court of NV | Yes | Yes | Aaron DeShaw | 02-205476-5 |
| Jimmy Mac Stewart II v. Mohawk Industries, Inc. | Oklahoma District Court | No | Yes | Michael Denton | CJ20053933 |
| Audrecy Ballard: D.A.B., a minor, Donald Ballard, Guardian as Litem, Plaintiff v. Christlean Ballard, Ryan De Los Santos, Berniece Bell and Does 1-20 | County of Alameda, Superior Court of CA | No | Yes | Michael Kelly, Kirtland & Packard | 1K00379503 |
| Beechum, Carissa v. Douglas Buchanan | Sacramento County, Superior Court of CA | No | Yes-? | David Mastagni | 34-2009-0006093 |
| Sandra Rodriguez | Bakersfield CA | No | Yes | Ralph Wegis | Case involving minor; attorney will not divulge |
| Virginia Perez, et al. v. Palmer Sand Canyon, et al. | Los Angeles North Valley District, Superior Court of CA | No | Yes | Larry Rabineau, Steve Wolfson | PC039822 |
| Malisko, Catherine v. Western Placer Unified School District | Placer County, Superior Court of CA | No | Yes | David Mastagni | CSV25847 |
| Mayra Perez, see Perez above | LA County | No | ? | Larry Rabineau | |
| Natalie Perez, see Perez above | LA County | No | ? | Steve Wolfson | |
| L. Ockxxx | Veterans Administration Social Security Disability | Yes | No | Amy Hart | SSN |
| John Hagberg | Seattle WA | No | Yes | Patrick King; Premier Law Group | 92047508 |
| Victoria Appling | Bakersfield, CA | No | ? | Ralph Wegis | Case involving minor; attorney will not divulge |
| Daniel Breslow | LA County | No | Yes | Bookman, Wolfson | |
| Joselyn Edlin v. John Doe, et al. | Circuit Court of State of OR, Multnomah County | Yes | Yes | Aaron DeShaw | 0801-01215 |
| Jayne Reizner (Borges) v. Donald Lancaster, Renee Lancaster, and Does I-50 | County of Merced, Superior Court of CA | No | Yes | Kirtland & Packard | 151013 |
| Meyers, Justin v. County of Amador, State of CA, State of CA Dept. of Transportation, Littlefield, Wurzberger, and Does 1-50 | County of Santa Clara, Superior Court of CA | No | Yes | Kirtland & Packard | 07-DV-4650 |
| Karla Everett v. County Calaveras | Calaveras County Superior Court of CA | No | Yes | Tony Abbott; Mayall, Hurley, Knutson & | Calaveras CV34858 |
| Isabel Fernandez v. Target Corp. | County of Los Angeles, Superior Court of CA | No | Yes | C. Ray Carlson | CV 09 5233 CAS |
| Delmi Stephens v. Halsey Automotive Imports Inc., et al. | Circuit Court of State of OR, Multnomah County | Yes | Yes | Aaron DeShaw | 0903-03216 |
| Donald Maston v. Thomas O'Donnell | County of Los Angeles, Superior Court of CA | Yes | Yes | R. Carlson | MC 0018962 |
| James Duncan v. Antelope Valley Towing | County of Los Angeles, Superior Court of CA | No | ? | C. Ray Carlson | MC 018746 |
| Brittany Alexander v. Mapco System Parking | Alameda County Superior Court | Yes | Yes | Sullivan Taketa | RG05192462 |
| Cameron Stewart v. Martin | King County Superior Court of CA | Yes | Yes | Richard Friedman | 07-2-38853-ISEA |
| Winters-Schmalz v. Jewell Hoffman | County of Los Angeles-Northeast District, Pasadena Courthouse | No | No | Jim Catlow | GC040691 |
| M. Purdxxx | US Air Force Physical Evaluation Board | No | No | Amy Hart | SSN |
| Farhadi v. Dadbin, Hissa Az Alshthry [sic], et al. | County of Los Angeles, Superior Court of CA | No | Yes | Kirtland & Packard | SC095349 |
| Sankcy, John vs. USA | US District Cour of AK | No | Yes | Charlie Coe | 307-CV-0063 (RRB) |
| Alyson McCarty v. State Farm | Anchorage AK | Yes | Yes | William Cook | UIM Arbitration |
| Payton Walker, a minor, through her Guardians ad Litem Amber Walker v. Teel, MD, Sonora Regional Medical Center, Adventist CA Medical Foundation and Does 1-90 | County of Tuolumne, Superior Court of CA | ? | ? | Kirtland & Packard | CV53850 |
| Craig Evans | LA County | Yes | Yes | Steve Wolfson | Arbitration |
| Merrill, Lynn v. Herrera | County of San Francisco, Superior Court of CA | No | No | J. Catlow | SC048337 |
| Jimmy Mac Stewart II v. Mohawk Industries, Inc. | Oklahoma District Court | No | No | M. Denton | CJ20053933 |
| Mavs, Troy | Bakersfield County, CA | No | Yes-? | R. Wezis | Case involving minor; attorney will not divulge |
| James Paul McAndrew v. Parmount Fitness Corporation & Indian Palms Country Club | County of Los Angeles Superior Court of CA | No | Yes | Tom Anderson | BC 355398 |
| Marlena Stahn, on behalf of her minor child, Sierra Ortega v. Steve Fleetwood | Superior Court for State of AK, Third Judicial District, at Anchorage | No | Yes | Les Syren | 3AN-08-5983CI |
| RM, minor | Bakersfield County, CA | No | Yes | Ralph Wegis | Case involving minor; attorney will not divulge |
| Henrickson, Eric | Sacramento County CA | No | Yes | David Mastagni | |
| Thomas, William v. Jake Harrison Simon-Getsuk | County of Los Angeles Superior Court of CA | Yes | Yes | C. Ray Carlson | PC 040352 |
| Marjoric Booth and Paul W. Booth v. Frank Sidles and Does | County of Riverside Superior County Court of CA | No | No | Tom Anderson | INC069937 |
| John Sankey, v. USA | US District Court for District of AK | No | Yes | Charles Coe | 307-CV-0063 (RRB) |
| Denari, Michael | Bakersfield, CA | No | Yes | R. Wezis | Case involving minor; attorney will not divulge |
| Farhadi v. Dadbin, Hissa Az Alshthry [sic], et al. | County of Los Angeles, Superior Court of CA | No | Yes | Steve Maslauski | SC095349 |
| Meyers, Justin v. County of Amador, State of CA, State of CA Dept. of Transportation, Littlefield, Wurzberger, and Does 1-50 | County of Santa Clara, Superior Court of CA | No | Yes | Michael Kelly | 07-DV-4650 |

DR._RP000076

# EXHIBIT 4

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RON LOMBOY,                          )
                                     )
                   Plaintiff,        )
                                     )
              vs.                    )CASE NO.
                                     )4:24-cv-04168-HSG
WELLS FARGO BANK, NATIONAL           )
ASSOCIATION, a Corporation,          )
and DOES 1 through 10,               )
inclusive,                           )
                                     )
                   Defendants.       )
_____      )

VIDEO-RECORDED REMOTE DEPOSITION OF EXPERT WITNESS

RICHARD J. PERRILLO, PH.D.

SAN FRANCISCO, CALIFORNIA

MONDAY, AUGUST 18, 2025

STENOGRAPHICALLY REPORTED BY:

Valerie C. Rodriguez
CSR No. 12871 (orig 6980)



UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RON LOMBOY,                          )
                                     )
                Plaintiff,           )
                                     )
                vs.                  )CASE NO.
                                     )4:24-cv-04168-HSG
WELLS FARGO BANK, NATIONAL           )
ASSOCIATION, a Corporation,          )
and DOES 1 through 10,               )
inclusive,                           )
                                     )
                Defendants.          )
_____      )

VIDEO-RECORDED REMOTE DEPOSITION OF RICHARD J.

PERRILLO, PH.D., TAKEN ON BEHALF OF THE DEFENDANTS,

IN SAN FRANCISCO, CALIFORNIA, COMMENCING AT

9:01 a.m. AND ENDING AT 12:06 p.m. PACIFIC TIME, ON

MONDAY, AUGUST 18, 2025, BEFORE VALERIE C.

RODRIGUEZ, CERTIFIED SHORTHAND REPORTER NO. 12871

(ORIGINALLY 6980).



these tests work?  Do you ask him specific questions and then he answers then, and then you make your statement based on his answers?  Or do you have these standard battery of tests where it's kind of like a multiple choice test?  09:58

Could you explain to me how these testings generally work?

A     Sure.  That's an important question, Mr. Nhan.  I'm glad you asked it.

My evaluations are empirical.  They're  09:58 based on empirical data.  This is not a Freudian witch hunt to figure out his relationship with his parents.  It's all empirical.

So your brain has different neighborhoods, like we have in New York; there's  09:58 different neighborhoods.  And the court reporter is like the miracle brain, because the court reporter, right in front of your very eyes, is doing something in the milliseconds, right.  She's hearing what I'm saying, so it's going into this neighborhood.  Then  09:58 it's getting re-routed to her prefrontal lobe.  And that's a measure called working memory.

Here's where it gets difficult.  She has to retain what's being said, right.  And then, she has to go to the language department and convert  09:59



what's being said into those little squiggly lines. Then has to go back to the parietal lobe and then has to go back to the cerebellum, and then it has to be executed out, okay.

This is being done before your very eyes in the milliseconds.  I still maintain, I don't care what AI says, no one is going to replace that court reporter.

So what neuropsychology tries to do is give you objective evidence of those different neighborhoods.  And so we have a very specific battery of tests that's going to measure reaction time, for example, or your overall cognitive proficiency.  And we have tests that are going to measure your abstract reasoning, or your sustained attention or selective attention or multitasking ability.

We have tests that measure different aspects of auditory verbal learning and memory.  If I tell you something five times, do you get it?  If I tell you it only once, do you have trouble with that?  We have tests that are going to measure visual memory, visual perception.

And these are all standard eye tests that have been around in neuropsychology, you know.



Basically, the military started with all this, back in the '30s.

So there's a very, very long history of these tests, as well as verifications of it, and thousands and thousands of articles.  The ANAM itself has about 600 articles associated with this thing.  It's one of the few batteries that has FDA approval for concussions and general brain damage.

So my data grid is very empirical, and it's going to compare you to your age and education level.  But first, before you can do that, you have to assess a person's baseline.  Because how do you know how a person has changed unless you assess their baseline?

So we have the test of premorbid functioning, which is standardized.  It's the state of the art measure for baseline, because it not only looks at what we call hold functions, H-O-L-D.  Parts of your brain retain their value, okay, and their acquired brain damage.

Mr. Lomboy does not have the genetic condition.  He has acquired brain dysfunction, not the genetic variety, although we do have those lesions, we need to talk about.

So in any event, so the hold functions


ESQUIRE
DEPOSITION SOLUTIONS

that are going to retain their value.  And typically the hold functions are vocabulary, verbal comprehension, and the test of premorbid functioning is state of the art, because it also uses established base lines that are not in dispute.

Where is Mr. Lomboy from?  He's from the west.  He is a male.  He is 40 years old, you know. He has, you know, an associate's degree, whatever. So it's going to use the demographic variables as well as the hold function.

And then the other method of ability or premorbid ability is what's called the best performance method.  So you look at a profile.  So in this case, you would look at all the green scores in that profile, and you would add them up and average and that would give you his best performance.

Lezak, the mother of neuropsychology, in her 5th edition textbook keeps arguing that people should use the best performance method because, you know, it really represents a person's true ability if they're in that ballpark.  It's unusual that they would be outside that ballpark.

So on your data grid, I have both.  But I used the conservative differential, not the best

10:01

10:02

10:02

10:02

10:02



performance method differential.  So those red scores that you see on that data grid are all against the best performance method and not -- I mean, all against the test of premorbid functioning and not the best performance method.

Q    Can these tests be manipulated, Doctor?

A    Well, I'm glad you asked that also.  They can, but we have internal measures.  We have embedded measures of effort.

So it's pretty difficult to bypass the embedded measure effort.  Now effort isn't the be- and end-all.  I mean, sometimes effort is a condition of the individual.  They become so apathetic, they just simply don't try.

But we have embedded measures across the board, and designated measures of effort.

So I gave him two designated measures of effort.  I gave him what's called word choice, which looks like a real brain function test but it isn't, and I gave him the Victoria Symptom Validity Test.  These are designated measures of effort.

And then in addition to that, I gave him about five or six embedded measures of effort.  Then we -- and the validity indicators on the self observational test, I gave him four.  Three out of



CERTIFIED STENOGRAPHIC REPORTER'S CERTIFICATION

I, Valerie C. Rodriguez, a Certified Shorthand Reporter for the State of California, do hereby certify:

That said proceedings were taken before me at the time and place set forth herein and was stenographically reported by me in shorthand, and I hereby certify that said proceedings are a full, true, and correct transcript of my shorthand notes so taken; that the dismantling, unsealing, or unbinding of the original transcript will render the reporter's certificate null and void.

Further, that if the foregoing pertains to the original transcript of a deposition in a federal case, pursuant to F.R.C.P. 30(e)(2) before completion of the proceedings, review of the transcript was not requested.

I further certify that I am neither counsel for, nor related to any party to said action, nor in any way interested in the outcome thereof.  IN WITNESS WHEREOF, I have subscribed my name this 31st day of August, 2025.



_____
VALERIE C. RODRIGUEZ
CSR No. 12871 (orig. 6980)

ESQUIRE
DEPOSITION SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com