UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON LOMBOY,<br><br>        Plaintiff,<br><br>   v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>        Defendant. | Case No. 24-cv-04168-HSG<br><br>**AMENDED SCHEDULING ORDER** |

A case management conference was held on October 16, 2025. Having considered the parties' proposals, *see* Dkt. No. 100, the Court **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Pretrial Conference | January 20, 2026, at 3:00 p.m. |
| Jury Trial (4 days) | February 2, 2026, at 8:30 a.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:  10/24/2025

                                              HAYWOOD S. GILLIAM, JR.
                                              United States District Judge