United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RON LOMBOY,

         Plaintiff,

    v.

WELLS FARGO BANK, NATIONAL ASSOCIATION,

         Defendant.

Case No.24-cv-04168-HSG

**ORDER FOR JURY MEALS DURING DELIBERATIONS**

IT IS HEREBY ORDERED that, pursuant to the Guide to Judiciary Policy, the Clerk's Office shall furnish lunch for the members of the jury for each day the jury is in deliberations.

IT IS SO ORDERED.

Dated:  1/26/2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

*Rev.03/19*