Lawrance A. Bohm (SBN: 208716)
lab@bohmlaw.com
Kelsey K. Ciarimboli (SBN: 302611)
kciarimboli@bohmlaw.com
Zane E. Hilton (SBN: 305207)
zhilton@bohmlaw.com
Sara R. Benton (SBN: 358221)
Catharine P. McGlynn (SBN: 341866)
cmcglynn@bohmlaw.com
**BOHM LAW GROUP, INC.**
4600 Northgate Boulevard, Suite 210
Sacramento, California 95834
Telephone: 866.920.1292
Facsimile: 916.927.2046
Email:    BLG001058@bohmlaw.com

Ayse Kent (SBN: 251114)
ayse@aklaw.com
**AK EMPLOYMENT LAW OFFICE**
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: 415.638.9471

Attorneys for Plaintiff,
RON LOMBOY

Paul Berkowitz, Esq. (SBN: 251077)
pberkowitz@sheppardmullin.com
Raymond J. Nhan, Esq. (SBN: 306696)
rnhan@sheppardmullin.com
Catherine Noble, Esq. (SBN: 334155)
cnoble@sheppardmullin.com

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
1901 Avenue of the Stars, Ste. 1600
Los Angeles, California 90067

Attorneys for Defendant.
WELLS FARGO BANK, N.A.

BOHM LAW GROUP, INC.
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CALIFORNIA 95834

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON LOMBOY,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>    Defendant. | Case No. 4:24-cv-04168-HSG<br><br>**JOINT STIPULATION FOR TECHNOLOGY USE AT TRIAL; ORDER**<br><br>Judge:    Haywood S. Gilliam, Jr.<br>Date:     February 2, 2026<br>Time:     8:30 am<br>Ctr:       2<br><br>Action Filed:       June 11, 2024<br>Action Removed:  July 11, 2024<br>Trial Date:          February 2, 2026 |

Plaintiff Ron Lomboy ("Plaintiff") and Defendant Wells Fargo Bank, National Association ("Defendant" or "Wells Fargo") (collectively, the "Parties") submit this Joint

1

Stipulation regrading the use of technology at trial.

Parties intend to bring the following technology:

1. Large Bluetooth speaker

2. Cords, including: (a) laptop charging cords, (b) HDMI cables, (c) dongle connectors, (d) VGA cables, (e) monitor cords, (f) cable splitters;

3. Power strip;

4. Electronic mouse;

5. Power extension cord;

6. Small folding table for trial technician;

7. Audio headset for trial technician;

8. Laser pointer;

9. PowerPoint/slides clicker;

10. Large poster paper ;

11. Large poster size Post-it paper;

12. Easel;

13. Computer monitor(s); and

14. Articulating, portable, ergonomic stand.

**IT IS SO STIPULATED**

Dated: January 27, 2026                By: ___*/s/ Kelsey K. Ciarimboli, Esq.*___
LAWRANCE A. BOHM, ESQ.
KELSEY K. CIARIMBOLI, ESQ.
ZANE E. HILTON, ESQ.
SARA R. BENTON, ESQ.
CATHARINE P. MCGLYNN, ESQ.
AYSE KENT, ESQ.

Attorneys for Plaintiff

Dated: January 27, 2026                By: ___*/s/ Paul Berkowitz, Esq.*___
PAUL BERKOWITZ, ESQ.
RAYMOND NHAN, ESQ.
CATHERINE NOBLE, ESQ.

Attorneys for Defendant

BOHM LAW GROUP, INC.
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CALIFORNIA 95834

**Joint Stipulation for Tech Use at Trial**
*Lomboy v. Wells Fargo Bank, N.A., et al.*                4:24-cv-04168-HSG

**ORDER**

Based on the foregoing, the Parties' request to use the following technology is **GRANTED:**

1.    Large Bluetooth speaker

2.    Cords, including: (a) laptop charging cords, (b) HDMI cables, (c) dongle connectors, (d) VGA cables, (e) monitor cords, (f) cable splitters;

3.    Power strip;

4.    Electronic mouse;

5.    Power extension cord;

6.    Small folding table for trial technician;

7.    Audio headset for trial technician;

8.    Laser pointer;

9.    PowerPoint/slides clicker;

10.    Large poster paper ;

11.    Large poster size Post-it paper;

12.    Easel;

13.    Computer monitor(s); and

14.    Articulating, portable, ergonomic stand.

**IT IS SO ORDERED**

Date:    1/27/2026

**HON. JUDGE HAYWOOD S. GILLIAM, JR.**

3

**Joint Stipulation for Tech Use at Trial**

*Lomboy v. Wells Fargo Bank, N.A., et al.*                                4:24-cv-04168-HSG

BOHM LAW GROUP, INC.
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CALIFORNIA 95834