Lawrance A. Bohm (SBN: 208716)
lab@bohmlaw.com
Kelsey K. Ciarimboli (SBN: 302611)
kciarimboli@bohmlaw.com
Zane E. Hilton (SBN: 305207)
zhilton@bohmlaw.com
Sara R. Benton (SBN: 358221)
Catharine P. McGlynn (SBN: 341866)
cmcglynn@bohmlaw.com
**BOHM LAW GROUP, INC.**
4600 Northgate Boulevard, Suite 210
Sacramento, California 95834
Telephone: 866.920.1292
Facsimile: 916.927.2046
Email:    BLG001058@bohmlaw.com

Ayse Kent (SBN: 251114)
ayse@aklaw.com
**AK EMPLOYMENT LAW OFFICE**
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: 415.638.9471

Attorneys for Plaintiff,
RON LOMBOY

Paul Berkowitz, Esq. (SBN: 251077)
pberkowitz@sheppardmullin.com
Raymond J. Nhan, Esq. (SBN: 306696)
rnhan@sheppardmullin.com
Catherine Noble, Esq. (SBN: 334155)
cnoble@sheppardmullin.com

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
1901 Avenue of the Stars, Ste. 1600
Los Angeles, California 90067

Attorneys for Defendant.
WELLS FARGO BANK, N.A.

BOHM LAW GROUP, INC.
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CALIFORNIA 95834

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON LOMBOY,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>    Defendant. | Case No. 4:24-cv-04168-HSG<br><br>**JOINT STIPULATION FOR REMOTE APPEARANCE AT THE FINAL PRE TRIAL CONFERENCE; ORDER (as modified)**<br><br>Judge:  Haywood S. Gilliam, Jr.<br>Date:    January 29, 2026<br>Time:   2:00 p.m.<br>Ctr:      2<br><br>Action Filed:       June 11, 2024<br>Action Removed:  July 11, 2024<br>Trial Date:         February 2, 2026 |

Plaintiff Ron Lomboy ("Plaintiff") and Defendant Wells Fargo Bank, National Association ("Defendant" or "Wells Fargo") (collectively, the "Parties") submit this Joint

1

Stipulation for Remote Appearance at Pre Trial Conference that is scheduled for January 29, 2026, at 2:00 p.m.

The following attorneys request via Zoom appearance:

1.      Mr. Lawrance Bohm;

2.      Kelsey K. Ciarimboli;

3.      Catharine McGlynn;

4.      Ayse Kent; and

5.      Paul Berkowitz.

Good Cause exists to allow the above-referenced witnesses to appear via Zoom to avoid the costs and the need for attorney travel from Southern California and Sacramento.

**IT IS SO STIPULATED**

Dated: January 28, 2026

By: _/s/ Kelsey K. Ciarimboli, Esq._
LAWRANCE A. BOHM, ESQ.
KELSEY K. CIARIMBOLI, ESQ.
ZANE E. HILTON, ESQ.
SARA R. BENTON, ESQ.
CATHARINE P. MCGLYNN, ESQ.
AYSE KENT, ESQ.

Attorneys for Plaintiff

Dated: January 28, 2026

By: _/s/ Paul Berkowitz, Esq._
PAUL BERKOWITZ, ESQ.
RAYMOND NHAN, ESQ.
CATHERINE NOBLE, ESQ.

Attorneys for Defendant

BOHM LAW GROUP, INC.
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CALIFORNIA 95834

**Joint Stipulation for Remote Appearance at the Final Pre Trial Conference' Order**
*Lomboy v. Wells Fargo Bank, N.A., et al.*                    4:24-cv-04168-HSG

BOHM LAW GROUP, INC.
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CALIFORNIA 95834

## ORDER

Based on the foregoing, the Parties' request to have the following attorneys appear remotely at the Pre Trial Conference on January 29, 2026, at 2:00 p.m. is **GRANTED**.

The following attorneys request via Zoom appearance:

1. Mr. Lawrance Bohm;

2. Kelsey K. Ciarimboli;

3. Catharine McGlynn;

4. Ayse Kent; and

5. Paul Berkowitz.

The CRD will e-mail counsel the zoom information and instructions.

**IT IS SO ORDERED**

Date:    1/29/2026

**HON. JUDGE HAYWOOD S. GILLIAM, JR.**

**Joint Stipulation for Remote Appearance at the Final Pre Trial Conference' Order**
*Lomboy v. Wells Fargo Bank, N.A., et al.*                    4:24-cv-04168-HSG