Lawrance A. Bohm (SBN: 208716)
lab@bohmlaw.com
Kelsey K. Ciarimboli (SBN: 302611)
kciarimboli@bohmlaw.com
Zane E. Hilton (SBN: 305207)
zhilton@bohmlaw.com
Sara R. Benton (SBN: 358221)
sbenton@bohmlaw.com
Catharine P. McGlynn (SBN: 341866)
cmcglynn@bohmlaw.com
**BOHM LAW GROUP, INC.**
4600 Northgate Boulevard, Suite 210
Sacramento, California 95834
Telephone:  866.920.1292
Facsimile:   916.927.2046
Email:         BLG001058@bohmlaw.com

Ayse Kent (SBN: 251114)
ayse@aklaw.com
**AK EMPLOYMENT LAW OFFICE**
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: 415.638.9471

Attorneys for Plaintiff,
RON LOMBOY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON LOMBOY,<br><br>     Plaintiff,<br><br>     v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>     Defendant. | Case No.: 4:24-cv-04168-HSG<br><br>**JOINT STIPULATION TO DISMISS PLAINTIFF'S SPECIFIC CAUSES OF ACTION; ORDER**<br><br>Action Filed:        June 11, 2024<br>Action Removed:  July 11, 2024<br>Trial Date:          February 2, 2026 |

//

//

---

**Joint Stipulation to Dismiss Plaintiff's Specific Causes of Action; Order**
*Lomboy v. Wells Fargo, National Association*                    Case No.: 4:24-cv-04168-HSG

---

BOHM LAW GROUP, INC.
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CALIFORNIA 95834

**TO THE CLERK OF THE COURT, ANY INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Ron Lomboy ("Plaintiff") and Defendant Wells Fargo Bank, National Association ("Defendant" or "Wells Fargo") submit the following Stipulation to Dismiss Plaintiff's causes of action for: Failure to Engage in Good Faith Interactive Process, Failure to Accommodate, Disability Harassment, FEHA Retaliation, Failure to Prevent Discrimination, Harassment and Retaliation, Wrongful Termination in Violation of Public Policy.

**IT IS SO STIPULATED:**

Date: February 9, 2026                         By:  *Kelsey K. Ciarimboli, Esq.*
                                                     LAWRANCE A. BOHM, ESQ.
                                                     KELSEY K. CIARIMBOLI, ESQ.
                                                     ZANE E. HILTON, ESQ.
                                                     SARA R. BENTON, ESQ.
                                                     CATHARINE P. MCGLYNN, ESQ.
                                                     AYSE KENT, ESQ.

                                                     Attorneys for Plaintiff,
                                                     RON LOMBOY

Dated: February 9, 2026                        By:  *Paul Berkowitz, Esq.*
                                                     PAUL BERKOWITZ, ESQ.
                                                     RAYMOND NHAN, ESQ.
                                                     CATHERINE NOBLE, ESQ.

                                                     Attorneys for Defendant,
                                                     WELLS FARGO BANK, N.A.

BOHM LAW GROUP, INC.
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CALIFORNIA 95834

**Joint Stipulation to Dismiss Plaintiff's Specific Causes of Action; Order**
*Lomboy v. Wells Fargo, National Association*                         Case No.: 4:24-cv-04168-HSG

**ORDER**

Based on the foregoing, the Parties' Joint Stipulation to Dismiss Plaintiff's causes of action for: Failure to Engage in Good Faith Interactive Process, Failure to Accommodate, Disability Harassment, FEHA Retaliation, Failure to Prevent Discrimination, Harassment and Retaliation, Wrongful Termination in Violation of Public Policy is **GRANTED**.

**IT IS SO ORDERED**

Date:    2/9/2026

**HON. JUDGE HAYWOOD S. GILLIAM, JR.**

BOHM LAW GROUP, INC.
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CALIFORNIA 95834

3

**Joint Stipulation to Dismiss Plaintiff's Specific Causes of Action; Order**

*Lomboy v. Wells Fargo, National Association*                    Case No.: 4:24-cv-04168-HSG