Lawrance A. Bohm (SBN: 208716)
lab@bohmlaw.com
Kelsey K. Ciarimboli (SBN: 302611)
kciarimboli@bohmlaw.com
Zane E. Hilton (SBN: 305207)
zhilton@bohmlaw.com
Sara R. Benton (SBN: 358221)
sbenton@bohmlaw.com
Catharine P. McGlynn (SBN: 341866)
cmcglynn@bohmlaw.com
**BOHM LAW GROUP, INC.**
4600 Northgate Boulevard, Suite 210
Sacramento, California 95834
Telephone:  866.920.1292
Facsimile:   916.927.2046
Email:        BLG001058@bohmlaw.com

Ayse Kent (SBN: 251114)
ayse@aklaw.com
**AK EMPLOYMENT LAW OFFICE**
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: 415.638.9471

Attorneys for Plaintiff,
RON LOMBOY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON LOMBOY, | Case No.: 4:24-cv-04168-HSG |
| Plaintiff, | **JOINT STIPULATION TO DISMISS PLAINTIFF'S SPECIFIC CAUSES OF ACTION; ORDER** |
| v. | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, | Action Filed:      June 11, 2024<br>Action Removed:  July 11, 2024<br>Trial Date:        November 3, 2025 |
| Defendant. | |

//

//

---

BOHM LAW GROUP, INC.
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CALIFORNIA 95834

**TO THE CLERK OF THE COURT, ANY INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Ron Lomboy ("Plaintiff") and Defendant Wells Fargo Bank, National Association ("Defendant" or "Wells Fargo") submit the following Stipulation to Dismiss Plaintiff's causes of action for FMLA/CFRA Interference only.

**IT IS SO STIPULATED:**

Date: February 9, 2026                    By:  */s/ Kelsey K. Ciarimboli, Esq.*
                                               LAWRANCE A. BOHM, ESQ.
                                               KELSEY K. CIARIMBOLI, ESQ.
                                               ZANE E. HILTON, ESQ.
                                               SARA R. BENTON, ESQ.
                                               CATHARINE P. MCGLYNN, ESQ.
                                               AYSE KENT, ESQ.

                                               Attorneys for Plaintiff,
                                               RON LOMBOY

Dated: February 9, 2026                   By:  */s/ Paul Berkowitz, Esq.*
                                               PAUL BERKOWITZ, ESQ.
                                               RAYMOND NHAN, ESQ.
                                               CATHERINE NOBLE, ESQ.

                                               Attorneys for Defendant,
                                               WELLS FARGO BANK, N.A.

2

**Joint Stipulation to Dismiss Plaintiff's Specific Causes of Action; Order**
*Lomboy v. Wells Fargo, National Association*                    Case No.: 4:24-cv-04168-HSG

BOHM LAW GROUP, INC.
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CALIFORNIA 95834

## ORDER

Based on the foregoing, the Parties' Joint Stipulation to Dismiss Plaintiff's causes of action for FMLA/CFRA Interference is **GRANTED**.

**IT IS SO ORDERED**

Date:    2/10/2026

*Haywood S. Gill Jr.*
**HON. JUDGE HAYWOOD S. GILLIAM, JR.**

**Joint Stipulation to Dismiss Plaintiff's Specific Causes of Action; Order**

*Lomboy v. Wells Fargo, National Association*                    Case No.: 4:24-cv-04168-HSG