UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON LOMBOY,<br><br>                    Plaintiff,<br><br>          v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>                    Defendant. | Case No.  24-cv-04168-HSG<br><br>**JUDGMENT** |

In accordance with the jury's verdict in this matter, Dkt. No. 150, as rendered on February 10, 2026, it is hereby ORDERED that Final Judgment be entered in favor of Defendant Wells Fargo Bank, National Association, and against Plaintiff Ron Lomboy.  The Clerk is directed to close the case.

          **IT IS SO ORDERED.**

Dated:    3/25/2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge